**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Movant and [Proposed]*
*Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA WASWICK, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TORRID HOLDINGS INC., ELIZABETH MUNOZ, GEORGE WEHLITZ, STEFAN L. KALUZNY, DARY KOPELIOFF, LISA HARPER, THEO KILLION, MORGAN STANLEY & CO. LLC, BOFA SECURITIES, INC., GOLDMAN SACHS & CO. LLC, JEFFERIES LLC,<br><br>(Additional Defendants on Next Page) | No. 2:22-cv-8375-PA-AS<br><br>**MOTION OF MITCH BATES FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL**<br><br>CLASS ACTION<br><br><br>JUDGE: Percy Anderson<br>HEARING: February 13, 2023<br>TIME: 1:30 P.M.<br>CTRM: 9A (Los Angeles) |

1

MOTION OF MITCH BATES FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL - CASE NO. 2:22-cv-8375-PA-AS

ROBERT W. BAIRD & CO. INCORPORATED, COWEN AND COMPANY, LLC, WILLIAM BLAIR & COMPANY, L.L.C., TELSEY ADVISORY GROUP LLC, SYCAMORE PARTNERS MANAGEMENT, L.P., SYCAMORE PARTNERS TORRID, L.L.C., SYCAMORE PARTNERS, L.P., SYCAMORE PARTNERS ASSOCIATES-C, L.P., SYCAMORE PARTNERS ASSOCIATES, L.P., SYCAMORE PARTNERS ASSOCIATES INVESTMENTS, L.P., SYCAMORE PARTNERS (CO-INVEST), L.L.C., and SYCAMORE PARTNERS ASSOCIATES CO-INVEST, L.P.,

Defendants.

MOTION OF MITCH BATES FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL - CASE NO. 2:22-cv-8375-PA-AS

PLEASE TAKE NOTICE that on February 13, 2023 at 1:30 P.M. before the Honorable Percy Anderson in the First Street Courthouse, 350 W. 1st Street, Courtroom 9A, 9th Floor, Los Angeles, California 90012, Mitch Bates ("Movant"), will and does move this Court for an order granting his Motion: (1) for appointment of Movant as Lead Plaintiff of the Class; and (2) for approval of Movant's Choice of The Rosen Law Firm, P.A. as Lead Counsel for Plaintiff and the Class.

This Motion is brought pursuant to Section 27 of the Securities Act of 1933 ("Securities Act") on the grounds (1) that Movant should be appointed as Lead Plaintiff for the Class of all purchasers or acquirers of Torrid Holdings Inc. ("Torrid") securities pursuant and/or traceable to the Company's Registration Statement issued in connection with the Torrid's July 2, 2022 initial public offering as (1) Movant has timely made this Motion, has the largest financial interest and otherwise satisfies the pertinent requirements of Federal Rule of Civil Procedure 23; and (2)  Movant's choice of The Rosen Law Firm, P.A. as Lead Counsel should be approved as the firm is well-qualified and has extensive experience in cases of this type.

In support of this Motion, Movant files herewith a Memorandum of Points and Authorities, the Declaration of Laurence Rosen, and a Proposed Order.

Local Rule 7-3 requires a conference of counsel prior to filing motions. Due to the PSLRA's lead plaintiff procedure, however, Movant does not yet know which other entities or persons plan to move for appointment as lead plaintiff until after all the movants have filed their respective motions.  Under these circumstances, Movant respectfully requests that the conferral requirement of Local Rule 7-3 be waived.

MOTION OF MITCH BATES FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL - CASE NO. 2:22-cv-8375-PA-AS

Dated: January 17, 2023                    Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence M. Rosen
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

4

## CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On January 17, 2023, I electronically filed the following **MOTION OF MITCH BATES FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on January 17, 2023.

/s/ Laurence Rosen
Laurence M. Rosen

MOTION OF MITCH BATES FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL - CASE NO. 2:22-cv-8375-PA-AS