**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANDRA WASWICK, On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TORRID HOLDINGS, INC., et al.,<br><br>Defendants. | CASE NO. 2:22-cv-08375-JLS-AS<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING PLAINTIFFS' COMPLAINT AND DEFENDANTS' ANSWER OR OTHERWISE RESPONSE THERETO (DOC. 27)** |

Having considered the Parties' Joint Stipulation Regarding Plaintiffs' Complaint and Defendants' Answer or Otherwise Response Thereto, being fully advised in the matter, and good cause appearing, the Court hereby GRANTS the Joint Stipulation and hereby ORDERS the following:

1. Within 14 days of an Order by the Court appointing lead plaintiff and lead counsel, Defendants and any lead plaintiff appointed by the Court shall, through their respective counsel, confer and jointly submit a proposed schedule for the filing of any amended complaint and for the filing of a responsive pleading, including a briefing schedule with respect to any anticipated motions to dismiss.

2. Defendants shall not be required to answer, move, or otherwise substantively respond to the Complaint or any amended complaint until the date agreed upon by the Parties in the proposed schedule described in paragraph 1 above, if approved by the Court, or until such other further order by the Court.

IT IS SO ORDERED.

DATED: February 16, 2023

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE