Mark Holscher (SBN 139582)
Austin Norris (SBN 284603)
KIRKLAND AND ELLIS LLP
2049 Century Park East
Los Angeles, CA 90067
Tel: (310) 552-4200
Facsimile: (310) 552-5900
Email: mark.holscher@kirkland.com
Email: austin.norris@kirkland.com

*Attorneys for Defendants Torrid Holdings, Inc., et. al.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA WASWICK, on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TORRID HOLDINGS INC., et al.,<br>Defendants. | Case No. 2:22-cv-8375-JLS-AS<br><br>**DECLARATION OF AUSTIN NORRIS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT WITH PREJUDICE**<br><br>First Amended Complaint Filed: May 12, 2023<br><br>Judge:      Hon. Josephine L. Staton<br>Hearing:    Friday, Sep. 22, 2023<br>Time:       10:30 a.m.<br>Courtroom: 8A |

**DECLARATION OF AUSTIN NORRIS**

## DECLARATION OF AUSTIN NORRIS

I, Austin Norris, declare as follows:

1. I am a partner at Kirkland & Ellis LLP and am one of the attorneys representing Defendants Torrid Holdings Inc., Elizabeth Muñoz, George Wehlitz, Stefan L. Kaluzny, Dary Kopelioff, Lisa Harper, Theo Killion, Sycamore Partners Management, L.P, Sycamore Partners Torrid, LLC, Sycamore Partners, L.P., Sycamore Partners Associates-C, L.P., Sycamore Partners Associates, L.P., Sycamore Partners Associates Investments, L.P., Sycamore Partners (Co-Invest), LLC., and Sycamore Partners Associates Co-Invest, L.P. in this action. I submit this declaration in support of the Defendants' Motion to Dismiss Plaintiffs' Class Action Complaint. I have personal knowledge of the facts stated in this declaration.

2. A true and correct copy of an appendix reflecting the alleged misstatements in the FAC, along with their related cautionary disclosures, is attached as **Exhibit 1.**

3. A true and correct copy of an appendix reflecting the Defendants' trading histories during the Class Period and beyond is attached as **Exhibit 2.**

4. A true and correct copy of Torrid's S-1 amended registration statement, filed on June 30, 2021, is attached as **Exhibit 3.**

5. A true and correct copy of Torrid's Q2 2021 Form 10-Q, publicly filed with the SEC on September 8, 2021, is attached as **Exhibit 4.**

6. A true and correct copy of Torrid's Q3 2021 Form 10-Q, publicly filed with the SEC on December 8, 2021, is attached as **Exhibit 5.**

7. A true and correct copy of Torrid's 2021 Form 10-K, publicly filed with the SEC on March 30, 2022, is attached as **Exhibit 6.**

8. A true and correct copy of the transcript of Torrid's Q2 2021 earnings call on September 8, 2021 is attached as **Exhibit 7.**

9. A true and correct copy of the transcript of Torrid's Q3 2021 earnings call on December 8, 2021 is attached as **Exhibit 8.**

1
**DECLARATION OF AUSTIN NORRIS**

10.     A true and correct copy of Torrid's December 8, 2022 Press Release is attached as **Exhibit 9.**

11.     A true and correct copy of the transcript of Torrid's Q3 2022 earnings call on December 8, 2022 is attached as **Exhibit 10.**

12.     A true and correct copy of the transcript of Torrid's Q2 2022 earnings call on September 7, 2022 is attached as **Exhibit 11.**

13.     A true and correct copy of the transcript of Torrid's Q1 2022 earnings call on June 7, 2022 is attached as **Exhibit 12.**

14.     A true and correct copy of Torrid's S-1 registration statement, filed on July 10, 2017, is attached as **Exhibit 13.**

15.     A true and correct copy of Torrid's Request to Withdraw S-1 registration statement, filed on April 9, 2019, is attached as **Exhibit 14.**

16.     A true and correct copy of an article containing an interview of Defendant Muñoz, dated July 1, 2021, is attached as **Exhibit 15.**

17.     A true and correct copy of Torrid's Roadshow Presentation, dated June 23, 2021, is attached as **Exhibit 16.**

18.     A true and correct copy of a Torrid Press Release, dated January 10, 2022, is attached as **Exhibit 17.**

19.     A true and correct copy of the transcript of Torrid's Q4 2021 earnings call on March 17, 2022 is attached as **Exhibit 18.**

