# EXHIBIT 1

## APPENDIX A: ALLEGED MISSTATEMENTS FROM THE AMENDED COMPLAINT AND THE RELATED CAUTIONARY LANGUAGE THAT HAD BEEN DISCLOSED BY THE COMPANY

| Source | Alleged False Statements With Context[1] | Risk Disclosures and Cautionary Language Omitted From FAC |
|---|---|---|
| **2021 IPO Registration Statement and Roadshow Presentation Statements** | | |
| June 30, 2021 IPO Registration Statement (Ex. 3) | FAC ¶ 77<br>"*We employ a data-driven approach to design, merchandising and inventory planning and allocation to deliver high quality products*…."<br><br>"*We leverage this robust customer data along with market trends to inform all purchasing decisions. Through our vertical sourcing model, we have the flexibility to respond quickly to the latest sales trends and make adjustments to our current offering based on customer feedback to deliver product our customer wants*."<br><br>FAC ¶ 78<br>"*Further, we utilize a read-and-react testing approach with shallow initial buys to iterate our New product offering, thus minimizing fashion and inventory risk. Our* | Response to the COVID-19 Pandemic (p. 3)<br>"The global crisis resulting from the spread of COVID-19 has disrupted and continues to significantly disrupt, local, regional and global economics and businesses in the United States and internationally."<br><br>Summary of Risk Factors (p. 13)<br>"[O]ur operations and financial performance have been affected by, and may continue to be affected by, the COVID-19 pandemic…."<br><br>"[O]ur business is sensitive to consumer spending and general economic conditions, and an economic slowdown could adversely affect our financial performance…."<br><br>"[O]ur business is dependent upon our ability to identify and respond to changes in customer preferences and other related factors…." |

[1] This Appendix reflects the misstatements alleged in Plaintiffs' First Amended Complaint, together with risk disclosures and cautionary statements disclosed by Defendants alongside those statements. Bolded and italicized language indicates language that Plaintiffs have alleged to be a false or misleading statement. The underlying sources for these statements and accompanying disclosures are listed in the left-most column. All Exhibit cites refer to Exhibits attached to the Declaration of Austin Norris.

| Source | Alleged False Statements With Context[1] | Risk Disclosures and Cautionary Language Omitted From FAC |
|---|---|---|
| | *merchandising strategy has enabled us to generate approximately 80% of our net sales from products sold at regular price, which we define as products sold at initial ticket price or with a standard marketing promotion (e.g., "Buy One Get One 50% Off"). We believe our data-driven approach will continue to drive market growth and market share gains with our rapidly growing and underserved customer base.*" <br><br> FAC ¶ 79 <br> "During 2018 and 2019, we enhanced our merchandise planning and inventory management functions by building out the senior management team with a newly appointed Chief Operating Officer, a newly created position for the Chief Merchandising and Product Officer and the addition of three Merchandising Vice Presidents for each category: apparel, accessories and intimates. We have since introduced *a rigorous discipline around inventory performance by establishing clear guidelines on in-season product performance, item-level assortment planning and formal product hindsight* | "[I]f we are unable to successfully adapt to consumer shopping preferences and develop and maintain a relevant and reliable omni-channel experience for our customers, our financial performance and brand image could be adversely affected…." <br><br> "[R]isks related to our dependence on third parties for manufacturing and other services…." <br><br> "[T]he potential of the interruption of the flow of merchandise from international manufacturers to disrupt our supply chain…." <br><br> "[W]e could fail to effectively utilize information systems and implement new technologies…." <br><br> Risk Factors (pp. 21–46) <br> "Our operations and financial performance has been affected by, and may continue to be affected by, the COVID-19 pandemic." <br><br> "The COVID-19 outbreak has the potential to cause a disruption in our supply chain and may adversely impact economic conditions in North America, Europe, China and elsewhere. These and other disruptions, as well as poor economic conditions generally, may lead to a |

| Source | Alleged False Statements With Context[1] | Risk Disclosures and Cautionary Language Omitted From FAC |
|---|---|---|
| | *reviews. As we have executed on these strategies, we have seen substantial growth across all major product categories, as shown in the graph below, and healthy gross profit margin performance. Our disciplined planning and product lifecycle management strategies enable effective in-season inventory management to maximize inventory turn and productivity. Through these practices, we are able to limit markdowns, which we define as permanent price reductions, allowing us to maximize our gross profit margin.*" <br><br> FAC ¶ 80 <br> We have developed internal processes that we refer to as our 'speed model,' including pre-positioning fabrics with our third-party factory partners to *accelerate product replenishment cycles, improve inventory turnover and drive higher margin sales.*" <br><br> FAC ¶ 81 <br> While we believe we have a flexible supply chain, we often enter into agreements for the manufacture and purchase of merchandise | decline in the sales and operating results of our omni-channel sales. In addition, the continuation of the [pandemic] may adversely affect the economies and financial markets of many countries and could result in a sustained reduction in the demand for our products. A decline in the sales and operating results of our products could in turn materially and adversely affect our ability to pursues our growth strategy. Each of these results would reduce our future sales and profit margins, which in turn could materially and adversely affect our business and results of operations." <br><br> "The extent to which the COVID-19 pandemic impacts us will depend on future developments, including the duration, spread and severity of the pandemic, the extent of additional outbreaks, the effectiveness or duration of measures, including vaccination efforts, intended to contain or mitigate the spread of COVID-19 or prevent future outbreaks, and the effect of these developments on overall demand in the retail sector, all of which are highly uncertain and difficult to accurately predict." <br><br> "To the extent the COVID-19 pandemic adversely affects our business, financial conditions, results of operations, cash flows and prospects, it may also have the effect of |

