# EXHIBIT 2

**APPENDIX B: TRADES IN TORRID STOCK BY DEFENDANTS DURING THE CLASS PERIOD**

| Defendant[1] | Date of Stock Transaction | Change in Number of Shares | Number of Shares Retained | % of Shares Traded |
|---|---|---|---|---|
| Elizabeth Muñoz | July 2, 2021[2] | +2,196,681 | 2,196,681 | – |
| | July 6, 2021[3] | (252,637) | 1,944,044 | (11.50%) |
| | July 6, 2021[4] | +312,083 | 2,256,127 | +16.05% |
| | July 30, 2021[5] | (17,152) | 2,238,975 | (0.76%) |
| | August 30, 2021[6] | (13,258) | 2,225,717 | (0.59%) |
| | December 1, 2021[7] | (13,258) | 2,212,459 | (0.60%) |
| | March 1, 2022[8] | (9,218) | 2,203,241 | (0.43%) |
| | May 27, 2022[9] | (13,258) | 2,189,983 | (0.60%) |
| | July 7, 2022[10] | (5,903) | 2,184,080 | (0.26%) |
| | August 29, 2022[11] | (13,258) | 2,170,822 | (0.61%) |
| | November 29, 2022[12] | (13,258) | 2,157,564 | (0.61%) |

**Summary of Elizabeth Muñoz's Trading:**
- 351,200 shares sold, 312,083 shares gained during Class Period.
- At the end of the Class Period, Muñoz held **2,157,564 shares, 98.3%** of the shares held at the beginning of the Class Period.

---

[1]   This Appendix reflects a summary of the trades made by the Exchange Act Defendants during the Class Period, as reflected in their Form 4 filings with the SEC. Plaintiffs allege no trades by half the Individual Defendants—Kaluzny, Kopelioff, and Killion.

[2]   Norris Decl. Ex. 23 (7/6/2021 Elizabeth Munoz Form 4).

[3]   *Id.*

[4]   *Id.*

[5]   Norris Decl. Ex. 24 (08/03/2021 Elizabeth Munoz Form 4).

[6]   Norris Decl. Ex. 25 (09/01/2021 Elizabeth Munoz Form 4).

[7]   Norris Decl. Ex. 26 (12/03/2021 Elizabeth Munoz Form 4).

[8]   Norris Decl. Ex. 27 (03/03/2022 Elizabeth Munoz Form 4).

[9]   Norris Decl. Ex. 28 (06/01/2022 Elizabeth Munoz Form 4).

[10]   Norris Decl. Ex. 29 (07/11/2022 Elizabeth Munoz Form 4).

[11]   Norris Decl. Ex. 30 (08/31/2022 Elizabeth Munoz Form 4).

[12]   Norris Decl. Ex. 31 (11/30/2022 Elizabeth Munoz Form 4).

**APPENDIX B: TRADES IN TORRID STOCK BY DEFENDANTS DURING THE CLASS PERIOD**

| Defendant[1] | Date of Stock Transaction | Change in Number of Shares | Number of Shares Retained | % of Shares Traded |
|---|---|---|---|---|
| **George Wehlitz** | July 2, 2021[13] | +1,833,232 and +47,619 stock options | 1,833,232 and 47,619 stock options | – |
| | July 6, 2021[14] | (210,837) | 1,622,395 | (11.50%) |
| | July 6, 2021[15] | +71,430 | 1,693,825 | +4.40% |
| | July 30, 2021[16] | (10,625) | 1,683,200 | (0.63%) |
| | July 7, 2022[17] | (2,417) | 1,680,783 | (0.14%) |

**Summary of George Wehlitz's Trading:**
- 223,879 shares sold, 71,430 shares gained during Class Period.
- At the end of the Class Period, Wehlitz held **1,680,783 shares, 91.7%** of the shares held at the beginning of the Class Period.

| Defendant[1] | Date of Stock Transaction | Change in Number of Shares | Number of Shares Retained | % of Shares Traded |
|---|---|---|---|---|
| **Lisa Harper** | July 2, 2021[18] | +6,350,817 | 6,350,817 | – |
| | July 6, 2021[19] | (730,397) | 5,620,420 | (11.50%) |
| | May 3, 2022[20] | +300,000 | 5,920,420 | +5.34% |

**Summary of Lisa Harper's Trading:**
- 730,397 shares sold, 300,000 shares gained during Class Period.
- At the end of the Class Period, Harper held **5,920,420 shares, 93.2%** of the shares held at the beginning of the Class Period.

---

[13]  Norris Decl. Ex. 34 (07/02/2021 George Wehlitz Form 4).
[14]  Norris Decl. Ex. 35 (07/06/2021 George Wehlitz Form 4).
[15]  *Id*.
[16]  Norris Decl. Ex. 36 (08/03/2021 George Wehlitz Form 4).
[17]  Norris Decl. Ex. 37 (07/11/2022 George Wehlitz Form 4).
[18]  Norris Decl. Ex. 38 (07/06/2021 Lisa Harper Form 4).
[19]  *Id*.
[20]  Norris Decl. Ex. 39 (05/05/2022 Lisa Harper Form 4).

**APPENDIX B: TRADES IN TORRID STOCK BY DEFENDANTS DURING THE CLASS PERIOD**

| Defendant | Date of Stock Transaction | Change in Number of Shares | Number of Shares Retained | Percent of Shares Traded |
|---|---|---|---|---|
| Sycamore Partners[21] | July 6, 2021[22] | (10,701,990) | 82,351,986 | 12.99% |
| **Summary of Sycamore Partners' Trading:** | | | | |
| • 10,701,990 shares sold during the Class Period <br> • At the end of the Class Period, Sycamore Partners held **82,351,986 shares, 88.5%** of the shares held at the beginning of the Class Period | | | | |

---

[21]  Various Sycamore entities filed a joint Form 4 reporting trades with the SEC. For ease of reference, they are referred to collectively here as "Sycamore Partners." *See* Norris Decl. Ex. 41 (07/06/2021 Form 4) (identifying Sycamore Partners Torrid, L.L.C.; Sycamore Partners, L.P.; Sycamore Partners Associates-C, L.P.; Sycamore Partners Associates, L.P.; Sycamore Partners Associates Investments, L.P.; Sycamore Partners (Co-Invest), L.L.C.; and Sycamore Partners Associates Co-Invest, L.P.).

[22]  Norris Decl. Ex. 41 (07/06/2021 Sycamore Partners Form 4).

3