# EXHIBIT 16



# TORRID

# Roadshow Presentation

June 2021

# Legal Disclaimer

**Disclaimer:** The following applies to the information contained in this presentation (the "Confidential Information"), and you are advised to carefully read the statements below before reading or making any other use of the Confidential Information. You agree to be bound by the following terms and conditions, including any modifications to them, any time you receive any information from or on behalf of Torrid Holdings Inc. or its subsidiaries or affiliates (collectively, "Torrid," "us," "we" or "our") as a result of receiving the Confidential Information.

Recipients of the confidential information acknowledge that Torrid considers this presentation and all information contained herein to include confidential, sensitive and proprietary information and agrees that the recipient shall use reasonable precautions in accordance with its established procedures to keep the presentation and all information contained herein confidential. The information contained in this presentation, as opposed to the model you may develop on your own using some of the information included herein, is confidential. Accordingly, the information included herein may not be referred to, quoted or otherwise directly disclosed by you. By reviewing this presentation, you are acknowledging the confidential nature of the information contained herein and are agreeing to abide by the terms of this legend. The Confidential Information does not constitute or form part of, and should not be construed as, an offer or invitation to subscribe for, underwrite or otherwise acquire, any securities of Torrid nor should it or any part of it form the basis of, or be relied on in connection with, any contract to purchase or subscribe for any securities of Torrid nor shall it or any part of it form the basis of or be relied on in connection with any contract or commitment whatsoever.

This presentation does not constitute a "prospectus" within the meaning of the Securities Act of 1933, as amended. Any decision to purchase securities in the proposed offering should be made solely on the basis of the information contained in the Registration Statement filed in connection with our proposed IPO (including any amendment thereto). A registration statement on Form S-1 relating to the proposed offering has been filed with the SEC but has not yet become effective. The securities to be registered may not be sold nor may offers to buy be accepted prior to the time when the registration statement becomes effective. This presentation shall not constitute an offer to sell or the solicitation of an offer to buy, nor shall there be any sale of these securities in any state or jurisdiction in which such offer, solicitation or sale would be unlawful prior to registration or qualification under the securities laws of any such state or jurisdiction.

No persons have been authorized to make any representations regarding the information contained in this presentation, and if given or made, such representations should not be considered as authorized. No representation, warranty or undertaking, express or implied, is made as to, and no reliance should be placed on, the fairness, accuracy, completeness or correctness of the information or the opinions contained herein. The information herein, including the forward looking statements described below, has been prepared by us solely for use in this presentation, has not been independently verified and should be considered in the context of the circumstances prevailing at the time of its preparation. Management is under no obligation to update the information contained herein to reflect material developments which may occur after the date of the presentation. None of Morgan Stanley & Co. LLC or any other underwriter, their respective subsidiaries, affiliates or associated companies, Torrid or any subsidiary or affiliate, their respective advisers, connected persons or any other person, accepts any liability for any loss howsoever arising, directly or indirectly, from the information contained in this presentation. Morgan Stanley & Co. LLC and any other underwriter in connection with any securities are acting for Torrid and no one else and will not be responsible to any other person for providing the protections afforded to its clients, or for providing advice in relation to the Confidential Information. We may alter, modify or otherwise change in any manner the content of this presentation, without obligation to notify any person of such revision or changes. This document is provided by Morgan Stanley & Co. LLC and/or certain of its affiliates or other applicable entities, which may include Morgan Stanley Realty Incorporated, Morgan Stanley Senior Funding, Inc., Morgan Stanley Bank, N.A., Morgan Stanley & Co. International plc, Morgan Stanley Securities Limited, Morgan Stanley Bank AG, Morgan Stanley MUFG Securities Co., Ltd., Mitsubishi UFJ Morgan Stanley Securities Co., Ltd., Morgan Stanley Asia Limited, Morgan Stanley Australia Securities Limited, Morgan Stanley Australia Limited, Morgan Stanley Asia (Singapore) Pte., Morgan Stanley Services Limited, Morgan Stanley & Co. International plc Seoul Branch and/or Morgan Stanley Canada Limited. Unless governing law permits otherwise, you must contact an authorized Morgan Stanley entity in your jurisdiction regarding this document or any of the information contained herein.

