# EXHIBIT 23

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person[*]  Munoz Elizabeth  (Last)    (First)    (Middle)  C/O TORRID HOLDINGS INC.  18501 EAST SAN JOSE AVENUE  (Street)  CITY OF INDUSTRY    CA    91748  (City)    (State)    (Zip) | 2. Issuer Name **and** Ticker or Trading Symbol  Torrid Holdings Inc. [ CURV ]  3. Date of Earliest Transaction (Month/Day/Year)  07/02/2021 | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable)  X  Director    10% Owner  X  Officer (give title below)    Other (specify below)  Chief Executive Officer |
|---|---|---|
| | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line)  X  Form filed by One Reporting Person  Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 07/02/2021 | | J[(1)] | | 2,196,681[(1)] | A | [(1)] | 2,196,681 | D | |
| Common Stock | 07/06/2021 | | S[(2)] | | 252,637 | D | $19.635 | 1,944,044 | D | |
| Common Stock | 07/06/2021 | | A[(3)] | | 312,083 | A | $0.00 | 2,256,127 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. Represents shares received for no consideration in a pro rata distribution from Torrid Holding LLC.

2. The reported securities were sold by the reporting person in the initial public offering ("IPO") of Torrid Holdings Inc. (the "Issuer") at the initial public offering price of $21.00 per share less underwriting discounts and commissions.

3. Represents (i) 240,655 shares of restricted stock which will vest quarterly in nine equal installments between August 29, 2021 and August 29, 2023, subject to the reporting person's continued employment with the Issuer through the applicable vesting date and (ii) 71,428 restricted stock units, 50.0% of which vested as of July 6, 2021 upon consummation of the Issuer's IPO and the remaining 50.0% of which will vest in equal installments on the first, second and third anniversaries of such date, subject to the reporting person's continued employment with the Issuer through the applicable vesting date.

**Remarks:**

| /s/ Brian Park, as Attorney-in-Fact for Elizabeth Munoz | 07/06/2021 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**