# EXHIBIT 41

SEC Form 4

**FORM 4**

Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* Sycamore Partners Torrid, L.L.C. | 2. Issuer Name **and** Ticker or Trading Symbol Torrid Holdings Inc. [ CURV ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|

(Last)   (First)   (Middle)

9 W. 57TH STREET, 31ST FLOOR

(Street)

NEW YORK   NY   10019

(City)   (State)   (Zip)

3. Date of Earliest Transaction (Month/Day/Year) 07/06/2021

4. If Amendment, Date of Original Filed (Month/Day/Year)

5. Relationship of Reporting Person(s) to Issuer (Check all applicable)

| Director | X | 10% Owner |
| Officer (give title below) | | Other (specify below) |

6. Individual or Joint/Group Filing (Check Applicable Line)

|   | Form filed by One Reporting Person |
| X | Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 07/06/2021 | | S[(1)] | | 10,701,990 | D | $19.635 | 82,351,986[(1)] | D[(2)(3)(4)] | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

| 1. Name and Address of Reporting Person* Sycamore Partners Torrid, L.L.C. |
|---|

(Last)   (First)   (Middle)

9 W. 57TH STREET, 31ST FLOOR

(Street)

NEW YORK   NY   10019

(City)   (State)   (Zip)

| 1. Name and Address of Reporting Person* Sycamore Partners, L.P. |
|---|

(Last)   (First)   (Middle)

9 W. 57TH STREET, 31ST FLOOR

(Street)

NEW YORK   NY   10019

(City)   (State)   (Zip)

| 1. Name and Address of Reporting Person* Sycamore Partners Associates-C, L.P. |
|---|

(Last)   (First)   (Middle)

9 W. 57TH STREET, 31ST FLOOR

(Street)

NEW YORK   NY   10019

(City)                (State)                (Zip)

1. Name and Address of Reporting Person[*]

**Sycamore Partners Associates, L.P.**

(Last)                (First)                (Middle)

9 W. 57TH STREET, 31ST FLOOR

(Street)

NEW YORK          NY                10019

(City)                (State)                (Zip)

1. Name and Address of Reporting Person[*]

**Sycamore Partners Associates Investments, L.P.**

(Last)                (First)                (Middle)

9 W. 57TH STREET, 31ST FLOOR

(Street)

NEW YORK          NY                10019

(City)                (State)                (Zip)

1. Name and Address of Reporting Person[*]

**Sycamore Partners (Co-Invest), L.L.C.**

(Last)                (First)                (Middle)

9 W. 57TH STREET, 31ST FLOOR

(Street)

NEW YORK          NY                10019

(City)                (State)                (Zip)

1. Name and Address of Reporting Person[*]

**Sycamore Partners Associates Co-Invest, L.P.**

(Last)                (First)                (Middle)

9 W. 57TH STREET, 31ST FLOOR

(Street)

NEW YORK          NY                10019

(City)                (State)                (Zip)

1. Name and Address of Reporting Person[*]

**Kaluzny Stefan L**

(Last)                (First)                (Middle)

9 W. 57TH STREET, 31ST FLOOR

(Street)

NEW YORK          NY                10019

(City)                (State)                (Zip)

**Explanation of Responses:**

1. On July 2, 2021 and in connection with Torrid Holdings Inc.'s (the "Issuer") initial public offering ("IPO"), Torrid Holding LLC ("Torrid LLC") made a pro rata distribution for no consideration of the Issuer's Common Stock previously reported as indirectly held by the reporting persons. As a result of such distribution, 93,053,976 shares of the Issuer's common stock were distributed to Sycamore Partners Torrid, L.L.C. ("Sycamore Torrid") and the remaining 16,946,024 shares of the Issuer's Common Stock were distributed to the other members of Torrid LLC, including certain officers and directors of the Issuer. On July 6, 2021, in connection with the closing of the IPO, Sycamore Torrid sold 10,701,990 shares of the Issuer's Common Stock at the initial public offering price of $21.00 per share less underwriting discounts and commissions.

2. This Form 4 is being filed jointly by (each, a "Reporting Person" and, collectively, the "Reporting Persons"): (a) Sycamore Torrid, (b) Sycamore Partners, L.P., (c) Sycamore Partners Associates-C, L.P., (d) Sycamore Partners Associates, L.P., (e) Sycamore Partners Associates Investments, L.P., (f) Sycamore Partners (Co-Invest), L.L.C., (g) Sycamore Partners Associates Co-Invest, L.P. (the entities listed in clauses (b) through (g), the "Sycamore Entities") and (h) Mr. Stefan Kalunzy. Sycamore Partners Torrid is owned directly or indirectly by the Sycamore Entities. The direct or indirect general partners or managing members of each of the Sycamore Entities are controlled directly or indirectly by Mr. Kaluzny.

3. (Continued from Footnote 2) Each Sycamore Entity and Mr. Kaluzny expressly disclaims beneficial ownership of the equity securities reported herein, except to the extent of their respective pecuniary interests therein, and the filing of this Form 4 shall not be construed as an admission that any such Reporting Person is the beneficial owner of any equity securities covered by this Form 4, except to the extent of their respective pecuniary interest therein, if any.

4. The reporting persons are jointly filing this Form 4 pursuant to Rule 16a-3(j) under the Securities Exchange Act of 1934, as amended.

**Remarks:**

/s/ Brian Park, as Attorney-in-Fact for the Reporting Persons          07/06/2021

** Signature of Reporting Person          Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

\* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**