Mark Holscher (SBN 139582)
Austin Norris (SBN 284603)
KIRKLAND AND ELLIS LLP
2049 Century Park East
Los Angeles, CA 90067
Tel: (310) 552-4200
Facsimile: (310) 552-5900
Email: mark.holscher@kirkland.com
Email: austin.norris@kirkland.com

[*Additional Counsel on Signature Page*]

*Attorneys for Defendants Torrid Holdings, Inc., et. al.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA WASWICK, on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>     vs.<br><br>TORRID HOLDINGS INC., et al.,<br><br>       Defendants. | Case No. 2:22-cv-8375-JLS-AS<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT**<br><br>First Amended Complaint Filed: May 12, 2023<br><br>Judge:    Hon. Josephine L. Staton<br>Hearing:  Friday, Sep. 22, 2023<br>Time:     10:30 a.m.<br>Courtroom: 8A |

---

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**

## I.      INTRODUCTION

Pursuant to Federal Rule of Evidence ("Rule") 201, Defendants request that the Court take judicial notice of the following documents submitted in support of their Motion to Dismiss the First Amended Complaint (Dkt. 59) ("FAC"). These documents are incorporated by reference into the FAC (with one exception[1]), and are all the proper subject of judicial notice pursuant to Federal Rule of Evidence 201. Where applicable, for the Court's convenience, Defendants identify next to the Exhibit the paragraphs of the FAC that reference or quote from the materials. True and correct copies of the documents described herein are attached as Exhibits 3 – 42 to the Declaration of Austin Norris in Support of Defendants' Motion to Dismiss ("Norris Declaration") and consist of the following:

1.      Torrid's S-1 amended registration statement, filed on June 30, 2021 (**Exhibit 3**). *E.g.*, ¶¶ 77–81.

2.      Torrid's Q2 2021 Form 10-Q, publicly filed with the SEC on September 8, 2021 (**Exhibit 4**). *E.g.*, ¶ 132.

3.      Torrid's Q3 2021 Form 10-Q, publicly filed with the SEC on December 8, 2021, is attached as (**Exhibit 5**). *E.g.*, ¶ 141.

4.      Torrid's 2021 Form 10-K, publicly filed with the SEC on March 30, 2022 (**Exhibit 6**). *E.g.*, ¶ 159.

5.      A transcript of Torrid's Q2 2021 earnings call on September 8, 2021 (**Exhibit 7**). *E.g.*, ¶ 138.

6.      A transcript of Torrid's Q3 2021 earnings call on December 8, 2021 (**Exhibit 8**). *E.g.*, ¶¶ 142–47.

7.      Torrid's December 8, 2022 Press Release (**Exhibit 9**). *E.g.,* ¶ 216.

8.      A transcript of Torrid's Q3 2022 earnings call on December 8, 2022 (**Exhibit 10**). *E.g.*, ¶ 230.

9.      A transcript of Torrid's Q2 2022 earnings call on September 7, 2022 (**Exhibit 11**). *E.g.*, ¶¶ 177–81.

10.     A transcript of Torrid's Q1 2022 earnings call on June 7, 2022 (**Exhibit 12**). *E.g.*, ¶¶ 165–68.

---

[1]   Exhibit 42 postdates the FAC. However, this document was publicly filed with the SEC and is subject to judicial notice for reasons set forth below.

