**DENIED**

# BY ORDER OF THE COURT

The parties stipulated to permit Plaintiffs to file an omnibus opposition to the two pending motions to dismiss (Docs. 71, 74), in part, "to reduce repetitive arguments." (Stipulation, Doc. 75.)  However, the stipulation filed seeks permission to file a brief of up to 14,000 words, double the length permitted for briefs normally.  *See* C.D. Cal. R. 11-6.1.  It thus does not appear to the Court that granting this stipulation will serve the interests of judicial economy or efficiency.  Moreover, allowing a single brief in response to two motions risks confusion as to which arguments Plaintiffs are responding to.  Accordingly, the Court DENIES the stipulation.

Date: July 27, 2023

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA WASWICK, on Behalf of All Others Similarly Situated, | Case No. 2:22-cv-08375-JLS(ASx) |
| Plaintiff, | [PROPOSED] ORDER ON JOINT STIPULATION REGARDING AN OMNIBUS OPPOSITION |
| vs. | |
| TORRID HOLDINGS INC., ELIZABETH MUÑOZ, GEORGE WEHLITZ, STEFAN L. KALUZNY, DARY KOPELIOFF, LISA HARPER, THEO KILLION, MORGAN STANLEY & CO. LLC, BOFA SECURITIES, INC., GOLDMAN SACHS & CO. LLC, JEFFERIES LLC, ROBERT W. BAIRD & CO. INCORPORATED, COWEN AND COMPANY, LLC, WILLIAM BLAIR & COMPANY, L.L.C., TELSEY ADVISORY GROUP LLC, SYCAMORE PARTNERS MANAGEMENT, L.P., SYCAMORE PARTNERS TORRID, L.L.C., SYCAMORE PARTNERS, L.P., SYCAMORE PARTNERS ASSOCIATES-C, L.P., SYCAMORE PARTNERS ASSOCIATES, L.P., SYCAMORE PARTNERS | |

- 1 -

ASSOCIATES INVESTMENTS, L.P., )
SYCAMORE PARTNERS (CO- )
INVEST), L.L.C., and SYCAMORE )
PARTNERS ASSOCIATES CO- )
INVEST, L.P., )
                 )
             Defendants. )
_____ )

Upon the Joint Stipulation Regarding Omnibus Opposition submitted by court-appointed Lead Plaintiff City of Warren Police and Fire Retirement System and additional plaintiff Erika Schroth (collectively, "Plaintiffs"), Defendants Torrid Holdings Inc., Elizabeth Muñoz, George Wehlitz, Stefan L. Kaluzny, Dary Kopelioff, Lisa Harper, Theo Killion, Sycamore Partners Management, L.P., Sycamore Partners Torrid, L.L.C, Sycamore Partners, L.P., Sycamore Partners Associates-C, L.P., Sycamore Partners Associates, L.P., Sycamore Partners Associates Investments, L.P., Sycamore Partners (Co-Invest), L.L.C, Sycamore Partners Associates Co-Invest, L.P., Morgan Stanley & Co. LLC, BofA Securities, Inc., Goldman Sachs & Co. LLC, Jefferies LLC, Robert W. Baird & Co. Incorporated, Cowen and Company, LLC, William Blair & Company, L.L.C., and Telsey Advisory Group LLC and good cause appearing, IT IS HEREBY ORDERED:

1.    Plaintiffs are permitted to file a single omnibus opposition to the Motions to Dismiss, which shall not exceed 14,000 words, exclusive of the caption, the table of contents, the table of authorities, the signature block, the certification required by Local Rule 11-6.2, and any indices and exhibits.

**IT IS SO ORDERED**

DATED: _____   _____
                                      HON. JOSEPHINE L. STATON
                                      UNITED STATES DISTRICT JUDGE

- 2 -

4879-9280-5489.v1