# APPENDIX A

| # | Alleged Misrepresentation[1] | Reasons Why False | Scienter Facts[2] |
|---|---|---|---|
| 1 | June 23, 2021 IPO Roadshow Presentation: The Company's "*[d]ata-[d]riven, [l]ow-[r]isk [m]erchandising [m]odel*" was one of the IPO's "Investment Highlights." Defendants referred to Torrid's merchandising model as "*highly responsive*" and promoted the "*read-and-react testing approach*" in their pitch to investors. ¶¶76, 129. | Torrid was not using a data-driven, low-risk merchandising model, was not utilizing a read-and-read testing approach, and was not highly responsive to consumer trends because: <br>• Defendants admitted Torrid's processes for product design and development, supply chain management, and inventory planning "had been lost over the pandemic time period" including "test and react," "chase mode," and "core disciplines." ¶¶6-7, 69, 82; ¶230 (Exchange Act only); Ex. 10 at 7. <br>• By the time of the IPO, rather than actively monitoring and responding to consumer demand by adjusting inventory levels in real time, Torrid was purchasing large quantities of product up front in excess of current demand and exceeding planned merchandise levels for certain styles (i.e., Basics and Core styles) without applying a data-driven approach. ¶¶69-70, 82. Thereby, Torrid lost its ability to accurately monitor demand and adjust inventory levels in real-time to ensure it had the right products on hand to meet customer needs without carrying excess inventory. ¶¶70, 82. <br>• CW-1 reported that, before the IPO, there was a constant problem with inventory flow at the Distribution Center due to late deliveries of as much as three months and Torrid's reflexive over-ordering. ¶¶35, 82. <br>• As a result of abandoning the data driven, low-risk merchandising model, CW-1 and Cw-2 reported that, during their tenures, there were between 40 and 60 trailers parked in the Distribution Center parking lot containing potentially over one million units of unprocessed inventory, which remained unreceived for weeks, and in some cases not formally received in the Distribution Center until the following quarter. ¶¶35, 39-40, 82. | • Defendants admitted Torrid's processes for product design and development, supply chain management, and inventory planning "had been lost over the pandemic time period" including "test and react," "chase mode," and "core disciplines." ¶230; Ex. 10 at 7. <br>• Defendants decided to abandon Torrid's first attempt to IPO in 2019 due to known significant inventory management issues. ¶¶190-92. <br>• CW-1 reported sending daily inventory reports to upper level management and management at headquarters in City of Industry, California, which would have included the Individual Defendants. ¶34. <br>• CW-2, who performed daily inventory counts, periodically sent inventory reports including "In-Bound Receiving logs" to employees at Torrid headquarters where the Individual Defendants sat. In-Bound Receiving logs specifically reported flow of inventory information (# of trailers received and incoming, whether trailers processed, and ID #s for the trailers). ¶¶38, 208. <br>• Torrid's Distribution Center used and executives, including Defendants, had access to a WMS (Highjump) to track and manage the Company's inventory and order fulfillment. Highjump had a dashboard with a 25-part Key Performance Indicator ("KPI") that generated inventory valuation reports and order fulfilment reports. ¶¶47–48, 208-11. <br>• In the Registration Statement, Defendants admitted to closely monitoring Torrid's inventory and financial metrics, explaining that management closely "review[ed] [Torrid's] inventory levels on an ongoing basis" and "monitor[ed] inventory levels, sales trends and sales forecasts to estimate and |

[1] Alleged false statements are bolded and underlined. The remaining text is provided for context.

[2] Scienter facts are applicable only to Plaintiffs' Section 10(b) claims.

| # | Alleged Misrepresentation | Reasons Why False | Scienter Facts |
|---|---|---|---|
| | | • Torrid's merchandising model was not highly responsive because the Company was missing seasonal launches and unable to timely fulfil millions of customer orders. ¶¶35, 82.<br>• CW-2 reported that, because Torrid began pre-ordering large quantities of inventory prior to the IPO that sat unprocessed in the parking lot for months, Torrid's inventory balance almost doubled shortly after the IPO once the inventory was processed into the system. ¶39. Indeed, within one quarter after the IPO, inventory increased 45%. ¶¶71, 82. | record reserves for excess, slow-moving and obsolete inventory." ¶193.<br>• The sale of inventory was Torrid's core operation and it would be absurd to suggest that Defendants were not aware of issues at Torrid's *only* Distribution Center that caused a severe backlog of unprocessed inventory and unfulfilled orders. ¶¶44-45, 50-53, 67-68, 190-92.<br>• Defendants' exorbitant stock sales and compensation support scienter. ¶¶222-24.<br>• Executive resignations, transitions, terminations, and departures support scienter. ¶¶215-21. |
| 2 | June 30, 2021 Registration Statement:<br><br>*We employ a data-driven approach to design, merchandising and inventory planning and allocation to deliver high quality products . . . . We leverage this robust customer data along with market trends to inform all purchasing decisions. Through our vertical sourcing model, we have the flexibility to respond quickly to the latest sales trends and make adjustments to our current offering based on customer feedback to deliver product our customer wants. ¶¶77, 129.* | Torrid was not using a data-driven approach to design, merchandising and inventory planning, and Torrid's sourcing model did not have the flexibility to respond quickly and make adjustments to the latest sales trends. *See* Statement No. 1, above; *see also* ¶82. | *See* Statement No. 1, above. |

2

| # | Alleged Misrepresentation | Reasons Why False | Scienter Facts |
|---|---|---|---|
| 3 | June 30, 2021 Registration Statement: <br><br> ***Further, we utilize a read-and-react testing approach with shallow initial buys to iterate our New product offering, thus minimizing fashion and inventory risk. Our merchandising strategy has enabled us to generate approximately 80% of our net sales from products sold at regular price, which we define as products sold at initial ticket price or with a standard marketing promotion (e.g., "Buy One Get One 50% Off"). We believe our data-driven approach will continue to drive market growth and market share gains with our rapidly growing and underserved customer base. ¶¶78, 129.*** | Torrid was not utilizing a read-and-react testing approach or shallow initial buys, was not minimizing fashion and inventory risk to support sales at regular price and was not utilizing a data-driven approach. *See* Statement No. 1, above; *see also* ¶82. <br><br> Additionally, Torrid was generating less than 80% of sales from products sold at regular prices because it had to sell large quantities of inventory that was out-of-season and/or had become obsolete at steep discounts: <br> • CW-1 reported that Torrid's backlog of inventory did not sell after it was processed until the Company implemented promotions (including flash sales) at "deeply discounted prices," rather than standard buy-one-get-fifty-off. ¶¶6-7, 35, 68, 78. <br> • Additionally, on June 7, 2022, Defendants admitted that Torrid had been using promotions throughout the Class Period as "largely broad-based offers to all customers and across categories" that were "anchored heavily on percentage discount." ¶199. | *See* Statement No. 1, above. <br><br> Additionally, on June 7, 2022, Defendants admitted that Torrid had been using promotions throughout the Class Period as "largely broad-based offers to all customers and across categories" that were "anchored heavily on percentage discount." ¶199. |

3

| # | Alleged Misrepresentation | Reasons Why False | Scienter Facts |
|---|---|---|---|
| 4 | <u>June 30, 2021 Registration Statement:</u><br><br>Torrid had: ***[A] rigorous discipline around inventory performance by establishing clear guidelines on in-season product performance, item-level assortment planning and formal product hindsight reviews. As we have executed on these [merchandise] strategies, we have seen substantial growth across all major product categories, as shown in the graph below, and healthy gross profit margin performance. Our disciplined planning and product lifecycle management strategies enable effective in-season inventory management to maximize inventory turn and productivity. Through these practices, we are able to limit markdowns, which we define as permanent price reductions, allowing us to maximize our gross profit margin.*** ¶¶79, 129. | Because Torrid had abandoned its data driven, low-risk merchandising model, it was not executing on disciplined inventory planning or product lifecycle management strategies, was not maximizing inventory turns or productivity, and was not limiting Torrid's need for markdowns. *See* Statement Nos. 1 and 3, above; *see also* ¶82. | *See* Statement Nos. 1 and 3, above. |

| # | Alleged Misrepresentation | Reasons Why False | Scienter Facts |
|---|---|---|---|
| 5 | **June 30, 2021 Registration Statement:** Torrid had "Enhanc[ed] Supply Chain Flexibility" as a result of the "speed model" which purportedly allowed the Company to ***"accelerate product replenishment cycles, improve inventory turnover and drive higher margins sales."*** ¶¶80, 129. | Torrid was not improving inventory turnover or margins. *See* Statement Nos. 1 and 3, above; *see also* ¶82.<br><br>Additionally:<br>• Product replenishment was decelerated, rather than accelerated, as a result of trailer inventory not being processed in a timely manner, which caused Torrid to miss seasonal launches and customer orders to go unfulfilled. ¶¶35, 40.<br>• Rather than driving higher margin sales, CW-1 reported that Torrid's backlog of inventory did not sell after it was processed until the Company implemented promotions (including flash sales) at "deeply discounted prices[.]" ¶¶6-7, 35, 68.<br>• Additionally, on June 7, 2022, Defendants admitted that Torrid had been using promotions throughout the Class Period as "largely broad-based offers to all customers and across categories" that were "anchored heavily on percentage discount." ¶199. | *See* Statement Nos. 1, and 3, above. |
| 6 | **June 30, 2021 Registration Statement:** ***Inventory levels for certain merchandise styles may exceed planned levels, leading to higher markdowns to sell through excess inventory and, therefore, lower than planned margins. Conversely, if we underestimate consumer demand for our merchandise, or if our manufacturers fail to supply quality products in a timely manner, we may experience inventory shortages, which may negatively impact customer relationships, diminish brand loyalty and result in lost sales.*** ¶81, 129. | Torrid's risk warning about inventory levels were false because they presented those risks as contingent possibilities rather than something that was already occurring. ¶¶35, 39-40, 67-68. Indeed, prior to the IPO, due to pressure from COVID-19 causing manufacturing and supplier delays of up to three months, Defendants abandoned Torrid's data driver, low-risk inventory merchandising strategies and were pre-ordering large quantities of inventory in excess of demand. According to CW-1 and CW-2, Torrid also had a backlog of unprocessed inventory sitting in as many as 40 to 60 trailers in the Distribution Center parking lot, which caused two to three month delays in customer order fulfilment. ¶¶35-41.<br><br>*See also* Statement No. 1, above; *see also* ¶82. | *See* Statement No. 1, above.<br><br>Additionally:<br>• Approximately nine months later, Defendants amended their risk disclosures to definitively state that COVID-19 had impacted Torrid's business, rather than just having the potential to impact its business. *Compare* Ex. 3 at 21 (RS 6/30/21: "The COVID-19 outbreak has the potential to cause a disruption in our supply chain") *with* Ex. 6 at 10 (10-Q March 30, 2022: the COVID-19 outbreak "has caused a disruption in our supply chain"). |

