UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:22-cv-08375-JLS-AS                          Date: September 19, 2023
Title:  Sandra Waswick v. Torrid Holdings, Inc. et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Gabby Garcia | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:   (IN CHAMBERS)  ORDER CONTINUING HEARING ON
DEFENDANTS' MOTIONS TO DISMISS (Docs. 71 & 74)**

Currently, Defendants' Motions to Dismiss (Docs. 71 & 74) are set for hearing on September 22, 2023 at 10:30 am.  Based on the Court's calendar, on the Court's own motion, the hearing on these Motions is CONTINUED to **November 3, 2023 at 10:30 am.**

Initials of Deputy Clerk: gga