# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | 2:22-cv-08375-JLS-ASx | Date | November 3, 2023 |
|---|---|---|---|
| Title | Sandra Waswick v. Torrid Holdings, Inc. et al | | |

PRESENT: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Gabriela Garcia | Myra Ponce |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANT:

| Laurie Largent | Austin Norris |
|---|---|
| Stephen Johnson | Mark Holscher |
| Shannon Hopkins | Alexander Talarides |

PROCEEDINGS:      **DEFENDANTS TORRID HOLDINGS INC., ET AL'S MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT WITH PREJUDICE [71]**

**UNDERWRITER DEFENDANTS' MOTION TO DISMISS AND JOINDER [74]**

The case is called and counsel state their appearance.   The motion hearing is held.

The Court takes the motion under submission and a written order will issue.

0 :53

Initials of Clerk: gga