UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SANDRA WASWICK, on Behalf of All Others Similarly Situated,

Plaintiff,

vs.

TORRID HOLDINGS INC., et al.,

Defendants.

Case No. 2:22-cv-08375-JLS(AS)

**ORDER GRANTING JOINT STIPULATION REGARDING RESPONSE TO FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT (Doc. 92)**

Before the Court is the Parties' Joint Stipulation Regarding Response to First Amended Consolidated Class Action Complaint ("Joint Stipulation") (Doc. 92). Having reviewed the stipulation and finding good cause, the Court GRANTS the Joint Stipulation:

1. Defendants shall file an Answer or any Motion(s) to Dismiss or Strike the FACC no later than January 26, 2024;

2. Lead Plaintiff shall file any opposition(s) thereto no later than March 1, 2024;

3. Defendants shall file any replies thereto no later than March 22, 2024.

IT IS SO ORDERED.

DATED:  December 29, 2023

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

- 1 -