# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA WASWICK, On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TORRID HOLDINGS, INC., et al.,<br><br>Defendants. | Case No. 2:22-cv-08375-JLS(ASx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT WITH PREJUDICE**<br><br>FAC Filed: May 12, 2023<br>SAC: Filed: December 22, 2023<br><br>Judge: Hon. Josephine L. Staton<br>Hearing: May 10, 2024<br>Time: 10:30 a.m.<br>Courtroom: 8A |

Defendants' Motion to Dismiss Second Amended Complaint with Prejudice came before this Court on May 10, 2024. Having considered the moving, opposition, and reply papers, oral arguments, and all other matters presented to the Court, the Court GRANTS Defendants' Motion to Dismiss Second Amended Complaint with Prejudice. The First Amended Consolidated Class Action Complaint for the Violation of Federal Securities Laws (ECF 91) is hereby dismissed without leave to amend.

**IT IS SO ORDERED.**

DATED: _____

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

1
**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS
SAC WITH PREJUDICE**