20.     A true and correct copy of Torrid's Q1 2022 Form 10-Q, publicly filed with the SEC on June 7, 2022, is attached as **Exhibit 19.**

21.     A true and correct copy of a Torrid Press Release, dated August 3, 2022, is attached as **Exhibit 20.**

22.     A true and correct copy of Torrid's Q2 2022 Form 10-Q, publicly filed with the SEC on September 7, 2022, is attached as **Exhibit 21.**

23.     A true and correct copy of Torrid's Q3 SEC Form 10-Q, publicly filed with the SEC on December 8, 2022, is attached as **Exhibit 22.**

2
**DECLARATION OF AUSTIN NORRIS**

24.    A true and correct copy of Elizabeth Muñoz's Form 4, publicly filed with the SEC on July 6, 2021, is attached as as **Exhibit 23.**

25.    A true and correct copy of Elizabeth Muñoz's Form 4, publicly filed with the SEC on August 3, 2021, is attached as as **Exhibit 24.**

26.    A true and correct copy of Elizabeth Muñoz's Form 4, publicly filed with the SEC on September 1, 2021, is attached as as **Exhibit 25.**

27.    A true and correct copy of Elizabeth Muñoz's Form 4, publicly filed with the SEC on December 3, 2021, is attached as as **Exhibit 26.**

28.    A true and correct copy of Elizabeth Muñoz's Form 4, publicly filed with the SEC on March 3, 2022, is attached as as **Exhibit 27.**

29.    A true and correct copy of Elizabeth Muñoz's Form 4, publicly filed with the SEC on June 01, 2022, is attached as as **Exhibit 28.**

30.    A true and correct copy of Elizabeth Muñoz's Form 4, publicly filed with the SEC on July 11, 2022, is attached as as **Exhibit 29.**

31.    A true and correct copy of Elizabeth Muñoz's Form 4, publicly filed with the SEC on August 31, 2022, is attached as as **Exhibit 30.**

32.    A true and correct copy of Elizabeth Muñoz's Form 4, publicly filed with the SEC on November 30, 2022, is attached as as **Exhibit 31.**

33.    A true and correct copy of Elizabeth Muñoz's Form 4, publicly filed with the SEC on March 02, 2023, is attached as as **Exhibit 32.**

34.    A true and correct copy of Elizabeth Muñoz's Form 4, publicly filed with the SEC on March 30, 2023, is attached as as **Exhibit 33.**

35.    A true and correct copy of George Wehlitz's Form 4, publicly filed with the SEC on July 2, 2021, is attached as as **Exhibit 34.**

36.    A true and correct copy of George Wehlitz's Form 4, publicly filed with the SEC on July 6, 2021, is attached as as **Exhibit 35.**

37.    A true and correct copy of George Wehlitz's Form 4, publicly filed with the SEC on August 03, 2021, is attached as as **Exhibit 36.**

3

**DECLARATION OF AUSTIN NORRIS**

38.    A true and correct copy of George Wehlitz's Form 4, publicly filed with the SEC on July 11, 2022, is attached as as **Exhibit 37.**

39.    A true and correct copy of Lisa Harper's Form 4, publicly filed with the SEC on July 6, 2021, is attached as as **Exhibit 38.**

40.    A true and correct copy of Lisa Harper's Form 4, publicly filed with the SEC on May 5, 2022, is attached as as **Exhibit 39.**

41.    A true and correct copy of Lisa Harper's Form 4, publicly filed with the SEC on March 30, 2023, is attached as as **Exhibit 40.**

42.    A true and correct copy of Sycamore Partners Torrid LLC's Form 4, publicly filed with the SEC on July 6, 2021, is attached as as **Exhibit 41.**

43.    A true and correct copy of Torrid's Q1 2023 Form 10-Q (excerpted for length), publicly filed with the SEC on June 7, 2023, is attached as **Exhibit 42**.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 23, 2023 at Los Angeles, California.

_/s/ Austin Norris_____

Austin Norris

4

**DECLARATION OF AUSTIN NORRIS**