3

| Source | Alleged False Statements With Context[1] | Risk Disclosures and Cautionary Language Omitted From FAC |
|---|---|---|
| | well ahead of the season in which that merchandise will be sold. Therefore we are vulnerable to changes in consumer preference and demand between the time we design and order our merchandise and the season in which this merchandise will be sold. ***Inventory levels for certain merchandise styles may exceed planned levels***, leading to higher markdowns to sell through excess inventory and, therefore, lower than planned margins. Conversely, ***if we underestimate consumer demand for our merchandise, or if our manufacturers fail to supply quality products in a timely manner, we may experience inventory shortages***, which may negatively impact customer relationships, diminish brand loyalty and result in lost sales."<br><br>"***If the distribution facilities servicing our business were to encounter difficulties*** or if they were to shut down for any reason, ***we could face shortages of inventory in our stores, delayed shipments to our e-Commerce customers and harm to our reputation***. Any of these issues, as well as | heightening many of the other risks described in this 'Risk Factors' section…."<br><br>"[O]ur business is dependent upon our ability to identify and respond to changes in customer preferences and other related factors."<br><br>Our failure to identify and react appropriately to new and changing product trends or tastes, to accurately forecast demand for certain product offerings or an overall decrease in the demand for plus-size products could lead to, among other things, excess or insufficient amounts of inventory, markdowns and write-offs, which could materially adversely affect our business."<br><br>"While we believe we have a flexible supply chain, we often enter into agreements for the manufacture and purchase of merchandise well ahead of the season in which that merchandise will be sold. Therefore, we are vulnerable to changes in consumer preference and demand between the time we design and order our merchandise and the season in which the merchandise will be sold. Therefore, we are vulnerable to changes in consumer preference and demand between the time we design and order our merchandise and the season in which this merchandise will be sold. Inventory levels for |

| Source | Alleged False Statements With Context[1] | Risk Disclosures and Cautionary Language Omitted From FAC |
|---|---|---|
| | loss of the use of our corporate offices due to natural disasters, public health issues or otherwise could have a material adverse effect on our business operations.<br><br>FAC ¶ 83<br>"Our unified commerce business model is serviced by our main distribution facility located in West Jefferson, Ohio, with ancillary services provided by additional distribution facilities located in City of Industry, California. We acquired the operations of the fully-functional, *state-of-the-art distribution center* in West Jefferson, Ohio in 2018. This 750,000 square foot facility is highly automated and we believe is *capable of handling our existing and future needs*."<br><br>FAC ¶ 86<br>"In response to the COVID-19 pandemic, *Torrid proactively implemented various initiatives* with a focus on ensuring the health and safety of employees and customers, *minimizing the financial impact of COVID-* | certain merchandise styles may exceed planned levels, leader to higher markdowns to sell through excess inventory and, therefore, lower than planned margins. Conversely, if we underestimate consumer demand for our merchandise, or if our manufacturers fails to supply quality products in a timely manner, we may experience inventory shortages, which may negatively impact customer relationships, diminish brand loyalty and result in lost sales."<br><br>"The inability of a manufacturer to ship goods on time and to our specifications … could negatively impact our business."<br><br>"The interruption of the flow of merchandise from international manufacturers could disrupt our supply chain …."<br><br>"If the distribution facilities servicing our business were to encounter difficulties or if they were to shut down for any reason, we could face shortages of inventory in our stores, delayed shipments to our e-Commerce customers and harm to our reputation."<br><br>"The efficient flow of our merchandise requires that our distribution facilities be operated effectively and have |

5

| Source | Alleged False Statements With Context[1] | Risk Disclosures and Cautionary Language Omitted From FAC |
|---|---|---|
| | *19* and continuing to build the foundation for future growth and profitability." <br><br> FAC ¶ 87 <br> "[T]he company *[m]ade targeted investments and changes to our process to improve the speed and flexibility of our supply chain including shortening our development cycle by two weeks*." <br><br> FAC ¶ 88 <br> "In response to the COVID-19 pandemic, Torrid proactively implemented various initiatives with a focus on ensuring the health and safety of employees and customers, minimizing the financial impact of COVID-19 and continuing to build the foundation for future growth and profitability. The initiatives implemented include, but are not limited to: … "*[l]everag[ing] data analytics and insights to tailor marketing and promotional strategies in response to consumer behavior changes related to the ongoing COVID-19 pandemic*…." <br><br> FAC ¶ 89 | adequate capacity to support our current level of operations and any anticipated increased levels that may follow from the growth of our business." <br><br> "If we encounter difficulties associated with our distribution facilities, including operational difficulties in connection with fully transitioning to our facility in West Jefferson, Ohio, in our relationship with the third party operating our facilities or our facilities were to shut down for any reason, including as a result of … public health issues (including COVID-19) … , we could face shortages of inventory, resulting in 'out of stock' conditions in our stores, incur significantly higher costs and long lead times associated with distributing our products to both our stores and e-Commerce customers and experience dissatisfaction with our customers." <br><br> Forward-Looking Statements (p. 47-48) <br> "All forward-looking statements are subject to risks and uncertainties that may cause actual results to differ materially from those that we expected, including… successfully manage risks relating to the spread of COVID-19, including any adverse impacts on our supply chain, workforce, facilities, customers services and operations," [and] "interruptions of the flow of our merchandise from international manufacturers causing |

6

| Source | Alleged False Statements With Context[1] | Risk Disclosures and Cautionary Language Omitted From FAC |
|---|---|---|
| | "***In 2020, Adjusted EBITDA declined 24% year-over-year to $101 million driven by temporarily lower gross profit margin*** and fixed cost deleverage as a result of the challenges presented by COVID-19. Adjusted EBITDA grew from $(8) million for the three months ended May 2, 2020 to $76 million for the three months ended May 1, 2021." <br><br> "In early 2020, as COVID-19 disrupted our customers' lives, Torrid's business demonstrated resiliency beyond our initial expectations. ***By May 2020, net sales growth began to rebound*** even as store traffic remained challenged, as consumers increasingly shifted their spending to online channels. Financial performance in 2020 ***demonstrating the strong inherent demand for our differentiated product and the resiliency of our business model***." | disruptions in our supply chain," "our sourcing a significant amount of our products from China," [and] "shortages of inventory, delayed shipments to our e-Commerce customers and harm to our reputation due to difficulties or shut-down of our distribution facilities (including as a result of COVID-19)." |
| Roadshow Presentation (Ex. 16) | <u>FAC ¶ 76</u> <br> "***Data-[d]riven, [l]ow-[r]isk [m]erchandising [m]odel***" <br><br> "***highly responsive*** data driven decisions." | <u>Legal Disclaimer (p. 2)</u> <br> "These forward-looking statements are based on Torrid's current expectations and assumptions about future events and are based on currently available information as to the outcome and timing of future events. We caution you that |

| Source | Alleged False Statements With Context[1] | Risk Disclosures and Cautionary Language Omitted From FAC |
|---|---|---|
| | "Robust customer data informs merchandising decisions alongside a ***read-and-react testing approach***." <br><br> <u>FAC ¶ 85</u> <br> "***strong resiliency amid the COVID-19 pandemic***." <br><br> "***Agile response to COVID led to sequential improvement in comp sales growth***." <br><br> "***Shortened product development cycle***." | these forward-looking statements are subject to risk and uncertainties that may cause our actual results to differ materially from those that we expected, including, but not limited to: (i) our ability to successfully manage risks relating to the spread of COVID, including an adverse impacts on our supply chian, workforce facilities, customers services and operations… (xii) interruptions of the flow of our merchandise from international manufacturers causing disruption in our supply chain; (xiii) our sourcing a significant amount of our products from China; (xiv) shortages of inventory, delayed shipments to our e-Commer customers and harm to our reputation due to difficulties or shut downs of our distribution facilities (including as a result of COVID-19)." |