**Forward-Looking Statements:** The information in this presentation and the oral statements made in connection therewith, includes "forward-looking statements" within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. All statements, other than statements of historical fact included in this presentation and the oral statements made in connection therewith, regarding our strategy, future operations, financial position, estimated revenues and losses, projected costs, prospects, plans and objectives of management are forward-looking statements. When used in this presentation, and the oral statements made in connection therewith, the words "could," "believe," "anticipate," "intend," "estimate," "expect," "project" and similar expressions are intended to identify forward-looking statements, although not all forward-looking statements contain such identifying words. These forward-looking statements are based on Torrid's current expectations and assumptions about future events and are based on currently available information as to the outcome and timing of future events. We caution you that these forward-looking statements are subject to risks and uncertainties that may cause our actual results to differ materially from those that we expected, including, but are not limited to, (i) our ability to successfully manage risks relating to the spread of COVID-19, including any adverse impacts on our supply chain, workforce, facilities, customer services and operations; (ii) changes in consumer spending and general economic conditions; (iii) our ability to identify and respond to new and changing product trends, customer preferences and other related factors; (iv) our dependence on a strong brand image; (v) damage to our reputation arising from our use of social media, email and text messages; (vi) increased competition from other brands and retailers; (vii) our reliance on third parties to drive traffic to our website; (viii) the success of the shopping centers in which our stores are located; (ix) our ability to adapt to consumer shopping preferences and develop and maintain a relevant and reliable omni-channel experience for our customers; (x) our dependence upon independent third parties for the manufacture of all of our merchandise; (xi) availability constraints and price volatility in the raw materials used to manufacture our products; (xii) interruptions of the flow of our merchandise from international manufacturers causing disruptions in our supply chain; (xiii) our sourcing a significant amount of our products from China; (xiv) shortages of inventory, delayed shipments to our E-Commerce customers and harm to our reputation due to difficulties or shut-down of our distribution facilities (including as a result of COVID-19); (xv) our reliance upon independent third-party transportation providers for substantially all of our product shipments; (xvi) our failure to find store employees that reflect our brand image and embody our culture; (xvii) our reliance on third-parties for the provision of certain services, including distribution and real estate management; our reliance on information systems; (xviii) system security risk issues that could disrupt our internal operations or information technology services; (xix) unauthorized disclosure of sensitive or confidential information, whether through a breach of our computer system or otherwise; (xx) our failure to comply with federal and state laws and regulations and industry standards relating to privacy, data protection, advertising and consumer protection; (xxi) payment-related risks that could increase our operating costs or subject us to potential liability; (xxii) claims made against us resulting in litigation; (xxiii) changes in laws and regulations applicable to our business, including tax laws; (xxiii) regulatory actions or recalls arising from issues with product safety; (xxiv) our inability to protect our trademarks or other intellectual property rights; (xxv) our substantial indebtedness and lease obligations; (xxvi) the possibility that we may recognize impairments on long-lived assets; (xxvii) our failure to maintain adequate internal controls; (xxviii) the threat of war, terrorism or other catastrophes that could negatively impact our business; (xxix) our dependence upon key executive management; and (xxx) and the other risk factors discussed in or referenced in the Registration Statement. Should one or more of these risks or uncertainties occur, or should underlying assumptions prove incorrect, our actual results and plans could differ materially from those expressed in any forward-looking statements. No representation or warranty (express or implied) is made as to, and no reliance should be placed on, any information, including projections, estimates, targets and opinions contained herein, and no liability whatsoever is accepted as to any errors, omissions or misstatements contained herein.