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**

11.    Torrid's S-1 registration statement, filed on July 10, 2017 (**Exhibit 13**). *E.g.*, ¶ 190.

12.    Torrid's Request to Withdraw S-1 registration statement, filed on April 19, 2019 (**Exhibit 14**). *E.g.*, ¶ 190.

13.    An article containing an interview of Defendant Muñoz, published July 1, 2021 (**Exhibit 15**). *E.g.*, ¶¶ 51–54.

14.    Torrid's Roadshow Presentation, dated June 23, 2021 (**Exhibit 16**). *E.g.*, ¶ 61.

15.    Torrid's January 10, 2022 Press Release (**Exhibit 17**). *E.g.*, ¶¶ 149–50.

16.    A transcript of Torrid's Q4 2021 earnings call on March 17, 2022 (**Exhibit 18**). *E.g.*, ¶¶ 151–57.

17.    Torrid's Q1 2022 Form 10-Q, publicly filed with the SEC on June 7, 2022 (**Exhibit 19**). *E.g.*, ¶ 163.

18.    Torrid's August 3, 2022 Press Release (**Exhibit 20**). *E.g.*, ¶¶ 171.

19.    Torrid's Q2 2022 Form 10-Q, publicly filed with the SEC on September 7, 2022 (**Exhibit 21**). *E.g.*, ¶ 176.

20.    Torrid's Q3 2022 Form 10-Q, publicly filed with the SEC on December 8, 2022 (**Exhibit 22**). *E.g.*, ¶ 212.

21.    Elizabeth Muñoz's Form 4, publicly filed with the SEC on July 6, 2021 (**Exhibit 23**).[2]

22.    Elizabeth Muñoz's Form 4, publicly filed with the SEC on August 3, 2021(**Exhibit 24**).

23.    Elizabeth Muñoz's Form 4, publicly filed with the SEC on September 1, 2021 (**Exhibit 25**).

24.    Elizabeth Muñoz's Form 4, publicly filed with the SEC on December 3, 2021 (**Exhibit 26**).

25.    Elizabeth Muñoz's Form 4, publicly filed with the SEC on March 3, 2022 (**Exhibit 27**).

26.    Elizabeth Muñoz's Form 4, publicly filed with the SEC on June 01, 2022 (**Exhibit 28**).

27.    Elizabeth Muñoz's Form 4, publicly filed with the SEC on July 11, 2022 (**Exhibit 29**).

28.    Elizabeth Muñoz's Form 4, publicly filed with the SEC on August 31, 2022 (**Exhibit 30**).

---

[2]    Plaintiffs allege certain Defendants' trades during the Class Period, presumably on the basis of the Form 4s publicly filed with the SEC, which should be incorporated by reference and judicially noticed. *E.g.*, ¶¶ 256–64.

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**

29. Elizabeth Muñoz's Form 4, publicly filed with the SEC on November 30, 2022 (**Exhibit 31**).

30. Elizabeth Muñoz's Form 4, publicly filed with the SEC on March 02, 2023 (**Exhibit 32**).

31. Elizabeth Muñoz's Form 4, publicly filed with the SEC on March 30, 2023 (**Exhibit 33**).

32. George Wehlitz's Form 4, publicly filed with the SEC on July 2, 2021 (**Exhibit 34**).

33. George Wehlitz's Form 4, publicly filed with the SEC on July 6, 2021 (**Exhibit 35**).

34. George Wehlitz's Form 4, publicly filed with the SEC on August 03, 2021 (**Exhibit 36**).

35. George Wehlitz's Form 4, publicly filed with the SEC on July 11, 2022 (**Exhibit 37**).

36. Lisa Harper's Form 4, publicly filed with the SEC on July 6, 2021 (**Exhibit 38**).

37. Lisa Harper's Form 4, publicly filed with the SEC on May 5, 2022 (**Exhibit 39**).

38. Lisa Harper's Form 4, publicly filed with the SEC on March 30, 2023 (**Exhibit 40**).

39. Sycamore Partners Torrid LLC's Form 4, publicly filed with the SEC on July 6, 2021 (**Exhibit 41**).

40. Torrid's Q1 2023 Form 10-Q (excerpted for length), publicly filed with the SEC on June 7, 2023 (**Exhibit 42**).

## II.  LEGAL STANDARD

When considering a motion to dismiss a claim under the federal securities laws courts "must consider . . . documents incorporated into the complaint by reference, and matters of which a court may take judicial notice." *Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 322 (2007). Such documents include (1) matters subject to judicial notice under Federal Rule of Evidence 201; (2) documents attached to the complaint, (3) documents incorporated by reference into the complaint, even if not quoted, and (4) documents that are integral to the plaintiff's claims and whose authenticity is not in dispute. *United States v. Ritchie*, 342 F.3d 903, 907-09 (9th Cir. 2003).