| # | Alleged Misrepresentation | Reasons Why False | Scienter Facts |
|---|---|---|---|
| | | | |
| 7 | June 30, 2021 Registration Statement: <br><br> ***If the distribution facilities servicing our business were to encounter difficulties . . . we could face shortages of inventory in our stores, delayed shipments to our e-Commerce customers and harm to our reputation.*** ¶¶81, 129. | Torrid's risk warning about inventory levels were false because they presented those risks as contingent possibilities rather than something that was already occurring. <br>• CW-2 reported that the Distribution Center's capacity constraints resulted in more than 500,000 units of inventory being stacked on pallets on the Distribution Center's floor. ¶39. <br>• CW-2 reported that the lack of capacity and delayed deliveries prevented the Company from being able to receive new seasonal inventory. ¶40. <br>• Defendants admitted that the Distribution Center was not capable of handling Torrid's existing or future needs when, on September 7, 2022, they announced the Company was upgrading the Distribution Center's capacity. ¶200. <br>• CWs 1 & 2 reported high turnover rates at the Distribution Center. ¶¶36, 41. CW-2 explained that this turnover impacted efficiency at the warehouse due to lost time training new hires, inventory inaccuracies and errors, and misplaced products. ¶¶37, 41. CW-1 reported that high turnover negatively impacted performance. ¶36. | • On September 7, 2022, Defendants announced that Torrid had to make upgrades to the Distribution Center, thereby admitting that the Distribution Center was encountering difficulties and that it was not capable of handling the Company's capacity or technological needs. ¶200. <br>• Approximately nine months later, Defendants amended their risk disclosures to definitively state that COVID-19 had impacted Torrid's business, rather than just having the potential to impact its business. *Compare* Ex. 3 at 21 (RS 6/30/21: "The COVID-19 outbreak has the potential to cause a disruption in our supply chain") *with* Ex. 6 at 10 (10-Q March 30, 2022: the COVID-19 outbreak "has caused a disruption in our supply chain"). |

| 8 | June 30, 2021 Registration Statement:<br><br>We acquired the operations of the fully-functional, **state-of-the-art distribution center** in West Jefferson, Ohio in 2018. This 750,000 square foot facility is highly automated and we believe is **capable of handling our existing and future needs**. Additionally, the West Jefferson facility is . . . continuing to drive efficient online returns and position us to execute on our unified commerce strategy. ¶¶83, 129. | Torrid did not have a highly automated, fully-functional, state-of-the-art distribution center capable of handling Torrid's existing and future needs because:<br>• CW-1 reported that, before the IPO, there was a constant problem with inventory flow at the Distribution Center. ¶¶35, 84.<br>• CW-1 reported that, during CW-1's tenure, as many 50 or 60 trailers full of unprocessed inventory were parked in the Distribution Center parking lot. ¶¶35, 84.<br>• CW-2 reported that at the time of the IPO, there were around 40 trailers in the Distribution Center parking lot containing potentially over one million units of unprocessed inventory, which remained unreceived for weeks, and in some cases not formally received in the Distribution Center until the following quarter. ¶¶39-40.<br>• CW-2 reported that, because Torrid began pre-ordering large quantities of inventory prior to the IPO that sat unprocessed in the parking lot for months, Torrid's inventory balance almost doubled shortly after the IPO once the inventory was processed into the system. ¶39. Indeed, within one quarter after the IPO, inventory increased 45%. ¶¶39, 71, 82, 84.<br>• CW-2 reported that the lack of capacity and delayed deliveries prevented the Company from getting ready and being able to receive new seasonal inventory. ¶¶40, 84.<br>• Defendants admitted that the Distribution Center was not capable of handling Torrid's existing or future needs when, on September 7, 2022, they announced the Company was upgrading the Distribution Center's capacity. ¶200.<br>• CWs 1 & 2 reported high turnover rates at the Distribution Center. ¶¶36, 41. CW-2 explained that this turnover impacted efficiency at the warehouse due to lost time training new hires, | • Defendants admitted that the Distribution Center was not capable of handling Torrid's existing or future needs when, on September 7, 2022, they announced the Company was upgrading the Distribution Center's capacity. ¶200.<br>• Torrid acquired the Distribution Center in an attempt to resolve the inventory management issues that had previously caused it to abandon its first attempt to IPO in 2019. ¶¶190-92.<br>• CW-1 reported sending daily inventory reports, reporting inventory at the Distribution Center, to upper level management, which include the Individual Defendants, and headquarters in City of Industry, California. ¶34.<br>• CW-2, who performed daily inventory counts, periodically sent inventory reports including "In-Bound Receiving logs" to employees at Torrid headquarters. In-Bound Receiving logs specifically reported flow of inventory information (# of trailers received and incoming, whether trailers processed, and ID #s for the trailers). ¶¶38, 208.<br>• Torrid's Distribution Center used and executives, including Defendants, had access to a WMS (Highjump) to track and manage the Company's inventory and order fulfillment. Highjump had a dashboard with a 25-part Key Performance Indicator ("KPI") that generated inventory valuation reports and order fulfilment reports. ¶47-48; ¶¶208-11.<br>• In the Registration Statement, Defendants admitted to closely monitoring Torrid's inventory and financial metrics, explaining that management closely "review[ed] [Torrid's] inventory levels on an ongoing basis" and "monitor[ed] inventory levels, sales trends and sales forecasts to estimate and record reserves for excess, slow-moving and obsolete inventory." ¶193. |

| # | Alleged Misrepresentation | Reasons Why False | Scienter Facts |
|---|---|---|---|
| | | inventory inaccuracies and errors, and misplaced products. ¶¶37, 41. CW-1 reported that high turnover negatively impacted performance. ¶¶36, 84. | • Sale of inventory was Torrid's core operation and it would be absurd to suggest that Defendants were not aware of issues at the Distribution Center that caused a severe backlog of unprocessed inventory and unfulfilled orders. ¶¶44-45, 50-53, 67-68, 190-92.<br>• Defendants' exorbitant stock sales and compensation support scienter. ¶¶222-24.<br>• Executive resignations, transitions, terminations, and departures support scienter. ¶¶215-21. |
| 9 | June 23, 2021 Roadshow Presentation:<br><br>The Roadshow Presentation, on a slide highlighting the Company's "accelerating margin profile" and "rapid profitability and earnings growth," told investors the Company's success had showed its "**strong resiliency amid the COVID-19 pandemic**." In a slide dedicated solely to touting the Company's response to the pandemic, Defendants stated that Torrid had implemented "key initiatives" during that time, including developing a "**shortened product development cycle**." Defendants also told investors that the Company's "**agile response to COVID led to sequential improvement in comp sales growth**." ¶¶85, 129. | Torrid did not have strong resiliency or an agile response to the COVID-19 pandemic and was not implementing key initiatives such as a shortened product development cycle. *See* Statement No. 1, above.<br><br>Additionally:<br>• Defendants admitted that Torrid's response to COVID-19 involved abandoning Torrid's data-driven processes for product design and development, supply chain management, and inventory planning. Specifically, Defendants admitted that processes "had been lost over the pandemic time period" including "test and react," "chase mode," and "core disciplines." ¶¶6-7, 69, 90; ¶230 (Exchange Act only); Ex. 10 at 7.<br>• CWs 1 & 2 reported high turnover rates at the Distribution Center. ¶¶36, 41. Persistent and worsening staffing issues during the pandemic compounded the build-up of unreceived and unprocessed inventory. Torrid lacked sufficient human resources to process its backlog of inventory, which caused Torrid to miss seasonal launches and delayed fulfilment of millions of customer orders by 2 to 3 months. ¶35. | *See* Statement No. 1, above.<br><br>Additionally:<br>• On June 7, 2022, Defendants admitted that Torrid had been using "largely broad-based offers to all customers and across categories" that were "anchored heavily on percentage discount." ¶199. |

8

| # | Alleged Misrepresentation | Reasons Why False | Scienter Facts |
|---|---|---|---|
| | | • CW-2 explained that employee turnover impacted efficiency at the warehouse due to lost time training new hires, inventory inaccuracies and errors, and misplaced products. ¶¶37, 41. CW-1 reported that high turnover negatively impacted performance. ¶36.<br><br>• CW-2 reported that, because Torrid began pre-ordering large quantities of inventory prior to the IPO that sat unprocessed in the parking lot for months, Torrid's inventory balance almost doubled shortly after the IPO once the inventory was processed into the system. ¶39. Indeed, within one quarter after the IPO, inventory increased 45%. ¶¶71, 82<br><br>• CW-1 reported that Torrid's backlog of inventory did not sell after it was processed until the Company implemented promotions (including flash sales) at "deeply discounted prices[.]" ¶¶6-7, 35, 68, 90.<br><br>• On June 7, 2022, Defendants admitted that Torrid had been using "largely broad-based offers to all customers and across categories" that were "anchored heavily on percentage discount." ¶199. *See also* ¶90. | |
| 10 | June 30, 2021 Registration Statement:<br><br>In response to the COVID-19 pandemic, ***Torrid proactively implemented various initiatives*** with a focus on ensuring the health and safety of employees and customers, ***minimizing the financial impact of COVID-19*** and continuing to build the foundation for future growth and profitability. ¶¶86, 129. | Torrid was not minimizing the financial impact of COVID-19 through a proactive implementation of various initiatives. *See* Statement No. 9, above; *see also* ¶90. | *See* Statement No. 9, above. |