8

| Source | Alleged False Statements With Context[1] | Risk Disclosures and Cautionary Language Omitted From FAC |
|---|---|---|
| **SEC Filing Statements** | | |
| Q2 2021 Form 10-Q (Ex. 4)<br><br>Q3 2021 Form 10-Q (Ex. 5)<br><br>Q1 2022 Form 10-Q (Ex. 19)<br><br>Q2 2022 Form 10-Q (Ex. 21) | FAC ¶¶ 132, 141, 163, 174<br>"***Our strategy is built around a consistent and stable base of core products*** that provide our customer with year round style. At the same time, we introduce new lines of merchandise approximately 16 times per year, thus ***providing a consistent flow of fresh merchandise*** to keep our customer engaged, encourage repeat business and attract new customers. ***We employ a data-driven approach to design and product development, proactively and quickly incorporating sales and operational performance information alongside customer feedback from thousands of product reviews***. We engage in ongoing dialogue with customers through social media and customer surveys. Shifts in inventory levels may result in fluctuations in the amount of regular price sales, markdowns, and merchandise mix, as well as gross margin." | Forward-Looking Statements (p. 3)[2]<br>"All forward-looking statements are subject to risks and uncertainties that may cause actual results to differ materially from those that we expected, including… successfully manage risks relating to the spread of COVID-19, including any adverse impacts on our supply chain, workforce, facilities, customers services and operations," [and] "interruptions of the flow of our merchandise from international manufacturers causing disruptions in our supply chain," [and] shortages of inventory, delayed shipments to our e-Commerce customers and harm to our reputation due to difficulties or shut-down of our distribution facilities (including as a result of COVID-19)."<br><br>COVID-19 (p. 10)<br>"Our business operations, including net sales, were substantially affected by COVID-19 in the prior year and to the extent of future impacts of COVID-19 on our business, including the duration and impact on overall customer demand, is uncertain as circumstances are dynamic and depend on future developments, including, |

---

[2]    Page numbers provided are consistent across the listed exhibits unless otherwise specified. The quoted language is pulled from Ex. 4 and changes slightly across the documents.

| Source | Alleged False Statements With Context[1] | Risk Disclosures and Cautionary Language Omitted From FAC |
|---|---|---|
|  |  | but not limited to, the duration and spread of COVID-19, the emergence of new variants of the coronavirus and the availability and acceptance of effective vaccines or medical treatments." |
|  |  | Factors Affecting Performance (Exs. 4, 5 at 32; Exs. 19, 21 at 28) "The COVID-19 pandemic has caused general business disruption worldwide. The full extent to which the COVID-19 pandemic will directly or indirectly impact our business, results of operations, cash flows, and financial condition will depend on future developments that are uncertain." |
|  |  | "[T]he impact of the COVID-19 pandemic remains highly uncertain and depends on future developments that cannot be accurately predicted at this time, such as the extent and effectiveness of the vaccine rollout and containment actions taken in relation to new variants of COVID-19. As a result, recent favorable trends may not continue and our results of operations may continue to be adversely affected by the COVID-19 pandemic." |

| Source | Alleged False Statements With Context[1] | Risk Disclosures and Cautionary Language Omitted From FAC |
|---|---|---|
| | | Risks Related to Our Business (p. 45)[3]<br>"Our operations and financial performance has been affected by, and may continue to be affected by, the COVID-19 pandemic."<br><br>"The COVID-19 outbreak has the potential to cause a disruption in our supply chain and may adversely impact economic conditions in North America, Europe, China and elsewhere. These and other disruptions, as well as poor economic conditions generally, may lead to a decline in the sales and operating results of our omni-channel sales. In addition, the continuation of the [pandemic] may adversely affect the economies and financial markets of many countries and could result in a sustained reduction in the demand for our products. A decline in the sales and operating results of our products could in turn materially and adversely affect our ability to pursues our growth strategy. Each of these results would reduce our future sales and profit margins, which in turn could materially and adversely affect our business and results of operations." |

[3] **NOTE**: These Risk Factors appear in the Q2 2021 Form 10-Q (Ex. 4). The Q3 2021 Form 10-Q states: "[t]here have been no material changes to the risk factors disclosures in [the Q2 2021 Form 10-Q] filed with the SEC on September 8, 2021." Ex. 5. The Q1 2022 and Q2 2022 Form 10-Qs state: "[t]here have been no material changes to the risk factors disclosed in [FY 2021 Form 10-K]." (Exs. 19, 21).

| Source | Alleged False Statements With Context[1] | Risk Disclosures and Cautionary Language Omitted From FAC |
|---|---|---|
| | | "The extent to which the COVID-19 pandemic impacts us will depend on future developments, including the duration, spread and severity of the pandemic, the extent of additional outbreaks, the effectiveness or duration of measures, including vaccination efforts, intended to contain or mitigate the spread of COVID-19 or prevent future outbreaks, and the effect of these developments on overall demand in the retail sector, all of which are highly uncertain and difficult to accurately predict. The recent spread of the Delta variant of COVID-19, which appears to be more transmissible than other variants to date, may extend the impact of COVID-19 on our business. The impact of the Delta variant, or any other variant that may arise, cannot be predicted at this time and could depend on numerous factors, including vaccination rates among the population, the effectiveness of COVID-19 vaccines, any new measures that may be introduced by governments or other parties in response to an increase in COVID-19 cases. For instance, we remain subject to the risk that federal, state, provincial and local government authorities may re-institute restrictions based upon local surges and new waves of infection, including those caused by the Delta variant." |

| Source | Alleged False Statements With Context[1] | Risk Disclosures and Cautionary Language Omitted From FAC |
|---|---|---|
| | | "To the extent the COVID-19 pandemic adversely affects our business, financial conditions, results of operations, cash flows and prospects, it may also have the effect of heightening many of the other risks described in this 'Risk Factors' section…." "[O]ur business is dependent upon our ability to identify and respond to changes in customer preferences and other related factors…Our failure to identify and react appropriately… could lead to, among other things, excess or insufficient amounts of inventory, markdowns and write-offs, which could materially adversely affect our business…." "While we believe we have a flexible supply chain...we are vulnerable to changes in consumer preference and demand between the time we design and order our merchandise and the season in which the merchandise will be sold. Therefore, we are vulnerable to changes in consumer preference and demand between the time we design and order our merchandise and the season in which this merchandise will be sold. Inventory levels for certain merchandise styles may exceed planned levels, leader to higher markdowns to sell through excess inventory and, therefore, lower than planned margins. Conversely, if we underestimate consumer demand for |