We caution you that the important factors referenced above may not contain all of the factors that are important to you. In addition, we cannot assure you that we will realize the results or developments we expect or anticipate or, even if substantially realized, that they will result in the consequences or affect us or our operations in the way we expect. You are cautioned not to place undue reliance on any forward-looking statements, which speak only as of the date of this presentation. Except as otherwise required by applicable law, we disclaim any duty to update and do not intend to update any forward-looking statements, all of which are expressly qualified by the statements in this section, to reflect events or circumstances after the date of this presentation.

**Non-GAAP Financial Information:** This presentation contains "non-GAAP measures" that are financial measures that either exclude or include amounts that are not excluded or included in the most directly comparable measures calculated and presented in accordance with U.S. generally accepted accounting principles ("GAAP"). Adjusted EBITDA represents GAAP net income (loss) plus interest expense less interest (income) net of other (income) expense, plus provision less (benefit) for income taxes, depreciation and amortization, and share-based compensation, non-cash deductions and charges, other expenses and the duplicative and start-up costs associated with the West Jefferson, Ohio, distribution center. Adjusted EBITDA margin represents Adjusted EBITDA as a percentage of our total net sales. Free Cash Flow represents net cash provided by operating activities less capital expenditures. We believe Adjusted EBITDA, Adjusted EBITDA margin and Free Cash Flow facilitate operating performance comparisons from period to period by isolating the effects of certain items that vary from period to period without any correlation to ongoing operating performance. Adjusted EBITDA, Adjusted EBITDA margin and Free Cash Flow have limitations as analytical tools. These measures are not measurements of our financial performance under GAAP and should not be considered in isolation or as alternatives to or substitutes for net income (loss), income (loss) from operations or any other performance measures determined in accordance with GAAP or as alternatives to cash flows from operating activities as a measure of our liquidity. Our presentation of Adjusted EBITDA and Adjusted EBITDA margin should not be construed as an inference that our future results will be unaffected by unusual or non-recurring items. Because not all companies use identical calculations, the presentations of these measures may not be comparable to other similarly titled measures of other companies and can differ significantly from company to company.

**Industry and Market Data:** This presentation includes market data and other statistical information from our own internal estimates and research as well as from industry and general publications and research, studies and surveys conducted by third parties. Industry publications, studies and surveys generally state that they have been obtained from sources believed to be reliable, although they do not guarantee the accuracy or completeness of such information. While we believe that each of these studies and publications is reliable, we have not independently verified market and industry data from third party sources. While we believe our internal company research is reliable and the definitions of our market and industry are appropriate, neither such research nor these definitions have been verified by any independent source.

**TORRID**

# Today's Presenters



**Liz Muñoz**
*Chief Executive Officer*
34 Years Industry Experience
11 Years at Torrid



**Michael Salmon**
*Chief Operating Officer*
26 Years Industry Experience
3 Years at Torrid



**George Wehlitz**
*Chief Financial Officer*
34 Years Industry Experience
17 Years at Torrid / Hot Topic

**TORRID**

3

# Offering Summary

| | |
|---|---|
| **Issuer** | Torrid Holdings, Inc. |
| **Base Offering Size** | Up to 8,000,000 shares of common stock |
| **Over-Allotment Option** | 15% (100% Secondary) |
| **Filing Range** | $18.00 - $21.00 |
| **Ticker / Exchange** | CURV / NYSE |
| **Lock-Up** | Up to 180 days, subject to certain early releases |
| **Expected Pricing** | Week of June 28th, 2021 |
| **Active Bookrunners** | Morgan Stanley, Bank of America, Goldman Sachs, Jefferies |

**TORRID**

# Torrid At A Glance

Largest, and among the **fastest-growing direct-to-consumer brands** of **women's plus-size** apparel and intimates in North America

**Category leader** in the **$85Bn U.S. women's plus-size apparel and intimates market**

Proprietary offering with a **differentiated focus on fit** – that **empowers our customers** to love the way they look and feel

We build **a deep and emotional connection** with our **loyal and passionate customers**