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**

## III.    ARGUMENT

The above documents are judicially noticeable because they are incorporated by reference into the complaint and/or are matters of public record.

First, under the incorporation by reference doctrine, where "the plaintiff refers extensively to [a] document or the document forms the basis of the plaintiff's claim," the Court may examine the same. *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 1002 (9th Cir. 2018). In so doing, it treats the incorporated documents "as though they are part of the complaint itself." *Id*. The doctrine serves to "prevent[] plaintiffs from selecting only portions of documents that support their claims, while omitting portions of those very documents that weaken—or doom—their claims." *Id*. Exhibits 3 – 41 are all publicly filed SEC documents and/or otherwise public statements that are excerpted and quoted in the FAC. *See, e.g.*, ¶¶ 72–81, 131–32, 133–36, 138, 140–41, 142–47, 158–60, 162–63, 175–76. Moreover, in this securities case, Exhibits 3 – 41 "constitute the subject matter of the claim: [Torrid's] public statements."  *Wochos v. Tesla, Inc.*, 2018 WL 4076437, at *2 (N.D. Cal. Aug. 27, 2018). Therefore, "the Court may consider these documents when evaluating motions to dismiss to determine what representations [Torrid] made to the market." *Crews v. Rivian Auto, Inc.*, 2023 WL 3050081, at *8 (C.D. Cal. Feb. 16, 2023); *Wyatt v. Mattel, Inc.*, 2020 WL 364324, at *3 (C.D. Cal. Jan. 21, 2020) ("incorporat[ing] by reference" earnings call transcripts and SEC filings referred to in the complaint).

Second, all of the above documents are judicially noticeable because they are matters of public record. *See Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006) ("We may take judicial notice of court filings and other matters of public record."). Federal courts regularly take judicial notice of press releases, news articles, and SEC filings in securities complaints. *See, e.g., Id.*; *Wietschner v. Monterey Pasta Co.*, 294 F. Supp. 2d 1102, 1108–9 (N.D. Cal. 2003) (judicially noticing SEC filings and press releases);  *Metzler Inv. GMBH v. Corinthian Colleges, Inc.*, 540 F.3d

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**

1049, 1064 n.7 (9th Cir. 2008) (SEC filings are subject to judicial notice that the statements in them were made); *Dreiling v. American Exp.Co.*, 458 F.3d 942, 946 n.2 (9th Cir. 2006) (in evaluating a motion to dismiss under Rule 12(b)(6), a court may "consider documents referred to in the complaint or any matter subject to judicial notice, such as SEC filings.").

## IV.    CONCLUSION

For the reasons set forth above, Defendants respectfully request that the Court take judicial notice of Exhibits 3 – 42 to the concurrently filed Norris Declaration.

DATED:  June 23, 2023

Respectfully submitted,
KIRKLAND & ELLIS LLP


*/s/ Austin Norris*
Mark C. Holscher (SBN 139582)
mark.holscher@kirkland.com
Austin Norris (SBN 284603)
austin.norris@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East
Los Angeles, CA 90067
Tel: 310-552-4200
Fax: 310-552-5900

Matthew Solum (*Pro Hac Vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4688
Facsimile: (212) 446-4900
Email: matthew.solum@kirkland.com

*Attorney for Defendants Torrid Holdings Inc., Elizabeth Muñoz, George Wehlitz, Stefan L. Kaluzny, Dary Kopelioff, Lisa Harper, Theo Killion, Sycamore Partners*

6

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**

*Management, L.P., Sycamore Partners Torrid, LLC, Sycamore Partners, L.P., Sycamore Partners Associates-C, L.P., Sycamore Partners Associates, L.P., Sycamore Partners Associates Investments, L.P., Sycamore Partners (Co-Invest), LLC, and Sycamore Partners Associates Co-Invest, L.P.*

7

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**