| # | Alleged Misrepresentation | Reasons Why False | Scienter Facts |
|---|---|---|---|
| 11 | June 30, 2021 Registration Statement:<br><br>The Company "*[m]ade targeted investments and changes to our process to improve the speed and flexibility of our supply chain including shortening our development cycle by two weeks.*" ¶¶87, 129. | Torrid was not making changes to its processes that were improving the speed or flexibility of its supply chain. *See* Statement No. 9, above; *see also* ¶90. | *See* Statement No. 9, above. |
| 12 | June 30, 2021 Registration Statement:<br><br>The Company was taking further steps to reduce promotional activity and drive higher margins, by *"[l]everag[ing] data analytics and insights to tailor marketing and promotional strategies in response to consumer behavior changes related to the ongoing COVID-19 pandemic."* ¶¶88, 129. | Torrid was not leveraging data analytics or insights to tailor its marketing or promotional strategies. *See* Statement No. 9, above; *see also* ¶90. | *See* Statement No. 9, above. |
| 13 | June 30, 2021 Registration Statement:<br><br>"In 2020, Adjusted EBITDA declined 24% year-over-year to $101 million driven by *temporarily lower gross profit margin* and fixed cost deleverage as a result of the challenges presented by COVID-19." "By May 2020, net sales growth began to rebound," demonstrating "the strong inherent demand for [the Company's] differentiated product and the *resiliency of [its] business model.*" ¶¶89, 129. | Torrid was not leveraging data analytics or insights to tailor its marketing or promotional strategies. *See* Statement No. 9, above; *see also* ¶90. | *See* Statement No. 9, above. |

| # | Alleged Misrepresentation | Reasons Why False | Scienter Facts |
|---|---|---|---|
| 14 | September 8, 2021 2Q Form 10-Q:<br><br>***Our strategy is built around a consistent and stable base of core products*** that provide our customer with year round style. At the same time, we introduce new lines of merchandise approximately 16 times per year, thus ***providing a consistent flow of fresh merchandise*** to keep our customer engaged, encourage repeat business and attract new customers. ***We employ a data-driven approach to design and product development, proactively and quickly incorporating sales and operational performance information*** alongside customer feedback from thousands of product reviews. ¶132. | Prior to and throughout the Class Period, Torrid was experiencing manufacturing and delivery delays, prompting Defendants to abandon Torrid's purported data-driven, low-risk merchandising model and, instead, preorder large quantities of inventory in excess of demand. Therefore, Torrid's strategy was not built around a consistent or stable base of core products, nor was Torrid providing a consistent flow of fresh merchandise, employing a data-driven approach to design and product development, or quickly incorporating sales and operational performance information into a data-driven approach.<br><br>*See* Statement No. 1, above; *see also* ¶139. | *See* Statement No. 1, above.<br><br>Additionally,<br>• Defendants admitted to closely monitoring Torrid's inventory and financial metrics, explaining that management closely "review[ed] [Torrid's] inventory levels on an ongoing basis" and "monitor[ed] inventory levels, sales trends and sales forecasts to estimate and record reserves for excess, slow-moving and obsolete inventory." ¶193.<br>• Defendants provided investors with detailed updates regarding Torrid's financial and operational performance using the information that they closely monitored. For instance, during earnings call this same day, Defendant Wehlitz admitted that Defendants were "really monitoring what those arrivals are and shifts are in our inventory." ¶195. |

| # | Alleged Misrepresentation | Reasons Why False | Scienter Facts |
|---|---|---|---|
| 15 | September 8, 2021 2Q 2021 Earnings Call: <br><br> Wehlitz: ***Gross profit in the second quarter was $150 million or 45% of net sales compared to $80 million or 32.1% of net sales in the second quarter of 2020 and $103 million or 39.8% of net sales in the second quarter of 2019***. This nearly 1,300 basis point expansion in our gross profit rate from the prior year was primarily due to an improved product margin resulting from less discounting during the quarter as compared to the prior year. Our gross profit also benefited from leveraging distribution expenses, store occupancy costs and store depreciation expenses. ¶135. | Torrid's gross profit was false and misleading because Defendants omitted the material facts discussed in Statement No. 1 above that were negatively impacting gross profit, including that Torrid was giving steep discounts in order to move excess inventory. *See also* ¶139. <br><br> Additionally, this statement was false because Defendants failed to disclose: <br> • Torrid was already experiencing supply chain challenges, the impacts of which on inventory levels and financials had already materialized and were worse than Defendants represented. ¶¶35, 39-40, 67-68, 71. <br> • "[F]ollowing the IPO, the impact of abandoning a data-driven, low-risk merchandising model, including…read-and-react testing and using the speed model to reduce product development time, was dramatic as Torrid's inventory-to-sales ratio skyrocketed. By the beginning of 2022, Torrid's inventory had increased 61% from the prior year while sales had only increased 7.81%." ¶71. <br> • On June 7, 2022, Defendants admitted that Torrid had been using promotions throughout the Class Period as "largely broad-based offers to all customers and across categories" that were "anchored heavily on percentage discount" that negatively impacted margins. ¶199. | *See* Statement No. 1, above. <br><br> Additionally, <br> • Defendants admitted to closely monitoring Torrid's inventory and financial metrics, explaining that management closely "review[ed] [Torrid's] inventory levels on an ongoing basis" and "monitor[ed] inventory levels, sales trends and sales forecasts to estimate and record reserves for excess, slow-moving and obsolete inventory." ¶193. <br> • Defendants also provided investors with detailed updates regarding Torrid's financial and operational performance using the information that they closely monitored. For instance, during this earnings call, Defendant Wehlitz admitted that Defendants were "really monitoring what those arrivals are and shifts are in our inventory." ¶195. <br> • Defendants provided detailed responses to analysts about sales, inventory levels, and promotions. ¶¶204-06. <br> • Additionally, on June 7, 2022, Defendants admitted that Torrid had been using promotions throughout the Class Period as "largely broad-based offers to all customers and across categories" that were "anchored heavily on percentage discount." ¶199. |

12

| # | Alleged Misrepresentation | Reasons Why False | Scienter Facts |
|---|---|---|---|
| 16 | September 8, 2021 2Q 2021 Earnings Call:<br><br>Wehlitz: **For the third quarter, we expect net sales to be between $305 million to $350 million and adjusted EBITDA to be between $47 million and $52 million. Our guidance assumes more modest gross margin expansion than we delivered in the second quarter, reflecting current trends as well as anticipated impact of supply chain challenges. . . . For fiscal 2021, we expect net sales between $1.29 billion to $1.3 billion and adjusted EBITDA between $248 million and $258 million. This assumes gross margin pressures in the back half of the year from the supply chain challenges, as I previously referred to**. ¶136. | Torrid's gross profit was false and misleading because Defendants omitted the material facts discussed in Statement Nos. 1 and 9 above that were negatively impacting gross profit, including that Torrid was giving steep discounts in order to move excess inventory. *See also* ¶139.<br><br>Additionally:<br>• Torrid was already experiencing supply chain challenges, the impacts of which on inventory levels and financials had already materialized and were worse than Defendants represented. ¶¶35, 39-40, 67-68, 71.<br>• "[F]ollowing the IPO, the impact of abandoning the low-risk merchandising model…was dramatic as Torrid's inventory-to-sales ratio skyrocketed. By the beginning of 2022, Torrid's inventory had increased 61% from the prior year while sales had only increased 7.81%." ¶71.<br>• Additionally, on June 7, 2022, Defendants admitted that Torrid had been using promotions throughout the Class Period as "largely broad-based offers to all customers and across categories" that were "anchored heavily on percentage discount" that were negatively affecting margins. ¶199. | *See* Statement No. 9, above.<br><br>Additionally,<br>• Defendants admitted to closely monitoring Torrid's inventory and financial metrics, explaining that management closely "review[ed] [Torrid's] inventory levels on an ongoing basis" and "monitor[ed] inventory levels, sales trends and sales forecasts to estimate and record reserves for excess, slow-moving and obsolete inventory." ¶193.<br>• Defendants also provided investors with detailed updates regarding Torrid's financial and operational performance using the information that they closely monitored. For instance, during this earnings call, Defendant Wehlitz admitted that Defendants were "really monitoring what those arrivals are and shifts are in our inventory." ¶195.<br>• Defendants provided detailed responses to analysts about sales, inventory levels, and promotions. ¶¶204-06.<br>• Additionally, on June 7, 2022, Defendants admitted that Torrid had been using promotions throughout the Class Period as "largely broad-based offers to all customers and across categories" that were "anchored heavily on percentage discount." ¶199. |
| 17 | September 8, 2021 2Q 2021 Earnings Call:<br><br>Muñoz: **[O]ur data-driven low-risk merchandising model helps us provide a broad assortment of proprietary products with a distinct style**, and we provide them when and where she wants them. **Our flexible operating model allows us to quickly read and react to our customers' preferences** and to consistently meet | Prior to and throughout the Class Period, Torrid was experiencing manufacturing and delivery delays, prompting Defendants to abandon Torrid's purported data-driven, low-risk merchandising model, including read-and-react, and, instead, preorder large quantities of inventory in excess of demand. Torrid was unable to sell 80% of excess inventory it was pre- | *See* Statement No. 9, above.<br><br>Additionally,<br>• Defendants admitted to closely monitoring Torrid's inventory and financial metrics, explaining that management closely "review[ed] [Torrid's] inventory levels on an ongoing basis" and "monitor[ed] inventory levels, sales trends and sales forecasts to |

| # | Alleged Misrepresentation | Reasons Why False | Scienter Facts |
|---|---|---|---|
| | her needs for great-fitting quality product at a tremendous value. Our close relationships with our customers provide us with constant valuable feedback that we deploy to continually provide her with the things she needs and wants. We further leverage this feedback and our extensive fit capabilities to expand into categories that drive high loyalty, such as blue jeans, bras, swim and shoes. ***The effectiveness of our merchandising strategy is illustrated by our ability to grow our business across all of our categories year after year as well as by our consistently high penetration of regular-priced sell-throughs at over 80% of our total sales and also supported by our wildly low 9% return rate***. ¶138. | ordering at regular price and, instead, had to give steep discounts to move inventory.<br><br>*See* Statement Nos. 3 and 8, above; *see also* ¶139. | estimate and record reserves for excess, slow-moving and obsolete inventory." ¶193.<br>• Defendants also provided investors with detailed updates regarding Torrid's financial and operational performance using the information that they closely monitored. For instance, during this earnings call, Defendant Wehlitz admitted that Defendants were "really monitoring what those arrivals are and shifts are in our inventory." ¶195.<br>• Defendants provided detailed responses to analysts about sales, inventory levels, and promotions. ¶¶204-06. |