13

| Source | Alleged False Statements With Context[1] | Risk Disclosures and Cautionary Language Omitted From FAC |
|---|---|---|
| | | our merchandise, or if our manufacturers fails to supply quality products in a timely manner, we may experience inventory shortages, which may negatively impact customer relationships, diminish brand loyalty and result in lost sales."<br><br>"The inability of a manufacturer to ship goods on time and to our specifications … could negatively impact our business."<br><br>"The interruption of the flow of merchandise from international manufacturers could disrupt our supply chain…."<br><br>"If the distribution facilities servicing our business were to encounter difficulties or if they were to shut down for any reason, we could face shortages of inventory in our stores, delayed shipments to our e-Commerce customers and harm to our reputation."<br><br>"The efficient flow of our merchandise requires that our distribution facilities be operated effectively and have adequate capacity to support our current level of operations and any anticipated increased levels that may follow from the growth of our business." |

| Source | Alleged False Statements With Context[1] | Risk Disclosures and Cautionary Language Omitted From FAC |
|---|---|---|
| | | "If we encounter difficulties associated with our distribution facilities, including operational difficulties in connection with fully transitioning to our facility in West Jefferson, Ohio, in our relationship with the third party operating our facilities or our facilities were to shut down for any reason, including as a result of … public health issues (including COVID-19) …, we could face shortages of inventory, resulting in 'out of stock' conditions in our stores, incur significantly higher costs and long lead times associated with distributing our products to both our stores and e-Commerce customers and experience dissatisfaction from our customers." |
| FY 2021 Form 10-K (Ex. 6) | FAC ¶ 159 <br> "***Our trend driven items incorporate the latest fashions available*** in the broader market to excite and engage our customer but we are bought narrowly and reordered as demand dictates to minimize inventory risk." <br><br> "***Our strategy is built around a consistent and stable base of core products*** that provide our customer with year round style. At the same time, we introduce new lines of merchandise approximately 16 times per year, thus ***providing a consistent flow of fresh*** | Forward-Looking Statements (p. 5) <br> "All forward-looking statements are subject to risks and uncertainties that may cause actual results to differ materially from those that we expected, including… successfully manage risks relating to the spread of COVID-19, including any adverse impacts on our supply chain, workforce, facilities, customers services and operations," [and] "interruptions of the flow of our merchandise from international manufacturers causing disruptions in our supply chain," [and] shortages of inventory, delayed shipments to our e-Commerce customers and harm to our reputation due to difficulties |

| Source | Alleged False Statements With Context[1] | Risk Disclosures and Cautionary Language Omitted From FAC |
|---|---|---|
| | *merchandise* to keep our customer engaged, encourage repeat business and attract new customers." <br><br> "*We regularly use the depth and breadth of our data to assess sales, market trends, and new product development to inform purchasing decisions. As a result, we have the flexibility to react quickly to product performance, make in-season inventory purchasing adjustments where possible and to respond to the latest sales trends by ordering or re-ordering as appropriate. Further, we utilize a read-and-react testing approach, with small purchase quantities, to introduce our New product offering, minimizing fashion risk. This strategy also allows us to mitigate inventory risk, particularly for new products or styles, while simultaneously providing our customers access to current fashion*." <br><br> FAC ¶ 160 <br> "Our unified commerce business model is serviced by our distribution facility located in West Jefferson, Ohio. We acquired the | or shut-down of our distribution facilities (including as a result of COVID-19)." <br><br> Risk Factors (p. 9-15) <br> "Our operations and financial performance has been affected by, and may continue to be affected by, the COVID-19 pandemic." <br><br> "The COVID-19 outbreak has the potential to cause a disruption in our supply chain and may adversely impact economic conditions in North America, Europe, China and elsewhere. These and other disruptions, as well as poor economic conditions generally, may lead to a decline in the sales and operating results of our omni-channel sales. In addition, the continuation of the [pandemic] may adversely affect the economic and financial markets of many countries and could result in a sustained reduction in the demand for our products. A decline in the sales and operating results of our products could in turn materially and adversely affect our ability to pursues our growth strategy. Each of these results would reduce our future sales and profit margins, which in turn could materially and adversely affect our business and results of operations." |

| Source | Alleged False Statements With Context[1] | Risk Disclosures and Cautionary Language Omitted From FAC |
|---|---|---|
| | operations of the ***fully functional, state-of-the-art distribution center*** in West Jefferson, Ohio in 2018. This 750,000 square foot facility is highly automated and we believe is ***capable of handling our existing and future needs***. Additionally, the West Jefferson facility is already equipped with omni-channel capabilities that have enabled our buy-online-pickup-in-store ("BOPIS") rollout while continuing to drive efficient online returns and position us to execute on our unified commerce strategy. During 2020 we also accelerated our omni-channel offerings such as ship from store and curbside pickup, which when combined with BOPIS will continue to drive both customer acquisition and retention."<br><br>"Our distribution center manages the transportation, receipt, storage, sorting, packing and distribution of merchandise for our e-Commerce platform and store channels. Stores are replenished at least once per week from these facilities by third-party delivery services. This frequency provides our stores a ***steady flow of new inventory that helps*** | "The extent to which the COVID-19 pandemic impacts us will depend on future developments, including the duration, spread and severity of the pandemic, the extent of additional outbreaks, the effectiveness or duration of measures, including vaccination efforts, intended to contain or mitigate the spread of COVID-19 or prevent future outbreaks, and the effect of these developments on overall demand in the retail sector, all of which are highly uncertain and difficult to accurately predict. The recent spread of the Delta and Omicron variants of COVID-19, which appears to be more transmissible than other variants to date, may extend the impact of COVID-19 on our business. The impact of COVID-19 variants that may arise cannot be predicted at this time and could depend on numerous factors, including vaccination rates among the population, the effectiveness of COVID-19 vaccines, any new measures that may be introduced by governments or other parties in response to an increase in COVID-19 cases. For instance, we remain subject to the  risk that federal, state, provincial and local government authorities may re-institute restrictions based upon local surges and new waves of infection, including those caused by COVID-19 variants."<br><br>"To the extent the COVID-19 pandemic adversely affects our business, financial conditions, results of operations, |