**>$1Bn business** with **over two-thirds** of our sales coming from **E-Commerce**

We are still in the **early innings of growth**



### CONSISTENT POSITIVE COMP SALES GROWTH
*(in %)*



### STRONG HISTORICAL FINANCIAL PERFORMANCE
*($ in mm)*

**Notes:** Our fiscal year ends on the Saturday nearest to January 31 and each fiscal year is generally comprised of four 13-week quarters (although in years with 53 weeks, the fourth quarter is comprised of 14 weeks). Fiscal years are identified according to the calendar year in which they begin. For example, references to "2020" or similar references refer to the fiscal year ended January 30, 2021 and references to "calendar year 2020" or similar references refer to the calendar year ended December 31, 2020
(1) Adjusted EBITDA is a non-GAAP measure; refer to the Appendix for reconciliation to the most directly comparable GAAP figure. Adjusted EBITDA margin is defined as Adjusted EBITDA divided by net revenues

**TORRID**

5

# Torrid is on a mission…

…to be **the best** direct-to-
consumer apparel and intimates brand in the U.S.

…by providing an **unparalleled fit** and
experience that **empowers curvy women**
to love the way they look and feel






# We Deliver On Our Mission By Building Great Talent

In plus-size apparel, talent has always been an afterthought; **no one wanted to work in plus-size**

We have developed and promoted **people that share our passion** and focus

We **do not settle** for the low expectations of our industry

Our teams are structurally organized to **maximize collaboration across a common mission**

Our team is comprised primarily of **users of our products** who embody our philosophy and dedication to product



**TORRID**

# The Plus-Size Customer Has Significant Untapped Potential



We estimate that plus-size customers underspend by $19Bn, implying a 22% embedded wallet growth opportunity

Source: Third Party Plus Size Market Study (2019)
Notes:
1. Plus-size defined as greater than size 10
2. Plus-size dedicated store count as of Jan. 2021, includes Torrid, Lane Bryant, Catherines, Avenue and Ashley Stewart

TORRID

# We Aim To Make The Best Product, Not Just The Best Plus-Size Product

   

**TORRID**

9

# We Cater To Her Entire Closet And Cover Any Occasion

## FROM CASUAL TO DRESSY AND EVERYTHING IN BETWEEN...

**TORRID**

    

Casual

Dressy

**TORRID**

# We Cater To Her Entire Closet And Cover Any Occasion



...FROM LOUNGE, TO ACTIVE, TO LINGERIE AND SLEEP

# Our Focus On Fit Is Driven By Customer Preference



## FIT IS THE TOP PRIORITY FOR OUR CUSTOMER...

### ...AND IS AT THE CORE OF WHAT WE DO



Development driven by designers, artists, and engineers

 



Fit 100% of our products on on-staff, full-time live fit models

How we fit...        ...how they fit





Proprietary fabrics specifically engineered for our garments

TORRID

12

# Fit Makes A Difference

HOW THEY FIT...                          ...HOW WE FIT







**Online Fashion Brand**

**TORRID**

# Fit Makes A Difference

HOW THEY FIT...



**Specialty Apparel Retailer**

...HOW WE FIT



**TORRID**

# Fit Makes A Difference

HOW THEY FIT...

...HOW WE FIT



**Online Plus-Size Apparel Brand**



**TORRID**

# Our Focus On Fit Fuels A Virtuous Cycle Which is Core to Our Economic Model



**Create**
Proprietary, **Best Fitting Product** and **Life Changing Experience**



**Provide**
**Rich Data** to Improve Product and Experience

**TORRID**



**Empower**
Fit + Experience = **Confidence**



**Drive**
Customer **Loyalty, Engagement** and **Retention**

**TORRID**

16

# We Give Her Something She's Never Had



TORRID

# We Are Changing Her Life



**Torrid Customer Testimonials**

TORRID

18



# TORRID

## Investment Highlights

# Investment Highlights



# ① We Have A Small Share Of A Large And Growing Addressable Market

## NUMBER OF U.S. WOMEN [1]

131MM — Total Women

90MM — Plus-Size Women

3.4MM — Torrid Active Customers ~4% Penetration

## APPAREL AND INTIMATES MARKET CAGR [2]



Women's Plus-Size ~3-5%

Overall U.S. Women's

2x

$85Bn Market

~2%

Source: Third Party Plus Size Market Study; Market inclusive of both apparel and intimates; plus size defined as size 10 and up