| # | Alleged Misrepresentation | Reasons Why False | Scienter Facts |
|---|---|---|---|
| 18 | December 8, 2021 3Q Form 10-Q:<br><br>***Our strategy is built around a base of core products*** that provide our customer with year round style. At the same time, we introduce new lines of merchandise approximately 16 times per year, thus ***providing a consistent flow of fresh merchandise*** to keep our customer engaged, encourage repeat business and attract new customers. ***We employ a data-driven approach to design and product development, proactively and quickly incorporating sales and operational performance information*** alongside customer feedback from thousands of product reviews. We engage in ongoing dialogue with customers through social media and customer surveys. ***Shifts in inventory levels may result in fluctuations in the amount of regular price sales, markdowns, and merchandise mix, as well as gross margin.*** ¶141. | Prior to and throughout the Class Period, Torrid was experiencing manufacturing and delivery delays, prompting Defendants to abandon Torrid's purported data-driven, low-risk merchandising model and, instead, preorder large quantities of inventory in excess of demand. Thus, Torrid's strategy was not built around a base of core products, nor was Torrid providing a consistent flow of fresh merchandise, employing a data-driven approach to design and product development, or quickly incorporating sales and operational performance information into a data-driven approach. *See* Statement No. 9, above; *see also* ¶148.<br><br>Additionally:<br>• Torrid's statement that "shifts in inventory levels may result in fluctuations in the amount of regular price sales, markdowns, and merchandise mix, as well as gross margin …" was false and misleading because it was not a mere contingency. Rather, Torrid's inventory already included a significant amount of inventory requiring markdowns and margins were already being impacted. ¶¶6-7, 35, 68. Therefore, the purported risk being warned about had occurred.<br>• Additionally, on June 7, 2022, Defendants admitted that Torrid had been using promotions throughout the Class Period as "largely broad-based offers to all customers and across categories" that were "anchored heavily on percentage discount." ¶199. | *See* Statement No. 9, above.<br><br>Additionally,<br>• Defendants admitted to closely monitoring Torrid's inventory and financial metrics, explaining that management closely "review[ed] [Torrid's] inventory levels on an ongoing basis" and "monitor[ed] inventory levels, sales trends and sales forecasts to estimate and record reserves for excess, slow-moving and obsolete inventory." ¶193.<br>• Defendants also provided investors with detailed updates regarding Torrid's financial and operational performance using the information that they closely monitored. For instance, during the earnings call this same day, Defendant Wehlitz represented Torrid was "closely monitoring" inventory transit, and felt "very good about what we have in inventory" and "what's coming in" to inventory. ¶¶ 145,196.<br>• Defendants provided detailed responses to analysts about sales, promotions, and inventory levels. Some of Defendants' inventory level discussions even distinguished between in-transit on the water from in-building. ¶¶204-06.<br>• Additionally, on June 7, 2022, Defendants admitted that Torrid had been using promotions throughout the Class Period as "largely broad-based offers to all customers and across categories" that were "anchored heavily on percentage discount." ¶199. |

| # | Alleged Misrepresentation | Reasons Why False | Scienter Facts |
|---|---|---|---|
| 19 | December 8, 2021 3Q 2021 Earnings Call:<br><br>Wehlitz: Torrid's Q3 margins were "***primarily driven by reduced promotional activity*** and pricing initiatives." ¶142. | Defendants were forced to offer steep discounts in order to move Torrid's excess inventory buildup resulting from delays and over-ordering in excess of demand. Torrid's promotional activities were, thus, increasing, not being reduced. *See* Statement No. 1, above; *see also* ¶148.<br><br>Additionally,<br>• CW-1 reported that Torrid's backlog of inventory did not sell after it was processed until the Company implemented promotions (including flash sales) at "deeply discounted prices[.]" ¶¶6-7, 35, 68.<br>• On June 7, 2022, Defendants admitted that Torrid had been using promotions throughout the Class Period as "largely broad-based offers to all customers and across categories" that were "anchored heavily on percentage discount." ¶199. | *See* Statement No. 1, above.<br><br>Additionally:<br>• Defendants admitted to closely monitoring Torrid's inventory and financial metrics, explaining that management closely "review[ed] [Torrid's] inventory levels on an ongoing basis" and "monitor[ed] inventory levels, sales trends and sales forecasts to estimate and record reserves for excess, slow-moving and obsolete inventory." ¶193.<br>• Defendants also provided investors with detailed updates regarding Torrid's financial and operational performance using the information that they closely monitored. For instance, during this earnings call, Defendant Wehlitz represented Torrid was "closely monitoring" inventory transit, and felt "very good about what we have in inventory" and "what's coming in" to inventory. ¶¶ 145,196.<br>• Additionally, on June 7, 2022, Defendants admitted that Torrid had been using promotions throughout the Class Period as "largely broad-based offers to all customers and across categories" that were "anchored heavily on percentage discount." ¶199.<br>• Defendants provided detailed responses to analysts about promotional activity. ¶¶203-06. |

| # | Alleged Misrepresentation | Reasons Why False | Scienter Facts |
|---|---|---|---|
| 20 | **December 8, 2021 3Q 2021 Earnings Call:**<br><br>Muñoz: Torrid was successfully navigating the industry supply chain challenges with its "*powerful and nimble operating model*" of which the Company's low-risk merchandising model was a key component. . . .<br>*We have strong long-term vendor relationships and a diversified manufacturing base, and we are working closely with our partners to mitigate the current challenges. Our priority is getting our products into the U.S. and specifically into our customers' hands in addition to managing the costs associated with these deliveries. As always, we are focused on delivering for our customer and meeting her needs despite the current operating environment. While we expect supply chain headwinds to continue at least into the first half of 2022, we are successfully navigating the current environment and our underlying operating model remains strong.* ¶144. | Prior to and throughout the Class Period, Torrid was experiencing manufacturing and delivery delays, prompting Defendants to abandon Torrid's purported data-driven, low-risk merchandising model and, instead, preorder large quantities of inventory in excess of demand. Torrid lacked the manpower to process the excess inventory, resulting in significant quantities of customer backorders. Thus, Torrid's operating model was not powerful, nimble or remaining strong, nor was Torrid getting products into customers' hands or successfully navigating the pandemic environment. *See* Statement No. 9, above; *see also* ¶148.<br><br>Additionally,<br>• Torrid's underlying operating model was not strong because, as Defendants admitted on June 7, 2022, Torrid had been using promotions throughout the Class Period as "largely broad-based offers to all customers and across categories" that were "anchored heavily on percentage discount." ¶199. | *See* Statement No. 9, above.<br><br>Additionally,<br>• Defendants admitted to closely monitoring Torrid's inventory and financial metrics, explaining that management closely "review[ed] [Torrid's] inventory levels on an ongoing basis" and "monitor[ed] inventory levels, sales trends and sales forecasts to estimate and record reserves for excess, slow-moving and obsolete inventory." ¶193.<br>• Defendants also provided investors with detailed updates regarding Torrid's financial and operational performance using the information that they closely monitored. For instance, during this earnings call, Defendant Wehlitz represented Torrid was "closely monitoring" inventory transit, and felt "very good about what we have in inventory" and "what's coming in" to inventory. ¶¶145,196.<br>• Defendants provided detailed responses to analysts about sales, promotions, and inventory levels. Some of Defendants' inventory level discussions even distinguished between in-transit on the water from in-building. ¶¶204-06.<br>• Additionally, on June 7, 2022, Defendants admitted that Torrid had been using promotions throughout the Class Period as "largely broad-based offers to all customers and across categories" that were "anchored heavily on percentage discount." ¶199. |

| # | Alleged Misrepresentation | Reasons Why False | Scienter Facts |
|---|---|---|---|
| 21 | December 8, 2021 3Q 2021 Earnings Call:<br><br>Wehlitz: *We are closely monitoring the situation and continuing to take proactive measures to mitigate the impact, including selectively air freighting goods and placing orders earlier as well as offsetting some of the associated cost pressures by consolidating fabric orders and selectively increasing prices. While we are taking proactive measures to manage our supply chain, many of these initiatives will not begin to benefit until starting early next year.* ¶145. | Prior to and throughout the Class Period, Torrid was experiencing manufacturing and delivery delays, prompting Defendants to abandon Torrid's purported data-driven, low-risk merchandising model and, instead, preorder large quantities of inventory in excess of demand. Thus, Torrid was not taking proactive measures to manage its supply chain. *See* Statement No. 9, above; *see also* ¶148.<br><br>Additionally,<br>• Rather than selectively increasing prices, on June 7, 2022, Defendants admitted that Torrid had been using promotions throughout the Class Period as "largely broad-based offers to all customers and across categories" that were "anchored heavily on percentage discount." ¶199. | *See* Statement No. 9, above.<br><br>Additionally,<br>• Defendants admitted to closely monitoring Torrid's inventory and financial metrics, explaining that management closely "review[ed] [Torrid's] inventory levels on an ongoing basis" and "monitor[ed] inventory levels, sales trends and sales forecasts to estimate and record reserves for excess, slow-moving and obsolete inventory." ¶193.<br>• Defendants also provided investors with detailed updates regarding Torrid's financial and operational performance using the information that they closely monitored. For instance, during this earnings call, Defendant Wehlitz represented Torrid was "closely monitoring" inventory transit, and felt "very good about what we have in inventory" and "what's coming in" to inventory. ¶¶145,196.<br>• Defendants provided detailed responses to analysts about sales, promotions, and inventory levels. Some of Defendants' inventory level discussions even distinguished between in-transit on the water from in-building. ¶¶204-06.<br>• On June 7, 2022, Defendants admitted that Torrid had been using promotions throughout the Class Period  as "largely broad-based offers to all customers and across categories" that were "anchored heavily on percentage discount." ¶199. |