| Source | Alleged False Statements With Context[1] | Risk Disclosures and Cautionary Language Omitted From FAC |
|---|---|---|
| | *maintain product freshness and in-stock availability*." | cash flows and prospects, it may also have the effect of heightening many of the other risks described in this 'Risk Factors' section…."<br><br>"[O]ur business is dependent upon our ability to identify and respond to changes in customer preferences and other related factors. Our success depends in large part upon our ability to effectively identify and respond to changing product trends and consumer demands among this segment, and to translate market trends into appropriate, salable product offerings…. Our failure to identify and react appropriately to new and changing product trends or tastes, to accurately forecast demand for certain product offerings…could lead to, among other things, excess or insufficient amounts of inventory, markdowns and write-offs, which could materially adversely affect our business."<br><br>"While we believe we have a flexible supply chain . . . we are vulnerable to changes in consumer preference and demand between the time we design and order our merchandise and the season in which the merchandise will be sold. Therefore, we are vulnerable to changes in consumer preference and demand between the time we design and order our merchandise and the season in which this merchandise will be sold. Inventory levels for |

| Source | Alleged False Statements With Context[1] | Risk Disclosures and Cautionary Language Omitted From FAC |
|---|---|---|
| | | certain merchandise styles may exceed planned levels, leader to higher markdowns to sell through excess inventory and, therefore, lower than planned margins. Conversely, if we underestimate consumer demand for our merchandise, or if our manufacturers fails to supply quality products in a timely manner, we may experience inventory shortages, which may negatively impact customer relationships, diminish brand loyalty and result in lost sales." <br><br> "The inability of a manufacturer to ship goods on time and to our specifications … could negatively impact our business." <br><br> "The interruption of the flow of merchandise from international manufacturers could disrupt our supply chain…." <br><br> "If the distribution facilities servicing our business were to encounter difficulties or if they were to shut down for any reason, we could face shortages of inventory in our stores, delayed shipments to our e-Commerce customers and harm to our reputation." <br><br> "The efficient flow of our merchandise requires that our distribution facilities be operated effectively and have |

19

| Source | Alleged False Statements With Context[1] | Risk Disclosures and Cautionary Language Omitted From FAC |
|---|---|---|
| | | adequate capacity to support our current level of operations and any anticipated increased levels that may follow from the growth of our business." "If we encounter difficulties associated with our distribution facilities, including operational difficulties in connection with fully transitioning to our facility in West Jefferson, Ohio, in our relationship with the third party operating our facilities or our facilities were to shut down for any reason, including as a result of … public health issues (including COVID-19) …, we could face shortages of inventory, resulting in 'out of stick' conditions in our stores, incur significantly higher costs and long lead times associated with distributing our products to both our stores and e-Commerce customers and experience dissatisfaction from our customers." "There can be no assurance that our new product offerings will have the same level of acceptance as our product offerings in the past or that we will be able to adequately and timely respond to the preferences of our customers. The failure of our product offerings to appeal to our customers could have a material adverse effect on our business, results of operations and financial condition." |

20

| Source | Alleged False Statements With Context[1] | Risk Disclosures and Cautionary Language Omitted From FAC |
|---|---|---|
| | | "The efficient operation and successful growth of our business depends upon our information systems. The failure of our information systems and the third party systems we rely on to perform as designed, or our failure to implement and operate them effectively, could disrupt our business…"<br><br>Impact of COVID-19 (p. 35)<br>"The COVID-19 pandemic has caused general business disruption worldwide. The full extent to which the COVID-19 pandemic will directly or indirectly impact our business, results of operations, cash flows, and financial condition will depend on future developments that are uncertain."<br><br>COVID-19 (p. 60)<br>"Our business operations, including net sales, were substantially affected by COVID-19 in the prior year and to the extent of future impacts of COVID-19 on our business, including the duration and impact on overall customer demand, is uncertain as circumstances are dynamic and depend on future developments, including, but not limited to, the duration and spread of COVID-19, the emergence of new variants of the coronavirus and the availability and acceptance of effective vaccines or medical treatments." |

| Source | Alleged False Statements With Context[1] | Risk Disclosures and Cautionary Language Omitted From FAC |
|---|---|---|
| Quarterly Earnings Calls and Press Release Statements | | |
| Q2 2021 Earnings Call (Ex. 7) | FAC ¶ 135<br>"*Gross profit in the second quarter was $150 million or 45% of net sales compared to $80 million or 32.1% of net sales in the second quarter of 2020 and $103 million or 39.8% of net sales in the second quarter of 2019*. This nearly 1,300 basis point expansion in our gross profit rate from the prior year was primarily due to an improved product margin, resulting from less discounting during the quarter as compared to the prior year. Our gross profit also benefited from leveraging distribution expenses, store occupancy costs and store depreciation expenses."<br><br>FAC ¶ 136<br>"*For the third quarter, we expect net sales to be between $305 million to $350 million and adjusted EBITDA to be between $47 million and $52 million. Our guidance assumes more modest gross margin expansion than we delivered in the second quarter, reflecting current trends as well as anticipated impact of supply chain* | "Before we get started, I would like to remind you of the company's Safe Harbor language, which I'm sure you're all familiar with. Management may make forward-looking statements, including guidance and underlying assumptions. Forward-looking statements are based on expectations that involve risks and uncertainties that could cause actual results to differ materially. For a further discussion of risks related to our business, see our filings with the SEC. This call will contain non-GAAP financial measures, such as adjusted EBITDA and adjusted EBITDA margin. Reconciliations of these non-GAAP measures to the most comparable GAAP measures are included in the earnings release furnished to SEC and available on our website." p. 2<br><br>"The global supply chain remains challenged with the resurgence of COVID in certain markets as well as port congestion, higher freight costs, coupled with inflation. While we believe these challenges are largely transitory and will not impact our long-term view of the business, we are actively taking steps to mitigate the pressure in any area we can, which George will speak to more in a moment." p. 6 |