**Notes:**
1. Market figures as of year end 2019; Torrid customer count as of 2019 and LTM Q1 2021
2. Apparel market CAGRs reflect 5-year forward CAGR estimates as of 2019

TORRID

21

# ❶ Plus-Size Women Are Poorly Served

**Poor Fit**
→ "Grading Up"
→ "Good Enough"

**Limited Selection**
Plain Styling
For Older Demo

**Poor Experience**
Unwelcoming
Relegated to Online Only

Source: Third Party General Plus Size Consumer Survey (2019, N=2,989)



**69%** of plus-size women report that it is difficult to find clothing as stylish and attractive as those available to non-plus-size women

**78%** of plus-size women report they would spend more on clothing if they had more options available in their size

**TORRID**

22

# ① Why Have We Been Successful? We Give Her Something No One Else Can







**Fit** — Prioritized what matters most to her

**Skill** — Trained and developed fit-focused designers

**Dedication** — Solely focused on our plus-size customer

**Culture** — Celebrate our customer and her body

**Time** — Invested resources over ten years to get it right

## ② Deep Connection With Loyal And Passionate Customers

### OUR 2020 METRICS DEMONSTRATE THE STRENGTH OF OUR CUSTOMER BASE

- 3MM+ active customers

- ~95% of sales from loyalty customers

- ~82% sales retention rate (impacted by COVID; was 96% in 2019)

- Nearly 1MM Instagram Followers, with ~90% higher engagement vs. competitors [2]



**7.4x**
5-Year
LTV / CAC [1]

Source: Company websites and management estimates
Notes:
1.  5-Year LTV and CAC based on 2015 customer cohort
2.  The Engagement Rate comparison was calculated based on average engagement (likes/favorites and comments) divided by total followers; Peers include Lane Bryant, Eloquii, Nordstrom, Third Love, and Old Navy

# ② Exceptional Visibility Into Our Customers' Preferences

**WE CAPTURE DATA AND FEEDBACK FROM ALL TOUCHPOINTS WITH OUR CUSTOMER...**



We attributed 98% of sales to an identifiable customer in 2020

**...WHICH ENABLE US TO MAKE HIGHLY RESPONSIVE, DATA DRIVEN DECISIONS**



**Merchandising**
- **Robust customer data** informs merchandising decisions alongside a **read-and-react testing approach**
- **We incorporate customer feedback** in creating our products
- **Example:** best selling **wire-free bra** was a direct response to customer feedback

**Marketing**
- **We leverage our customer insights** to inform personalized marketing campaigns
- **Improves her connection** to our brand and increases spend per customer
- **Example: Cross-selling campaigns** to increase 'trifecta' purchases (bra, shirt, jeans)

And we're just scratching the surface of what we can do with our data

# ③ Data-Driven, Low Risk Merchandising Model

- **Balanced Assortment Anchored by Recurring, Fit-Focused Offering**
  - Basics (19% of sales): Year-round styles and colors
  - Core (67% of sales): Proven seasonal styles
  - New (14% of sales): New or emerging styles

- **We Deliver a Distinctive Style But Do Not Rely on Being a Fashion Leader**
  - 16 collections per year draws her in and keeps her engaged
  - High frequency reduces reliance on any one collection

- **Our Merchandising Process is Driven by Proprietary Product and Analytics-Based Purchasing**
  - >80% of sales occur at regular price [2]