| # | Alleged Misrepresentation | Reasons Why False | Scienter Facts |
|---|---|---|---|
| 22 | December 8, 2021 3Q 2021 Earnings Call:<br><br>Wehlitz: ***In Q4 specifically, in general for Q4, the promotional activity is higher. Again, we don't necessarily play the same seasonal issues that other retailers have but we do have to play in the arena of Black Friday and Cyber Monday events. That promotional activity is typically deeper, and that does bring down the – that increase the promotional rate for that quarter compared to other quarters.*** But it's not a new anomaly for us as we're having to play with the bigger and broader macro issues there. And then from a promotional standpoint, in general, we do use it, as we've said, more of a customer engagement tool and really trying to keep her engaged along the way in that journey of what we're doing. So Liz, will you add to that? ¶146<br>Wehlitz: ***[R]elated to the promotions a bit for Q4. So yes, we'll selectively look at the promotions related to truly seasonal goods. But I think we're very happy with our – as we're getting our inventory and how we're positioning ourselves as we go into Q1, and being very strategic about how we're doing promotions to try to make sure that we're mitigating as much as that product as possible that might have a shorter shelf life as far as seasonal goods.*** ¶146.<br><br>Muñoz: ***I think it's just important to get that point across, and George made it that we use promotions in a different way. We don't necessarily use promotions to drive product that's not working or things like that. We use them as an engagement tool.*** ¶146. | Torrid's promotional activities were not higher solely due to seasonable events like Black Friday or Cyber Monday, nor was Torrid being selective or strategic with promotions, or using them as an engagement tool rather than to drive product. Rather, due to preordering inventory in excess of demand and inadequate stuffing to process the inventory, Torrid's inventory accumulated beyond what it could sell at regular prices requiring Defendants to offer steep discounts to move the inventory. *See* Statement No. 1, above; *see also* ¶148.<br><br>Additionally,<br>• CW-1 reported that Torrid's backlog of inventory did not sell after it was processed until the Company implemented promotions (including flash sales) at "deeply discounted prices[.]" ¶¶6-7, 35, 68.<br>• On June 7, 2022, Defendants admitted that Torrid had been using promotions throughout the Class Period as "largely broad-based offers to all customers and across categories" that were "anchored heavily on percentage discount." ¶199. | *See* Statement No. 1, above.<br><br>Additionally:<br>• Defendants admitted to closely monitoring Torrid's inventory and financial metrics, explaining that management closely "review[ed] [Torrid's] inventory levels on an ongoing basis" and "monitor[ed] inventory levels, sales trends and sales forecasts to estimate and record reserves for excess, slow-moving and obsolete inventory." ¶193.<br>• Defendants also provided investors with detailed updates regarding Torrid's financial and operational performance using the information that they closely monitored. For instance, during this earnings call, Defendant Wehlitz represented that Torrid felt "very good about what we have in inventory" and "what's coming in" to inventory. ¶196.<br>• Additionally, on June 7, 2022, Defendants admitted that Torrid had been using promotions throughout the Class Period as "largely broad-based offers to all customers and across categories" that were "anchored heavily on percentage discount." ¶199.<br>• Defendants provided detailed responses to analysts about promotional activity. ¶¶203-06. |

19

| # | Alleged Misrepresentation | Reasons Why False | Scienter Facts |
|---|---|---|---|
| 23 | December 8, 2021 3Q 2021 Earnings Call:<br><br>Wehlitz: ***Inventory at the end of the quarter was \$159 million compared to \$124 million last year and \$140 million in the third quarter of 2019. Excluding in-transit levels, our inventory was slightly down from prior year. Although our available inventory is modestly below optimal levels, we took measures to air freight and feel very comfortable with the adequate inventory levels to meet the consumer demand that is reflected in our fourth quarter forecast***. ¶147. | Due to preordering inventory in excess of demand and inadequate stuffing to process the inventory, Torrid's inventory accumulated beyond what it could sell at regular prices. Thus, Torrid's available inventory was not below optimal levels, nor were the Company's inventory levels at adequate levels to meet consumer demand. *See* Statement No. 9, above; *see also* ¶148.<br><br>Additionally:<br>• Torrid was already experiencing supply chain challenges, the impacts of which on inventory levels and financials had already materialized and were worse than Defendants represented. ¶¶35, 39-40, 67-68, 71.<br>• "[F]ollowing the IPO, the impact of abandoning the low-risk merchandising model…was dramatic as Torrid's inventory-to-sales ratio skyrocketed. By the beginning of 2022, Torrid's inventory had increased 61% from the prior year while sales had only increased 7.81%." ¶71. | *See* Statement No. 9, above.<br><br>Additionally,<br>• Defendants admitted to closely monitoring Torrid's inventory and financial metrics, explaining that management closely "review[ed] [Torrid's] inventory levels on an ongoing basis" and "monitor[ed] inventory levels, sales trends and sales forecasts to estimate and record reserves for excess, slow-moving and obsolete inventory." ¶193.<br>• Defendants also provided investors with detailed updates regarding Torrid's financial and operational performance using the information that they closely monitored. For instance, during this earnings call, Defendant Wehlitz represented that Torrid felt "very good about what we have in inventory" and "what's coming in" to inventory. ¶196.<br>• Defendants provided detailed responses to analysts about sales, promotions, and inventory levels. During this call, Defendant Wehlitz even distinguished between in-transit on the water from in-building when discussing inventory levels during the earnings call. ¶¶204-06. |

| # | Alleged Misrepresentation | Reasons Why False | Scienter Facts |
|---|---|---|---|
| 24 | January 10, 2022 Press Release:<br><br>Torrid issued a press release, which Wehlitz signed, lowering 4Q 2021 and FY 2021 guidance due to labor challenges at its Distribution Center and retail stores due to Omicron. ¶¶149-50. | Torrid's lowered guidance was not only due to labor challenges at its Distribution Center or challenges at the retail store due to Omicron. Rather, Torrid also faced challenges from excess inventory accumulation, which it could not sell without offering steep discounts, thereby negatively impacting margins and profitability *See* Statement No. 9, above; *see also* ¶150.<br><br>Additionally:<br>• Torrid was facing, but did not previously disclose, insufficient human resources to process its backlog of inventory prior to the IPO, which worsened after the IPO, and caused Torrid to miss seasonal launches and delayed fulfilment of millions of customer orders by 2 to 3 months. ¶¶35-36, 41. | *See* Statement No. 9, above.<br><br>Additionally,<br>• Defendants admitted to closely monitoring Torrid's inventory and financial metrics, explaining that management closely "review[ed] [Torrid's] inventory levels on an ongoing basis" and "monitor[ed] inventory levels, sales trends and sales forecasts to estimate and record reserves for excess, slow-moving and obsolete inventory." ¶¶193, 196.<br>• Defendants also provided investors with detailed updates regarding Torrid's financial and operational performance using the information that they closely monitored. For instance, during the earnings call this day, Defendant Wehlitz represented that Torrid felt "comfortable with both our current inventory position and the flow of shipments[.]" ¶156.<br>• Defendants provided detailed responses to analysts about sales, promotions, and inventory levels. During this call, Defendant Wehlitz even distinguished between in-transit on the water from in-building when discussing inventory levels during the earnings call. ¶¶204-06. |

| # | Alleged Misrepresentation | Reasons Why False | Scienter Facts |
|---|---|---|---|
| 25 | <u>March 17, 2022 4Q 2021 Earnings Call:</u><br><br>Muñoz started the 4Q 2021 Earnings Call by telling investors: Starting with our 2021 performance, ***net sales grew 31% versus 2020 and 23% versus 2019. Adjusted EBITDA increased by 144% over last year and 86% versus 2019, and adjusted EBITDA margin reached 19%. Importantly, we achieved these results in the face of pervasive supply chain challenges and cost pressures, demonstrating the strength of our brand and strong execution against our growth strategies***. ¶153. | Due to preordering inventory in excess of demand and inadequate stuffing to process the inventory, Torrid's inventory accumulated beyond what it could sell at regular prices. Thus, Torrid's 12% inventory growth was not in line with the Company's sales perspective, nor did the Company feel good about its inventory composition or the incoming inventory. *See* Statement No. 9, above; *see also* ¶161. | *See* Statement No. 9, above.<br><br>Additionally,<br>• Defendants admitted to closely monitoring Torrid's inventory and financial metrics, explaining that management closely "review[ed] [Torrid's] inventory levels on an ongoing basis" and "monitor[ed] inventory levels, sales trends and sales forecasts to estimate and record reserves for excess, slow-moving and obsolete inventory." ¶¶193, 196.<br>• Defendants also provided investors with detailed updates regarding Torrid's financial and operational performance using the information that they closely monitored. For instance, during this earnings call, Defendant Wehlitz represented that Torrid felt "comfortable with both our current inventory position and the flow of shipments." ¶156.<br>• Defendants provided detailed responses to analysts about sales, promotions, and inventory levels. During this call, Defendant Wehlitz even distinguished between in-transit on the water from in-building when discussing inventory levels during the earnings call. ¶¶204-06. |

| # | Alleged Misrepresentation | Reasons Why False | Scienter Facts |
|---|---|---|---|
| 26 | March 17, 2022 4Q 2021 Earnings Call:<br><br>[Muñoz:] *As far as the promotional activity, we see promotional activity to be similar to '21. And we are focused on the promotional events that we know are part of our DNA, and they form a bond with our customer. They drive engagement. And I will tell you that a lot of these promotional events are also really good new customer acquisition tools. So things like Torrid Cash and the Love Your Bra event will continue. And then we use incentives to get customers in the categories we really want them to be in because they are very sticky like bras and blue jeans, and we've seen success in that. So I think it's going to continue as it's been, and we will adjust and address as it comes at us.*<br>[Wehlitz:] *And then as a follow-up to what Liz said, yes, looking at '22 to be more of a normalized year related to that. But if you're looking compared to 2021, remember that the first half of the year, we were much more impacted by the stimulus and the pent-up demand. And there was less promotional activity going on because of what she was spending and she had available to spend. So it will be more of a normalized [year related to] that as we look more towards pre-COVID levels.* ¶154. | Due to preordering inventory in excess of demand and inadequate stuffing to process the inventory, Torrid's inventory accumulated beyond what it could sell at regular prices. Thus, Defendants had to offer steep discounts to move the inventory. Accordingly, the Company was not using promotions as new customer acquisition tools or to get customers in the categories Torrid wanted them in, nor would Torrid's promotional activity be similar to that in 2021 or be normalized that year. *See* Statement No. 9, above; *see also* ¶161. | *See* Statement No. 9, above.<br><br>Additionally,<br>• Defendants admitted to closely monitoring Torrid's inventory and financial metrics, explaining that management closely "review[ed] [Torrid's] inventory levels on an ongoing basis" and "monitor[ed] inventory levels, sales trends and sales forecasts to estimate and record reserves for excess, slow-moving and obsolete inventory." ¶¶193, 96.<br>• Defendants also provided investors with detailed updates regarding Torrid's financial and operational performance using the information that they closely monitored. For instance, during this earnings call, Defendant Wehlitz represented that Torrid felt "comfortable with both our current inventory position and the flow of shipments." ¶156.<br>• Defendants provided detailed responses to analysts about sales, promotions, and inventory levels. During this call, Defendant Wehlitz even distinguished between in-transit on the water from in-building when discussing inventory levels during the earnings call. ¶¶204-06. |