| Source | Alleged False Statements With Context[1] | Risk Disclosures and Cautionary Language Omitted From FAC |
|---|---|---|
| | *challenges.* This also reflects our expectation for elevated expenses in the second half of the year, including increased marketing expense as well as the impact of the new costs associated with being a public company." <br><br>"*For fiscal 2021, we expect net sales between $1.29 billion to $1.3 billion and adjusted EBITDA between $248 million and $258 million. This assumes gross margin pressures in the back half of the year from supply chain challenges, as I previously referred to*. As a reminder, the seasonality of our sales is not as pronounced as other retailers in the fourth quarter, although this is typically our lowers gross margin quarter due to our seasonal promotion cadence." <br><br>FAC ¶ 138 <br>"*[O]ur data driven low risk merchandising model helps us provide a broad assortment of proprietary products with a distinct style. Our flexible operating model allows us to quickly read and react to our customers' preferences*…." | "While we're very pleased with our strong sales performance in the first half of the year, we are closely monitoring customer behavior given the potential impact of the Delta variant." p. 7 <br><br>"Strong product sell-through, combined with delays associates with global supply chain challenges, resulted in lower inventory levels at the end of the quarter." *Id.* <br><br>"[T]he global supply chain has become more challenged, and we expect continued shipping delays or congestion and manufacturing disruptions. While we continue to carefully monitor the supply chain situation and take proactive measures such as airfreighting goods, holding forward purchase orders as appropriate, the situation is highly dynamic. We are also facing inflationary pressures from rising product costs and anticipated wage increases." pp. 7-8 <br><br>"Our guidance assumes more modest gross margin expansion than we delivered in the second quarter, reflecting current trends as well as anticipated impact of supply chain challenges." p. 8 |

23

| Source | Alleged False Statements With Context[1] | Risk Disclosures and Cautionary Language Omitted From FAC |
|---|---|---|
| | "We further leverage this feedback and our extensive fit capabilities to expand into categories that drive high loyalty such as blue jeans, [ph] broad swim and shoes. *The effectiveness of our merchandising strategy is illustrated by our ability to grow our business across all of our categories year after year as well as by our consistently high penetration of regular-priced-sell-throughs at over 80% of our total sales and also supported by our wildly low 9% return rate.*" | |
| Q3 2021 Earnings Call (Ex. 8) | FAC ¶ 142 "Gross profit in the third quarter was $125 million of 40.9% of net sales. This compares to $96 million or 35.4% of net sales in the third quarter of last year and $98 million or 38.3% of net sales in 2019. This 550 basis point expansion in our gross profit margin from the prior year was *primarily driven by reduced promotional activity* and pricing initiatives, partially offset by an increase in store occupancy expense and higher freight costs related to the supply chain disruptions. We expect the impact of | "Before we begin, I would like to remind you of the company's Safe Harbor language, which I'm sure you're all familiar with. Management may make forward-looking statements, including guidance and underlying assumptions. Forward-looking statements are based on expectations that involve risks and uncertainties that could cause actual results to differ materially. For a further discussion of risks related to the business, see our filings with the SEC. This call will contain non-GAAP financial measures such as adjusted EBITDA and adjusted EBITDA margin. Reconciliations of these non-GAAP measures to the most comparable GAAP measure are included in the earnings |

24

| Source | Alleged False Statements With Context[1] | Risk Disclosures and Cautionary Language Omitted From FAC |
|---|---|---|
| | these higher freight costs to persist in the fourth quarter, which I will speak to shortly." | release furnished with the SEC and available on our website." p. 2 |

FAC ¶ 144
"At Torrid, we have a ***powerful and nimble operating model***, and we remain committed to continuously building on our successes to evolve the business and keep our customers highly engaged with our brand. With a constant flow of valuable feedback, we continuously test and innovate across all aspects of the organization. We use our learning to evolve our offering and experience, enabling us to deliver on our commitment to this underserved community."

"Overall, we are pleased with our accomplishments this quarter and thus far for the year, particularly given the challenging operational environment. We, along with the rest of the industry, are facing global supply chain headwinds. ***We have strong long-term vendor relationships and a diversified manufacturing base, and we are working closely with our partners to mitigate the current challenges. Our priority is getting***

"We, along with the rest of the industry, are facing global supply chain headwinds." p. 6

"While we expect supply chain headwinds to continue at least into the first half of 2022, we are successfully navigating the current environment and our underlying operation model remains strong." *Id.*

"Although we are very encouraged by the performance thus far in 2021, we recognize the industry-wide global supply chain challenges will persist in Q4 and into 2022. We are closely monitoring the situation and continuing to take proactive measures to mitigate the impact, including selectively air freighting goods and placing orders earlier as well as offsetting some of the associated cost pressures by consolidating fabric orders and selectively increasing prices. While we are taking proactive measures to manage our supply chain, many of these initiatives will not begin to benefit until starting early next year." pp .7-8

"[W]e saw – basically from a consumer demand, we didn't see any pullback from that end of it, it was mostly related to being the delays in the inventory coming in.

25

| Source | Alleged False Statements With Context[1] | Risk Disclosures and Cautionary Language Omitted From FAC |
|---|---|---|
| | *our products into the U.S. and specifically into our customers' hands in addition to managing the costs associated with these deliveries. As always, we are focused on delivering for our customer and meeting her needs despite the current operating environment. While we expect supply chain headwinds to continue at least into the first half of 2022, we are successfully navigating the current environment and are underlying operating model remains strong.*"<br><br>FAC ¶ 145<br>"Although we are very encouraged by the performance thus far in 2021, we recognize the industry-wide global supply chain challenges will persist in Q4 and into 2022. *We are closely monitoring the situation and continuing to take proactive measures to mitigate the impact, including selectively air freighting goods and placing orders earlier as well as offsetting some of the associated cost pressures by consolidating fabric orders and selectively increasing prices. While we are taking proactive measures to manage our supply chain, many of these initiatives* | And we haven't really quantified the exact dollar amount what that is, though we do believe that we had the ample amount of inventory that we were wanting and when we wanted it that our sales would have incremented much higher than we currently had reported at this point. So mostly related to delays, not the consumer pullback." p. 10<br><br>"[A]s far as delays to the product, it was relatively widespread…. [W]e sort of saw it across the board." p. 11 |

| Source | Alleged False Statements With Context[1] | Risk Disclosures and Cautionary Language Omitted From FAC |
|---|---|---|
| | *will not begin to benefit until starting early next year*." <br><br>FAC ¶ 146 <br>"*In Q4 specifically is in general for Q4 the promotional activity is higher. Again, we don't necessarily play the same seasonal issues that other retailers have, but we do have to play in the arena of Black Friday and Cyber Monday events. That promotional activity is typically deeper and that does bring down the increases of promotional rate for that quarter compared to other quarters.* So it's not a new anomaly for us as we're having to play with the bigger, broader macro issues there. And then from a promotions standpoint in general, we do use it as we've said more of an end *customer engagement tool* and really trying to keep her engaged along the way in that journey of what we're doing." <br><br>"*[R]elated to the promotions a bit for Q4. So, yeah, we'll selectively look at the promotions related to truly seasonal goods. But I think we're very happy with our – as we're getting* | |