**Basics** 19% of sales

*Black Harper Blouse*

**Core** 67% of sales

*Harper Twill Pullover*

**New** 14% of sales

*Harper Striped Lace Pullover*

**Notes:**
1. Basics, Core, New percentage of Net Sales as of 2020
2. Regular price product includes product sold at ticket price or with promotion (i.e., Buy One Get One Free) applied

**TORRID**

# ③ Strong and Sustainable Broad-Based Growth Across Categories



**DOUBLE-DIGIT NET SALES GROWTH ACROSS ALL CATEGORIES**

Net Sales
$MM

CAGR
'15 – LTM Q1'21

Double-digit net sales growth across all categories

$441 (2015), $640 (2016), $804 (2017), $909 (2018), $1,037 (2019), $974 (2020), $1,143 (LTM Q1'21)

■ Tops  ■ Bottoms  ■ Other Apparel  ■ Intimates  ■ Accessories

**TORRID**

# ④ Dynamic Direct-to-Consumer Unified Commerce Model

Inspiring Shopping Experience Whenever and Wherever She Chooses to Shop

## Online
**Convenient Experience and Access to Larger Selection**



## Store
**Immersive Fit Discovery Experience & Community Building**





*Our E-Commerce platform and store base complement and drive traffic to one another*



*Our consistent product fit allows her to increasingly shop online*

## 70%
of 2020 Sales

**Return rate of ~9%**

- 58% of all new customers made their first purchase online in 2020

## 30%
of 2020 Sales; 608 Stores

**Nearly All Stores Profitable in 2019**

- 42% of new customers made their first purchase in-store in 2020

**Flywheel effect ► High LTV / CAC**

**TORRID**

28

# ④ Scale E-Commerce Business That is Growing Rapidly

**E-COMMERCE SALES GROWTH**



**RAPIDLY GROWING AND HIGHLY PROFITABLE SALES CHANNEL**

E-Commerce CAGR '15 – '20 : ~40%

Omni-channel capabilities : Buy Online Pickup In Store (BOPIS), Ship-from-Store, Curbside Pickup and Zoom store consultations

We expanded total Adj. EBITDA margins by >450bps from '15 – '19

U.S. E-Commerce apparel sales expected to grow at ~17% CAGR through 2024

Source: E-Marketer for E-Commerce apparel market statistics

# 4 Powerful Store Economics That Support Our Unified Commerce Model



## Favorable Store Economics

- Nearly all stores are profitable with consistent performance across formats [1]

- $212K average net investment cost

- <2 Year average payback period





## Flexible Fleet

- Average remaining lease term of 2.1 Years[2]

- Vast majority of stores located in Premium A and B malls or off-mall





## Support Customer Acquisition and Engagement

- 42% of new customers made first purchase in-store in 2020

- Drive brand awareness and encourage multi-channel purchasing

    - Omni-channel customers spent 3.2x more than single-channel customers in 2020



Notes:
1. Represents 2019 store-level results
2. Lease terms reflect earliest of lease expiration and kickout option date as of May 1, 2021

**TORRID**

## 4 Strong Underlying Customer Metrics





**Note:**

1. Represents the 5-year LTV of our 2015 customer cohort divided by customer acquisition cost (CAC); LTV defined as the cumulative contribution profit attributable to a particular customer cohort; CAC, or customer acquisition cost is defined as marketing expenses, including our marketing organization, digital and performance marketing, direct mail, store and brand marketing, public relations, and photography, partially offset by marketing and promotional funds received from a third party private label credit card partner, divided by the number of customers who placed their first order in the period during which these expenses were incurred

**TORRID**

# ⑤ Proven, Experienced Management Team And Mission-Driven Culture



**Previous Experience**


**Liz Muñoz**
*Chief Executive Officer*
34 years industry experience
11 years at Torrid




**Michael Salmon**
*Chief Operating Officer*
26 years industry experience
3 years at Torrid

  


**George Wehlitz**
*Chief Financial Officer*
34 years industry experience
17 years at Torrid / Hot Topic

 


**Anne Stephenson**
*Chief Merchandising and Product Officer*
25 years industry experience
2 years at Torrid

  


**Ben Baum**
*EVP, Marketing, Growth and ECommerce*
23 Years Industry Experience
Joined Torrid in 2020

  


**Kelly McGuire Diehl**
*EVP, Human Resources*
32 years industry experience
17 years at Torrid / Hot Topic

  

- We're on a mission to be the **best direct-to-consumer apparel and intimates brand** in the U.S.