| # | Alleged Misrepresentation | Reasons Why False | Scienter Facts |
|---|---|---|---|
| 27 | March 17, 2022 4Q 2021 Earnings Call:<br><br>On the call, Muñoz stated: We are also addressing supply chain challenges, which we expect to persist into 2022 by managing areas that are within our control. ***As part of these efforts, we have formed a speed committee, where we are analyzing our full production cycle in order to reduce lead times and increase efficiency***. ¶155. | Prior to and throughout the Class Period, Torrid was experiencing manufacturing and delivery delays, prompting Defendants to abandon Torrid's purported data-driven, low-risk merchandising model and, instead, preorder large quantities of inventory in excess of demand. Torrid lacked the manpower to process the excess inventory, resulting in significant quantities of customer backorders. Torrid was therefore not managing the areas within its control with respect to its supply chain, not increasing its efficiency, and not reducing lead times through an analysis of its full production cycle. *See* Statement No. 9, above; *see also* ¶161. | *See* Statement No. 9, above.<br><br>Additionally,<br>• Defendants admitted to closely monitoring Torrid's inventory and financial metrics, explaining that management closely "review[ed] [Torrid's] inventory levels on an ongoing basis" and "monitor[ed] inventory levels, sales trends and sales forecasts to estimate and record reserves for excess, slow-moving and obsolete inventory." ¶¶193, 196.<br>• Defendants also provided investors with detailed updates regarding Torrid's financial and operational performance using the information that they closely monitored. For instance, during this earnings call, Defendant Wehlitz represented that Torrid felt "comfortable with both our current inventory position and the flow of shipments[.]" ¶156.<br>• Defendants provided detailed responses to analysts about sales, promotions, and inventory levels. During this call, Defendant Wehlitz even distinguished between in-transit on the water from in-building when discussing inventory levels during the earnings call. ¶¶204-06. |

| # | Alleged Misrepresentation | Reasons Why False | Scienter Facts |
|---|---|---|---|
| 28 | March 17, 2022 4Q 2021 Earnings Call:<br><br>Wehlitz: ***We feel comfortable with both our current inventory position and the flow of shipments as we continue to take proactive measures to mitigate the impact of shipping delays and higher transportation costs. We are placing orders earlier, consolidating fabric orders to get low pricing and selectively taking price increases. We are confident in our ability to continue to navigate the supply chain challenges facing us in our industry***. ¶156. | Due to preordering inventory in excess of demand and inadequate stuffing to process the inventory, Torrid's inventory accumulated beyond what it could sell at regular prices. Thus, Defendants had to offer steep discounts to move the inventory. Accordingly, Torrid did not feel comfortable with its current inventory position or flow of shipments, was not taking proactive measures to mitigate impacts, or confident in its ability to navigate the supply chain challenges. *See* Statement No. 9, above; *see also* ¶161. | *See* Statement No. 9, above.<br><br>Additionally,<br>• Defendants admitted to closely monitoring Torrid's inventory and financial metrics, explaining that management closely "review[ed] [Torrid's] inventory levels on an ongoing basis" and "monitor[ed] inventory levels, sales trends and sales forecasts to estimate and record reserves for excess, slow-moving and obsolete inventory." ¶¶193, 196.<br>• Defendants also provided investors with detailed updates regarding Torrid's financial and operational performance using the information that they closely monitored. For instance, during this earnings call, Defendant Wehlitz represented that Torrid felt "comfortable with both our current inventory position and the flow of shipments[.]" ¶156.<br>• Defendants provided detailed responses to analysts about sales, promotions, and inventory levels. During this call, Defendant Wehlitz even distinguished between in-transit on the water from in-building when discussing inventory levels during the earnings call. ¶¶204-06. |
| 29 | March 17, 2022 4Q 2021 Earnings Call:<br><br>Wehlitz responded: So from a comparison with – at the end of the year 2021 compared to 2019, our inventory in total was up. ***But if you look at it from – and excluding in-transit, because, again, with this delay related to the supply chain and the transit times, it has increased what we have in- transit in the water, not in our buildings. You exclude that, we were up 12% compared to '19. So very in line with what we're looking at from a sales perspective. We feel very good about what we have in inventory.*** | Due to preordering inventory in excess of demand and inadequate stuffing to process the inventory, Torrid's inventory accumulated beyond what it could sell at regular prices. Defendants had to offer steep discounts to move the inventory. Accordingly, Torrid's 12% inventory growth was not in line with the Company's sales perspective, nor did the Company feel good about its inventory composition or the incoming inventory. *See* statement No. 9, above; *see also* ¶161.<br><br>Additionally: | *See* Statement No. 9, above.<br><br>Additionally,<br>• Defendants admitted to closely monitoring Torrid's inventory and financial metrics, explaining that management closely "review[ed] [Torrid's] inventory levels on an ongoing basis" and "monitor[ed] inventory levels, sales trends and sales forecasts to estimate and record reserves for excess, slow-moving and obsolete inventory." ¶¶193, 196.<br>• Defendants also provided investors with detailed updates regarding Torrid's financial |

| # | Alleged Misrepresentation | Reasons Why False | Scienter Facts |
|---|---|---|---|
| | *We feel good about the composition of what we have in the inventory. And we feel good about what's coming in as well as what we factored in, again, as Liz said, timing-wise, trying to place orders earlier to get the product in. So I think from an inventory perspective, we have the inventory to be able to support higher sales than we have put into the guidance*. And I think from an inventory perspective, as we look throughout the year, I think we're going to – we would definitely be higher than we were in '19. But again, it will be moderated to what we think we can have from an investment standpoint of what's keeping ourselves current and in line with our expectations of where we're going to be to be able to support from a sales perspective. ¶157. | • "[F]ollowing the IPO, the impact of abandoning a data-driven, low-risk merchandising model, including…read-and-react testing and using the speed model to reduce product development time, was dramatic as Torrid's inventory-to-sales ratio skyrocketed. By the beginning of 2022, Torrid's inventory had increased 61% from the prior year while sales had only increased 7.81%." ¶71. <br> • Q4 2021 grew over 60% year-over-year compared to sales growth of less than 10%. ¶71. | and operational performance using the information that they closely monitored. For instance, during this earnings call, Defendant Wehlitz represented that Torrid felt "comfortable with both our current inventory position and the flow of shipments." ¶156. <br> • Defendants provided detailed responses to analysts about sales, promotions, and inventory levels. During this call, Defendant Wehlitz even distinguished between in-transit on the water from in-building when discussing inventory levels during the earnings call. ¶¶204-06. |

| # | Alleged Misrepresentation | Reasons Why False | Scienter Facts |
|---|---|---|---|
| 30 | **March 30, 2022 FY 2021 10-K:**<br><br>Form 10-K: ***Our trend driven items incorporate the latest fashions available*** in the broader market to excite and engage our customer but are bought narrowly and reordered as demand dictates to minimize inventory risk.<br>* * *<br>***Our strategy is built around a consistent and stable base of Core products*** that provide our customer with year round style. At the same time, we introduce new lines of merchandise approximately 16 times per year, thus ***providing a consistent flow of fresh merchandise*** to keep our customer engaged, encourage repeat business and attract new customers. ***We regularly use the depth and breadth of our data to assess sales, market trends and new product development to inform purchasing decisions. As a result, we have the flexibility to react quickly to product performance, make in-season inventory purchasing adjustments where possible and to respond to the latest sales trends by ordering or re-ordering as appropriate. Further, we utilize a read-and-react testing approach, with small purchase quantities, to introduce our New product offering, minimizing fashion risk. This strategy also allows us to mitigate inventory risk, particularly for new products or styles, while simultaneously providing our customers access to current fashion***. ¶159. | Prior to and throughout the Class Period, Torrid was experiencing manufacturing and delivery delays, prompting Defendants to abandon Torrid's purported data-driven, low-risk merchandising model and, instead, preorder large quantities of inventory in excess of demand. Torrid lacked the manpower to process the excess inventory, resulting in significant quantities of customer backorders.<br><br>Accordingly, Torrid's strategy was not built around a consistent or stable base of core products, nor was Torrid: (i) incorporating the latest fashion trends into its trend driven items, (ii) providing a consistent flow of fresh merchandise, (iii) regularly using its data to assess sales, market trends, or new product development, (iv) regularly using its data to inform purchasing decisions, (v) reacting quickly to product performance, make in-season inventory purchasing adjustments, or respond to the latest sales trends; (vi) or using read-and-react with small purchasing quantities to introduce new product offerings or minimize fashion risk or mitigating inventory risk. See Statement No. 9, above; *see also* ¶161. | *See* Statement No. 9, above.<br><br>Additionally:<br>• Defendants acknowledge that management closely tracked "data to assess sales, market trends and new product development to inform purchasing decisions" in the statement. ¶159.<br>• Defendants admitted to closely monitoring Torrid's inventory and financial metrics, explaining that management closely "review[ed] [Torrid's] inventory levels on an ongoing basis" and "monitor[ed] inventory levels, sales trends and sales forecasts to estimate and record reserves for excess, slow-moving and obsolete inventory." ¶193. Defendants also provided investors with detailed updates regarding Torrid's financial and operational performance using the information that they closely monitored. ¶¶193-97.<br>• Defendants provided detailed responses to analysts about sales, promotions, and inventory levels. ¶¶204-06. |