27

| Source | Alleged False Statements With Context[1] | Risk Disclosures and Cautionary Language Omitted From FAC |
|---|---|---|
| | *our inventory and how we're positioning ourselves as we go into Q1 and being very strategic about how we're doing promotions to try to make sure that we're mitigating as much as that product is possible that might have a shorter shelf life as far as seasonal goods.*" <br><br> "*I think it's just important to get that point across, and George made it that we use promotions in a different way. We don't necessarily use promotions to drive product that's not working or things like that. We use them as an engagement tool.*" <br><br> FAC ¶ 147 <br> "*Inventory at the end of the quarter was $159 million compared to $124 million last year and $140 million in the third quarter of 2019. Excluding in-transit levels, our inventory was slightly down from prior year. Although our available inventory is modestly below optimal levels, we took measures to air freight and feel very comfortable with the adequate inventory levels to meet the* | |

| Source | Alleged False Statements With Context[1] | Risk Disclosures and Cautionary Language Omitted From FAC |
|---|---|---|
| | *consumer demand that is reflected in our fourth quarter forecast.*" | |
| Q4 2021 Earnings Call (Ex. 18) | FAC ¶ 153 <br> "Starting with our 2021 performance, *net sales grew 31% versus 2020 and 23% versus 2019. Adjusted EBITDA increased by 144% over last year and 86% versus 2019, and adjusted EBITDA margin reached 19%. Importantly, we achieved these results in the face of pervasive supply chain challenges and cost pressures, demonstrating the strength of our brand and strong execution against our growth strategies.*" <br><br> FAC ¶ 154 <br> "*As far as the promotional activity, we see promotional activity to be similar to '21. And we are focused on the promotional events that we know are part of our DNA, and they form a bond with our customer. They drive engagement. And I will tell you that a lot of these promotional events are also really good new customer acquisition tools. So things like Torrid Cash and the Love Your Bra event will continue. And then we use* | "Before we get started, I would like to remind you of the company's Safe Harbor language, which I'm sure you're familiar with. Management may make forward-looking statements, including guidance and underlying assumptions. Forward-looking statements are based on expectations that involve risks and uncertainties that could cause actual results to differ materially. For a further discussion of risks related to our business, see our filings with the SEC. <br><br> This call will contain non-GAAP financial measures, such as adjusted EBITDA and adjusted EBITDA margin. Reconciliations to these non-GAAP measures to the most comparable GAAP measures are included in the earnings release furnished to the SEC and available on our website." p. 2 <br><br> "We are also addressing supply chain challenges, which we expect to persist into 2022 by managing areas that are within our control." p. 5 <br><br> "And as far as the supply chain, we will continue to do the things that have worked for us that are in our control. |

| Source | Alleged False Statements With Context[1] | Risk Disclosures and Cautionary Language Omitted From FAC |
|---|---|---|
| | *incentives to get customers in the categories we really want them to be in because they are very sticky like bras and blue jeans, and we've seen success in that. So I think it's going to continue as it's been, and we will adjust and address as it comes at us*." <br><br> "*And then as a follow-up to what Liz said, yes, looking at '22 to be more of a normalized year related to that. But if you're looking compared to 2021, remember that the first half of the year, we were much more impacted by the stimulus and the pent-up demand. And there was less promotional activity going on because of what she was spending and she had available to spend. So it will be more of a normalized [year related to] that as we look more towards pre-COVID levels* but if you're comparing to 2021, more pressure in the first half of the year and that kind of moderating itself in the back half of the year." <br><br> FAC ¶ 155 <br> "We are also addressing supply chain challenges, which we expect to persist into | We are writing orders earlier. We are consolidating and positioning fabrics. We're leveraging long-term relationships with factory owners. We are mostly direct. All that said, we had a moment where we said, we cannot accept what is happening as our future. So we cannot allow long lead timed to become the default. And so we need to get speed back. And we formed a committee that is really thinking out of the box and coming up with different solutions around speed, and we just did that." pp. 10-11 |

| Source | Alleged False Statements With Context[1] | Risk Disclosures and Cautionary Language Omitted From FAC |
|---|---|---|
| | 2022, by managing areas that are within our control. ***As part of these efforts, we have formed a speed committee, where we are analyzing our full production cycle in order to reduce lead times and increase efficiency.***" <br><br> FAC ¶ 156 <br> "***We feel comfortable with both our current inventory position and the flow of shipments as we continue to take proactive measures to mitigate the impact of shipping delays and higher transportation costs. We are placing orders earlier, consolidating fabric orders to get low pricing and selectively taking price increases. We are confident in our ability to continue to navigate the supply chain challenges facing us in our industry.***" <br><br> FAC ¶ 157 <br> "So, from a comparison with – at the end of the year 2021 compared to 2019, our inventory in total was up. ***But if you look at it from – and excluding in-transit, because, again, with this delay related to the supply chain and the transit times, it has increased*** | |

| Source | Alleged False Statements With Context[1] | Risk Disclosures and Cautionary Language Omitted From FAC |
|---|---|---|
| | *what we have in-transit in the water, not in our buildings. You exclude that, we were up 12% compared to '19. So very in line with what we're looking at from a sales perspective*." <br><br> "*We feel very good about what we have in inventory. We feel good about the composition of what we have in the inventory. And we feel good about what's coming in as well as what we factored in, again, as Liz said, timing-wise, trying to place orders earlier to get the product in. So I think from an inventory perspective, we have the inventory to be able to support higher sales than we have put into the guidance.* | |
| Q1 2022 Earnings Call (Ex. 12) | FAC ¶ 166 <br> "This outlook assumes our gross margin rate will be below Q1 as we clear through inventory heading into the back half of the year. *For the full year, we are maintaining our full year sales guidance of between $1.3 billion and $1.365 billion*. As Lisa stated, we are focused on creating a better | "Before we get started, I would like to remind you of the company's Safe Harbor language, which I'm sure you're familiar with. Management may make forward-looking statements, including guidance and underlying assumptions. Forward-looking statements are based on expectations that involve risks and uncertainties that could cause actual results to differ materially. For a |