- We **refuse to settle for the low expectations** historically associated with the women's plus-size apparel market

- Our team consists of passionate **users of our products** who serve as brand ambassadors

**TORRID**

32





# TORRID

## Financial Snapshot

# Financial Highlights



ROBUST FINANCIAL PROFILE WITH EXCEPTIONAL POTENTIAL FOR GROWTH

POSITIVE COMPS FOR 35 OF THE LAST 37 QUARTERS; ONLY NEGATIVE Q1-Q2 '20

STRONG CUSTOMER ECONOMICS AND CUSTOMER LIFETIME VALUE

ACCELERATING MARGIN PROFILE DRIVING RAPID PROFITABILITY AND EARNINGS GROWTH

HIGHLY CAPITAL EFFICIENT WITH MODEST CAPITAL EXPENDITURES AND HIGH FREE CASH FLOW

DEMONSTRATED STRONG RESILIENCY AMID THE COVID-19 PANDEMIC

CLEAR OPPORTUNITY TO INVEST PROFITABLY IN GROWTH

Notes:
1. Represents Q1'21 average comparable sales vs Q1'19
2. Adjusted EBITDA is a non-GAAP financial measure; refer to the Appendix for a reconciliation to the most directly comparable GAAP figure

TORRID

# Select Financial Metrics

| Metrics | PF Q1 2021 [1] |
|---|---|
| Cash & Equivalents | $21MM |
| Liquidity (Cash and ABL) | $171MM [2] |
| Total Debt | $350MM |
| Net Debt | $329MM |
| Net Debt / LTM Q1'21 EBITDA | 1.8x |

**Notes:**
1. Pro Forma for Credit Facility entered into June 14, 2021 consisting of 1) new seven-year $350MM term loan and 2) amended ABL facility that extended maturity to five years and increased facility size to $150MM
2. Includes $150MM of ABL facility and $21MM cash & equivalents. As of June 23, 2021, availability under the Amended ABL Facility was $145.1MM, which reflects no borrowings and $4.9 million of standby letters of credit issued and outstanding

**TORRID**

# Capital Efficient Unified Commerce Model Has Resulted in Growing Free Cash Flow



Note:
1.   Adjusted EBITDA and Free Cash flow are non-GAAP financial measures; refer to the Appendix for a reconciliation to the most directly comparable GAAP figure

**TORRID**

# Target Model



| | TARGET |
|---|---|
| E-COMMERCE PENETRATION | ~65-70% |
| NET SALES GROWTH | HSD% |
| ADJ. EBITDA GROWTH | LDD% |
| ADJ. NET INCOME GROWTH | Mid- to High-Teens% |

TORRID

38

# Key Takeaways



1. Large And Growing Market of Plus-Size Women That Have Been Poorly Served

2. Differentiated, Leading Brand Poised to Win in this Market - We Give Her Something She's Never Had

3. Strong Track Record of Growth and Significant Runway Ahead

TORRID

39



TORRID

08

Appendix

# Resilient Performance During COVID Highlights Strong Business Model



**AGILE RESPONSE TO COVID LED TO SEQUENTIAL IMPROVEMENT IN COMP SALES GROWTH**

**KEY INITIATIVES IMPLEMENTED DURING COVID**

- Accelerated investment in omni-channel offerings, including BOPIS, curbside pickup, ship from store and virtual store visits