| # | Alleged Misrepresentation | Reasons Why False | Scienter Facts |
|---|---|---|---|
| 31 | <u>March 30, 2022 FY 2021 10-K:</u><br><br>Form 10-K: Our unified commerce business model is serviced by our distribution facility located in West Jefferson, Ohio. We acquired the operations of the ***fully-functional, state-of-the-art distribution center*** in West Jefferson, Ohio in 2018. This 750,000 square foot facility is highly automated and we believe is ***capable of handling our existing and future needs***. Additionally, the West Jefferson facility is already equipped with omni-channel capabilities that have enabled our buy-online-pickup-in-store ("BOPIS") rollout while continuing to drive efficient online returns and position us to execute on our unified commerce strategy. During 2020 we also accelerated our omni-channel offerings such as ship from store and curbside pickup, which when combined with BOPIS will continue to drive both customer acquisition and retention. ¶160. | Torrid did not have a highly automated, fully-functional, state-of-the-art distribution center capable of handling Torrid's existing and future needs. *See* Statement No. 7, above; *see also* ¶161. | *See* Statement No. 7, above.<br><br>• Defendants admitted to closely monitoring Torrid's inventory, explaining that management closely "review[ed] [Torrid's] inventory levels on an ongoing basis" and "monitor[ed] inventory levels, sales trends and sales forecasts to estimate and record reserves for excess, slow-moving and obsolete inventory." ¶193.<br>• Defendants also provided investors with detailed updates regarding Torrid's inventory levels using the information that they closely monitored. ¶¶193-97.<br>• Defendants provided detailed responses to analysts. Some of Defendants' inventory level discussions even distinguished between in-transit on the water from in-building. ¶¶204-06. |

| # | Alleged Misrepresentation | Reasons Why False | Scienter Facts |
|---|---|---|---|
| 32 | June 7, 2022 1Q 2022 Form 10-Q:<br><br>***Our strategy is built around a base of core products*** that provide our customer with year round style. At the same time, we introduce new lines of merchandise approximately 16 times per year, thus ***providing a consistent flow of fresh merchandise to keep our customer engaged***, encourage repeat business and attract new customers. ***We employ a data-driven approach to design and product development, proactively and quickly incorporating sales and operational performance information*** alongside customer feedback from thousands of product reviews. We engage in ongoing dialogue with customers through social media and customer surveys. ¶163. | Prior to and throughout the Class Period, Torrid was experiencing manufacturing and delivery delays, prompting Defendants to abandon Torrid's purported data-driven, low-risk merchandising model and, instead, preorder large quantities of inventory in excess of demand. Torrid lacked the manpower to process the excess inventory, resulting in significant quantities of customer backorders. Therefore, Torrid's strategy was not built around a base of core products, nor was Torrid providing a consistent flow of fresh merchandise, employing a data-driven approach to design and product development, or quickly incorporating sales and operational performance information into a data-driven approach. *See* Statement No. 1, above; *see also* ¶170. | *See* Statement No. 1, above.<br><br>Additionally:<br>• Defendants admitted to closely monitoring Torrid's inventory and financial metrics, explaining that management closely "review[ed] [Torrid's] inventory levels on an ongoing basis" and "monitor[ed] inventory levels, sales trends and sales forecasts to estimate and record reserves for excess, slow-moving and obsolete inventory." ¶193.<br>• Defendants also provided investors with detailed updates regarding Torrid's financial and operational performance using the information that they closely monitored. ¶¶193-97.<br>• Defendants provided detailed responses to analysts about sales, promotions, and inventory levels. ¶¶204-06. |

| # | Alleged Misrepresentation | Reasons Why False | Scienter Facts |
|---|---|---|---|
| 33 | June 7, 2022 1Q 2022 Earnings Call:<br><br>Interim CFO Tanner MacDiarmid confirmed FY 2022 guidance stating: **For the full year, we are maintaining our full year sales guidance of between $1.3 billion and $1.365 billion**. As Lisa stated, we are focused on creating a better balance of sales and margin in the business that is expected to moderate sales growth in the back half, while driving improvements in margin. ¶166. | Torrid's full year sales guidance was below $1.3 billion and $1.365 billion due the steep discounts Defendants had to offer customers in order to sell excess inventory that had been accumulating at least since the IPO, after Torrid abandoned its purported data-driven, low-risk merchandising model and preordered large quantities of inventory in excess of demand. *See* Statement No. 9, above; *see also* ¶170.<br><br>Additionally:<br>• Torrid's guidance was not reasonable because it omitted ongoing impacts unprocessed inventory, missed sales and seasonal launches, and impacts to financial which had already materialized and were worse than Defendants represented. ¶71.<br>• "[F]ollowing the IPO, the impact of abandoning a data-driven, low-risk merchandising model, including…read-and-react testing and using the speed model to reduce product development time, was dramatic as Torrid's inventory-to-sales ratio skyrocketed. By the beginning of 2022, Torrid's inventory had increased 61% from the prior year while sales had only increased 7.81%." ¶71. | *See* Statement No. 9, above.<br><br>Additionally,<br>• Defendants admitted to closely monitoring Torrid's inventory and financial metrics, explaining that management closely "review[ed] [Torrid's] inventory levels on an ongoing basis" and "monitor[ed] inventory levels, sales trends and sales forecasts to estimate and record reserves for excess, slow-moving and obsolete inventory." ¶193.<br>• Defendants also provided investors with detailed updates regarding Torrid's financial and operational performance using the information that they closely monitored. For instance, during this earnings call, Interim CFO MacDiarmid represented Torrid was "comfortable with the position of the inventories[.]" ¶168.<br>• Defendants provided detailed responses to analysts about sales, promotions, and inventory levels. ¶¶204-06. |

| # | Alleged Misrepresentation | Reasons Why False | Scienter Facts |
|---|---|---|---|
| 34 | <u>June 7, 2022 1Q 2022 Earnings Call</u>:<br><br>On the 1Q 2022 Earnings Call, Harper admitted that the Company had not been using promotions strategically as the Registration Statement had previously represented, stating: ***In the past, our promotions have been largely broad-based offers to all customers and across categories, which was anchored heavily on percentage discount. Going forward, we plan to take a more surgical approach to promotions by closely aligning them with our merchandising and marketing strategies and our inventory investment. It will take time to refine these strategies, and we will maintain site-wise promotions in the near term while we test and react into more targeted promotions***. ¶167. | Prior to and throughout the Class Period, Torrid was experiencing manufacturing and delivery delays, prompting Defendants to abandon Torrid's purported data-driven, low-risk merchandising model and, instead, preorder large quantities of inventory in excess of demand. Torrid was unable to sell its excess inventory without offering steep discounts. Thus, Torrid was not taking a surgical approach to promotions nor one that was closely aligned with the Company's merchandising strategy, marketing strategy, or inventory. *See* Statement No. 1, above; *see also* ¶170.<br><br>Additionally,<br>• CW-1 reported that Torrid's backlog of inventory did not sell after it was processed until the Company implemented promotions (including flash sales) at "deeply discounted prices[.]" ¶¶6-7, 35, 68.<br>• During this earnings call, on June 7, 2022, Defendants admitted that Torrid had been using "largely broad-based offers to all customers and across categories" that were "anchored heavily on percentage discount." ¶¶ 167, 199. | *See* Statement No. 1, above.<br><br>Additionally:<br>• Defendants admitted to closely monitoring Torrid's inventory and financial metrics, explaining that management closely "review[ed] [Torrid's] inventory levels on an ongoing basis" and "monitor[ed] inventory levels, sales trends and sales forecasts to estimate and record reserves for excess, slow-moving and obsolete inventory." ¶193.<br>• Defendants also provided investors with detailed updates regarding Torrid's financial and operational performance using the information that they closely monitored. For instance, during this earnings call, Defendants discussed inventory and promotions needed to move product in detail. ¶168.<br>• Though they knew previously, Defendants only admitted that Torrid had been using "largely broad-based offers to all customers and across categories" that were "anchored heavily on percentage discount" with this statement. ¶¶167, 199.<br>• Defendants provided detailed responses to analysts about promotional activity. ¶¶203-06. |

31

| # | Alleged Misrepresentation | Reasons Why False | Scienter Facts |
|---|---|---|---|
| 35 | June 7, 2022 1Q 2022 Earnings Call:<br><br>Interim CFO MacDiarmid stated in response to analyst questions about inventory: ***So we are comfortable with the position of the inventories within remainder of the year. We are going to have to be more promotional in Q2 so that we're doing clean-off of our inventory heading to the post summer time frame. But we feel like we've planned receipts in the back half of the year such that we're going to be comfortable with our inventory position Q3 to Q4 time frame***. ¶168. | Due to preordering inventory in excess of demand and inadequate stuffing to process the inventory, Torrid's inventory accumulated beyond what it could sell at regular prices. Defendants had to offer steep discounts to move the inventory. Thus, Torrid was not comfortable with its inventory position for the remainder of the year or just-then being more promotional to clean-off inventory. *See* Statement No. 1, above; *see also* ¶170.<br><br>Additionally:<br>• CW-1 reported that Torrid's backlog of inventory did not sell after it was processed until the Company implemented promotions (including flash sales) at "deeply discounted prices[.]" ¶¶6-7, 35, 68.<br>• Though they knew previously, Defendants only admitted that Torrid had been using "largely broad-based offers to all customers and across categories" that were "anchored heavily on percentage discount" on this earnings call. ¶¶ 167, 199. | *See* Statement No. 1, above.<br><br>Additionally:<br>• Defendants admitted to closely monitoring Torrid's inventory and financial metrics, explaining that management closely "review[ed] [Torrid's] inventory levels on an ongoing basis" and "monitor[ed] inventory levels, sales trends and sales forecasts to estimate and record reserves for excess, slow-moving and obsolete inventory." ¶193.<br>• Defendants also provided investors with detailed updates regarding Torrid's financial and operational performance using the information that they closely monitored. For instance, during this earnings call, Defendants discussed inventory and promotions needed to move product in detail. ¶168.<br>• Though they knew previously, Defendants only admitted that Torrid had been using "largely broad-based offers to all customers and across categories" that were "anchored heavily on percentage discount" on this earnings call. ¶¶ 167, 199.<br>• Interim CFO MacDiarmid's pointed, detailed response to analyst's question about inventory, promotion needed to move product, and inbound inventory demonstrates knowledge or recklessness. ¶168. |