32

| Source | Alleged False Statements With Context[1] | Risk Disclosures and Cautionary Language Omitted From FAC |
|---|---|---|
| | balance of sales and margin in the business that is expected to moderate sales growth in the back half, while driving improvements in margin." <br><br> FAC ¶ 167 <br> "*In the past our promotions have been largely broad-based offers to all customers and across categories, which has anchored heavily on percentage discount. Going forward, we plan to take a more surgical approach to promotions by closely aligning them with our merchandising and marketing strategies and our inventory investment. It will take time to refine these strategies, and we will maintain site-wise promotions in the near term while we test and react into more targeted promotions*." <br><br> FAC ¶ 168 <br> "*So we are comfortable with the position of the inventories within remainder of the year. We are going to have to be more promotional in Q2 so that we're doing clean-off our inventory heading to the post summer time frame. But we feel like we've* | further discussion of risks related to our business, see our filings with the SEC. <br><br> This call will contain non-GAAP financial measures, such as adjusted EBITDA and adjusted EBITDA margin. Reconciliations to these non-GAAP measures to the most comparable GAAP measures are included in the earnings release furnished to the SEC and available on our website." p. 2 <br><br> "I think reassessing our promotional strategy and time period that we have a little bit more inventory than we would like to have. We have to be very cautious about that in addition to the macro conversations that are perpetually being shared at this point." p. 7 <br><br> "We are going to have to be more promotion in Q2 so that we're doing clean-off of our inventory heading to the post summer time frame. But we feel like we've planned receipts in the back half of the year such that we're going to be comfortable with our inventory position Q3 to Q4 time frame." p. 15 |

33

| Source | Alleged False Statements With Context[1] | Risk Disclosures and Cautionary Language Omitted From FAC |
|---|---|---|
| | *planned receipts in the back half of the year such that we're going to be comfortable with our inventory position Q3 to Q4 time frame.*" | |
| August 3, 2022 Press Release (Ex. 20) | FAC ¶ 171<br>"Heading into the back half of the year, we remain focused on prioritizing margin through compelling new product, disciplined inventory management, and cost control through effective resource allocation. *Additionally, we were able to clear our projected levels of excess inventory and expect to have assortments in a balanced position by mid-September. Heading into the back half of the year, we remain focused on prioritizing margin through compelling new product, disciplined inventory management, and cost control through effective resource allocation.*" | Forward-Looking Statements (p. 4)<br>"These forward-looking statements are based on Torrid's current expectations and assumptions about future events and are based on currently available information as to the outcome and timing of future events. We caution you that these forward-looking statements are subject to risk and uncertainties that may cause our actual results to differ materially from those that we expected, including, but not limited to: successful management of risks relating to the spread of COVID, including an adverse impacts on our supply chain, workforce facilities, customers services and operations… interruptions of the flow of our merchandise from international manufacturers causing disruption in our supply chain; our sourcing a significant amount of our products from China; shortages of inventory, delayed shipments to our e-Commerce customers and harm to our reputation due to difficulties or shut downs of our distribution facilities (including as a result of COVID-19)." |

34

| Source | Alleged False Statements With Context[1] | Risk Disclosures and Cautionary Language Omitted From FAC |
|---|---|---|
| Q2 2022 Earnings Call (Ex. 11) | FAC ¶ 180<br>"This brings me to the 3 main priorities. Our first priority is to refine our marketing and our promotional strategy. We continue to believe that there's an opportunity to reduce site-wide promotions and to realign our marketing and merchandising strategy. As we move into the back half of the year, we'll be testing into more category-focused promotions based on price elasticity with the goal of reducing discounts on styles with the strongest natural demand."<br><br>"***We're implementing these changes on site, and we started providing percentage discounts based on inventory and demand as opposed to blanket promotions. This is the first step in refining our promotional cadence and driving margin improvements.***"<br><br>FAC ¶ 181<br>"Excluding in-transit, total inventory at the end of Q2 was up 40% to pre-pandemic 2019 compared to a 32% sales growth and increased product costs over that same time period. ***As we moved through the [2Q], we*** | "Before we get started, I would like to remind you of the company's Safe Harbor language, which I'm sure you're familiar with. Management may make forward-looking statements, including guidance and underlying assumptions. Forward-looking statements are based on expectations that involve risks and uncertainties that could cause actual results to differ materially. For a further discussion of risks related to our business, see our filings with the SEC.<br><br>This call will contain non-GAAP financial measures, such as adjusted EBITDA and adjusted EBITDA margin. Reconciliations to these non-GAAP measures to the most comparable GAAP measures are included in the earnings release furnished to the SEC and available on our website." p. 2<br><br>"We will continue to focus on clearance through the first part of the third quarter and we have bought receipts to be more balanced in the back half of the year." p. 3<br><br>"In addition to managing our inventory and upgrading the capacity in our distribution center, we also successfully launched a new ERP system during the quarter. These are enormous accomplishments and the team, and I'm proud of the progress that we've made." p. 3 |

| Source | Alleged False Statements With Context[1] | Risk Disclosures and Cautionary Language Omitted From FAC |
|---|---|---|
| | *remain focused on selling through excess inventory. And with our current planned sales and receipts, we remain comfortable with[how] our inventory levels are positioned for the remainder of the year*." | "The changes to the distribution center have doubled our capacity and has more room to scale." p. 4<br><br>"I think it's very difficult to extract the pressure of clearing through excess inventory that's been ramping in the sector for the first half, particularly the second quarter from those impacts of the macro environment." p. 7<br><br>"But at the same time, [ph] it's only (00:22:36) accelerated promotions to deal with the over inventory situation. So that was kind of a combination and once again, very difficult to extract broad macro trends from the results that we had as we were dealing with the over inventory situation." p. 8.<br><br>"So the biggest opportunity for margin improvement in the back half of the year is not having an excessive amount of inventory to clear and then the desirability of the product and being able to adjust to our promotional stance and depth based on that." p. 12. |