- Shortened product development cycle

- Utilized new technologies to facilitate virtual store visits for managers

- Reduced G&A and negotiated rent abatements

- Deferred non-essential capex

**TORRID**

# Adjusted EBITDA Reconciliation

## ADJUSTED EBITDA RECONCILIATION

($ in 000s)

| | FY2015 | FY2016 | FY2017 | FY2018 | FY2019 | FY2020 | LTM Q1 '21 |
|---|---|---|---|---|---|---|---|
| Net income | $(163,784) | $(29,097) | $835 | $86,712 | $41,869 | $24,537 | $25,193 |
| Interest Expense | 343 | 482 | 650 | 1,053 | 16,493 | 21,338 | 19,868 |
| Interest income, net of other (income) expense | 117 | (222) | (288) | (85) | (202) | (42) | (284) |
| (Benefit) provision for income taxes | (14,742) | 21,722 | 19,210 | 16,042 | 18,833 | 10,991 | 17,493 |
| Depreciation and amortization [1] | 13,691 | 16,801 | 22,002 | 26,845 | 30,208 | 33,072 | 33,266 |
| EBITDA | (164,375) | 9,686 | 42,409 | 130,567 | 107,201 | 89,896 | 95,536 |
| Share-based compensation [2] | - | - | 41,187 | (38,308) | 11,993 | 7,791 | 86,085 |
| Non-cash deductions and charges [3] | 201,136 | 70,790 | 4,844 | 2,466 | 4,435 | 1,984 | 1,123 |
| Other expenses [4] | 1,545 | (95) | 10,105 | 89 | 2,510 | 1,131 | 1,967 |
| Ohio Distribution Center costs [5] | - | - | - | 2,171 | 5,860 | - | - |
| Adjustment for transition services agreement | (4,307) | - | - | - | - | - | - |
| Lovesick test concept EBITDA [6] | 1,060 | 5,623 | 1,281 | - | - | - | - |
| Adjusted EBITDA | $35,059 | $86,004 | $99,826 | $96,985 | $131,999 | $100,802 | $184,710 |

Notes:
1. Depreciation and amortization excludes amortization of debt issuance costs and original issue discount that are reflected in interest expense and other, net
2. Share-based compensation is determined based on the revaluation of our liability-classified incentive units
3. Non-cash deductions and charges includes (i) losses on property and equipment disposals, (ii) non-cash asset impairment charges in 2016 and 2018 and (iii) the net impact of non-cash rent expense
4. Other expenses represent non-routine expenses, including (i) certain expenses related to store closures in 2018; and (ii) the reimbursement of certain management expenses, primarily for travel, incurred by Sycamore on our behalf, which are not considered to be part of our core business
5. Represents the duplicative and start-up costs associated with the West Jefferson, Ohio distribution center leased in 2018. This isolates the effect of incurring costs related to the West Jefferson, Ohio distribution center, which was not yet fully operational during the periods presented, while also incurring distribution and E-Commerce fulfillment costs charged to us by Hot Topic Inc. under the various service agreements
6. Represents the elimination of EBITDA, adjusted for non-cash asset impairment charges and the net impact of non-cash rent expense, attributable to the Lovesick test concept, a young women's plus-size retail concept that in January 2017 we decided to close

**TORRID**

# Free Cash Flow Reconciliation

**FCF RECONCILIATION**

($ in 000s)

| | FY2015 | FY2016 | FY2017 | FY2018 | FY2019 | FY2020 | LTM Q1 '21 |
|---|---|---|---|---|---|---|---|
| Net Cash Provided by Operating Activities | $46,867 | $58,955 | $48,349 | $115,092 | $99,090 | $151,821 | $218,463 |
| Capital Expenditures | (40,551) | (59,688) | (54,118) | (40,507) | (26,333) | (11,570) | (8,280) |
| Free Cash Flow | $6,316 | $(733) | $(5,769) | $74,585 | $72,757 | $140,251 | $210,183 |
| % of Adjusted EBITDA | 18.0% | -0.9% | -5.8% | 76.9% | 55.1% | 139.1% | 113.8% |