| # | Alleged Misrepresentation | Reasons Why False | Scienter Facts |
|---|---|---|---|
| 36 | **August 3, 2022 Press Release**<br><br>Harper stated: While we continue to make progress driving strategic initiatives that will support sustainable, profitable growth long term, we are reducing our sales and EBITDA guidance for the second quarter as we continue to navigate through the current macro environment. Although our web traffic trends have been consistent, store traffic trends slowed in July and shipping disruptions caused by upgrades to our distribution platform during the quarter created unanticipated headwinds. The increased capacity in our fulfillment center is now operational and customers are receiving their orders as expected. ***Additionally, we were able to clear our projected levels of excess inventory and expect to have assortments in a balanced position by mid-September. Heading into the back half of the year, we remain focused on prioritizing margin through compelling new product, disciplined inventory management, and cost control through effective resource allocation***. ¶171. | Due to preordering inventory in excess of demand and inadequate stuffing to process the inventory, Torrid's inventory accumulated beyond what it could sell at regular prices. Defendants had to offer steep discounts to move the inventory. Thus, Torrid was not able to clear its projected levels of excess inventory, did not expect to have its inventory assortments in a balanced position by mid-September, and was not prioritizing margin through a disciplined approach to inventory management or controlling costs through effective resource allocation. *See* Statement No. 1, above; *see also* ¶174.<br><br>Additionally:<br>• CW-1 reported that Torrid's backlog of inventory did not sell after it was processed until the Company implemented promotions (including flash sales) at "deeply discounted prices[.]" ¶¶6-7, 35, 68.<br>• On December 8, 2022, Defendants lowered net sales and adjusted EBITDA guidance for FY 2022 because "[u]nfortunately, given [Torrid's] inventory position" it would have to maintain high levels of promotional activities to "continue to clear through product." ¶¶186, 201, 230. | *See* Statement No. 1, above.<br><br>Additionally:<br>• Defendants provided detailed responses to analysts about sales, promotions, and inventory levels. ¶¶204-06.<br>• On December 8, 2022, Defendants lowered net sales and adjusted EBITDA guidance for FY 2022 because "[u]nfortunately, given [Torrid's] inventory position" it would have to maintain high levels of promotional activities to "continue to clear through product." ¶¶186, 201, 230. |

33

| # | Alleged Misrepresentation | Reasons Why False | Scienter Facts |
|---|---|---|---|
| 37 | September 7, 2022 2Q 2022 Form 10-Q:<br><br>Form 10-Q: ***Our strategy is built around a base of core products*** that provide our customer with year round style. At the same time, we introduce new lines of merchandise approximately 16 times per year, thus ***providing a consistent flow of fresh merchandise to keep our customer engaged***, encourage repeat business and attract new customers. ***We employ a data-driven approach to design and product development, proactively and quickly incorporating sales and operational performance information*** alongside customer feedback from thousands of product reviews. We engage in ongoing dialogue with customers through social media and customer surveys. ¶176. | Prior to and throughout the Class Period, Torrid was experiencing manufacturing and delivery delays, prompting Defendants to abandon Torrid's purported data-driven, low-risk merchandising model and, instead, preorder large quantities of inventory in excess of demand. Thus, Torrid's strategy was not built around a base of core products, nor was Torrid providing a consistent flow of fresh merchandise, employing a data-driven approach to design and product development, or quickly incorporating sales and operational performance information into a data-driven approach. *See* Statement No. 1, above; *see also* ¶183. | *See* Statement No. 1, above.<br><br>Additionally:<br>• Defendants admitted to closely monitoring Torrid's inventory and financial metrics, explaining that management closely "review[ed] [Torrid's] inventory levels on an ongoing basis" and "monitor[ed] inventory levels, sales trends and sales forecasts to estimate and record reserves for excess, slow-moving and obsolete inventory." ¶193.<br>• Defendants also provided investors with detailed updates regarding Torrid's financial and operational performance using the information that they closely monitored. For instance, during the earnings call this day, Defendant Harper represented Torrid was "really comfortable with the mix of inventory between clearance and regular price online." ¶179.<br>• During the earnings call this day, Defendants provided detailed responses to analysts about promotional activity. ¶¶179, 206. |

| 38 | <u>September 7, 2022 2Q 2022 Earnings Call:</u><br><br>Harper answered: I would say right now that ***we're really comfortable with the mix of inventory between clearance and regular price online***. And we're at 2019 levels and store between a mix of clearance and regular price. We think that it is getting progressively better. And as I've mentioned, we're – the inventory purchased in the back half of the year is down 7% year-over-year. ***So we feel like that this quarter is the quarter where we're really dealing – the last quarter where we're dealing with this excess inventory issue. It will improve as we go into the back half of the third quarter as well as in the fourth quarter***. ¶179. | Prior to and throughout the Class Period, Torrid was experiencing manufacturing and delivery delays, prompting Defendants to abandon Torrid's purported data-driven, low-risk merchandising model and, instead, preorder large quantities of inventory in excess of demand, which it was unable to sell without offering steep discounts that reduced margins and profitability. Thus, Torrid was not comfortable with the mix of promotional pricing on its inventory or dealing with its excess inventory. *See* Statement No. 1, above; *see also* ¶183.<br><br>Additionally:<br>• CW-1 reported that Torrid's backlog of inventory did not sell after it was processed until the Company implemented promotions (including flash sales) at "deeply discounted prices[.]" ¶¶6-7, 35, 68.<br>• On December 8, 2022, Defendants lowered net sales and adjusted EBITDA guidance for FY 2022 because "[u]nfortunately, given [Torrid's] inventory position" it would have to maintain high levels of promotional activities to "continue to clear through product." ¶¶186, 201, 230. | *See* Statement No. 1, above.<br><br>Additionally:<br>• Defendants admitted to closely monitoring Torrid's inventory and financial metrics, explaining that management closely "review[ed] [Torrid's] inventory levels on an ongoing basis" and "monitor[ed] inventory levels, sales trends and sales forecasts to estimate and record reserves for excess, slow-moving and obsolete inventory." ¶193.<br>• Defendants also provided investors with detailed updates regarding Torrid's financial and operational performance using the information that they closely monitored. For instance, in this statement during the earnings call, Defendant Harper represented Torrid was "really comfortable with the mix of inventory between clearance and regular price online." ¶179.<br>• Defendants provided detailed responses to analysts about sales, promotions, and inventory levels. ¶¶203-06.<br>• On December 8, 2022, Defendants lowered net sales and adjusted EBITDA guidance for FY 2022 because "[u]nfortunately, given [Torrid's] inventory position" it would have to maintain high levels of promotional activities to "continue to clear through product." ¶¶186, 201, 230. |

| # | Alleged Misrepresentation | Reasons Why False | Scienter Facts |
|---|---|---|---|
| 39 | September 7, 2022 2Q 2022 Earnings Call: <br><br> Harper stated: This brings me to the 3 main priorities. Our first priority is to refine our marketing and our promotional strategy. We continue to believe that there's an opportunity to reduce site-wide promotions and to realign our marketing and merchandising strategy. As we move into the back half of the year, we'll be testing into more category-focused promotions based on price elasticity with the goal of reducing discounts on styles with the strongest natural demand. ***We're implementing these changes on site, and we started providing percentage discounts based on inventory and demand as opposed to blanket promotions. This is the first step in refining our promotional cadence and driving margin improvements***. ¶180. | Torrid was not just then changing its promotional strategy away from blanket promotions to discounts based on inventory and demand. *See* Statement No. 9, above; *see also* ¶183. <br><br> Additionally: <br> • CW-1 reported that Torrid's backlog of inventory did not sell after it was processed until the Company implemented promotions (including flash sales) at "deeply discounted prices[.]" ¶¶6-7, 35, 68. <br> • On December 8, 2022, Defendants lowered net sales and adjusted EBITDA guidance for FY 2022 because "[u]nfortunately, given [Torrid's] inventory position" it would have to maintain high levels of promotional activities to "continue to clear through product." ¶¶186, 201, 230. | *See* Statement No. 1, above. <br><br> Additionally: <br> • Defendants admitted to closely monitoring Torrid's inventory and financial metrics, explaining that management closely "review[ed] [Torrid's] inventory levels on an ongoing basis" and "monitor[ed] inventory levels, sales trends and sales forecasts to estimate and record reserves for excess, slow-moving and obsolete inventory." ¶193. <br> • Defendants also provided investors with detailed updates regarding Torrid's financial and operational performance using the information that they closely monitored. For instance, during the earnings call this day, Defendants represented Torrid was "really comfortable with the mix of inventory between clearance and regular price online." ¶179. <br> • Defendants provided detailed responses to analysts about sales, promotions, and inventory levels. ¶¶203-06. <br> • On December 8, 2022, Defendants lowered net sales and adjusted EBITDA guidance for FY 2022 because "[u]nfortunately, given [Torrid's] inventory position" it would have to maintain high levels of promotional activities to "continue to clear through product." ¶¶186, 201, 230. |

| # | Alleged Misrepresentation | Reasons Why False | Scienter Facts |
|---|---|---|---|
| 40 | September 7, 2022 2Q 2022 Earnings Call:<br><br>MacDiarmid confirmed: "*As we moved through [2Q], we remain focused on selling through excess inventory. And with our current planned sales and receipts, we remain comfortable with [how] our inventory levels are positioned for the remainder of the year.*" ¶181. | Due to preordering inventory in excess of demand and inadequate stuffing to process the inventory, Torrid's inventory accumulated beyond what it could sell at regular prices. Defendants had to offer steep discounts to move the inventory. Thus, Torrid was not comfortable with how its inventory levels were positioned for the remainder of the year. *See* Statement No. 9, above; *see also* ¶183.<br><br>Additionally:<br>• On December 8, 2022, Defendants lowered net sales and adjusted EBITDA guidance for FY 2022 because "[u]nfortunately, given [Torrid's] inventory position" it would have to maintain high levels of promotional activities to "continue to clear through product." ¶¶186, 201, 230. | *See* Statement No. 9, above.<br><br>Additionally:<br>• Defendants admitted to closely monitoring Torrid's inventory and financial metrics, explaining that management closely "review[ed] [Torrid's] inventory levels on an ongoing basis" and "monitor[ed] inventory levels, sales trends and sales forecasts to estimate and record reserves for excess, slow-moving and obsolete inventory." ¶193.<br>• Defendants also provided investors with detailed updates regarding Torrid's financial and operational performance using the information that they closely monitored. For instance, in this statement during the earnings call, Defendant Harper represented Torrid was "really comfortable with the mix of inventory between clearance and regular price online." ¶179.<br>• Defendants provided detailed responses to analysts about sales, promotions, and inventory levels. ¶¶203-06.<br>• On December 8, 2022, Defendants lowered net sales and adjusted EBITDA guidance for FY 2022 because "[u]nfortunately, given [Torrid's] inventory position" it would have to maintain high levels of promotional activities to "continue to clear through product." ¶¶186, 201, 230. |