Mark Holscher (SBN 139582)
Austin Norris (SBN 284603)
KIRKLAND AND ELLIS LLP
2049 Century Park East
Los Angeles, CA 90067
Telephone:   (310) 552-4200
Facsimile:    (310) 552-5900
Email: mark.holscher@kirkland.com
Email: austin.norris@kirkland.com

Matthew Solum (*Pro Hac Vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4688
Facsimile: (212) 446-4900
Email: matthew.solum@kirkland.com

*Attorneys for the Torrid, Sycamore, and Individual Defendants*

James N. Kramer (SBN 154709)
Alexander K. Talarides (SBN 268068)
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, California 94105
Telephone:  (415) 773-5700
Facsimile:    (415) 773-5759
Email: jkramer@orrick.com
Email: atalarides@orrick.com

Darrell S. Cafasso (*Pro Hac Vice*)
Jennifer Keighley (*Pro Hac Vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, New York 10019
Telephone:  (212) 506-5000
Facsimile:    (212) 506-5151
Email: dcafasso@orrick.com
Email: jkeighley@orrick.com

*Attorneys for Underwriter Defendants*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA WASWICK, on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TORRID HOLDINGS INC., et al.,<br>Defendants. | Case No. 2:22-cv-8375-JLS(ASx)<br><br>**DECLARATION OF AUSTIN NORRIS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT WITH PREJUDICE**<br><br>FAC Filed:  May 12, 2023<br>SAC: Filed: December 22, 2023<br><br>Judge:      Hon. Josephine L. Staton<br>Hearing:   May 10, 2024<br>Time:       10:30 a.m.<br>Courtroom:  8A |

**DECLARATION OF AUSTIN NORRIS**

## DECLARATION OF AUSTIN NORRIS

I, Austin Norris, declare as follows:

1.      I am a partner at Kirkland & Ellis LLP and am one of the attorneys representing Defendants Torrid Holdings Inc., Elizabeth Muñoz, George Wehlitz, Stefan L. Kaluzny, Dary Kopelioff, Lisa Harper, Theo Killion, Sycamore Partners Management, L.P, Sycamore Partners Torrid, LLC, Sycamore Partners, L.P., Sycamore Partners Associates-C, L.P., Sycamore Partners Associates, L.P., Sycamore Partners Associates Investments, L.P., Sycamore Partners (Co-Invest), LLC., and Sycamore Partners Associates Co-Invest, L.P. in this action. I submit this declaration in support of the Defendants' Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint. I have personal knowledge of the facts stated in this declaration.

2.      A true and correct copy of Torrid's S-1 amended registration statement, publicly filed on June 30, 2021, is attached as **Exhibit 1.**

3.      A true and correct copy of Torrid's Q2 2021 Form 10-Q, publicly filed with the SEC on September 8, 2021, is attached as **Exhibit 2.**

4.      A true and correct copy of the transcript of Torrid's Q2 2021 earnings call on September 8, 2021 is attached as **Exhibit 3.**

5.      Attached as **Exhibit 4** is a true and correct copy of Torrid's stock price history between July 1, 2021 and September 30, 2021, as reported by Yahoo Finance.

6.      A true and correct copy of the Securities and Exchange Commission's Filing Detail page for Torrid's September 8, 2021 Form 10-Q, bearing a filing time stamp of 16:17:49, is attached as **Exhibit 5**.

7.      A true and correct copy of the access page for Torrid's Second Quarter Fiscal 2021 Earnings Conference Call dated September 8, 2021, bearing a time stamp of 4:30 PM ET, is attached as **Exhibit 6.**

1
**DECLARATION OF AUSTIN NORRIS**

8. A true and correct copy of an appendix reflecting the alleged misstatements in the SAC, along with their related bases for dismissal, is attached as **Exhibit 7.**

9. A true and correct copy of an appendix reflecting the Defendants' cautionary language related to the alleged misstatements in the SAC is attached as **Exhibit 8.**

10. Pursuant to Local Rule 7-3, the parties met and conferred on January 18, 2024 by phone and were not able to resolve their disputes without motion practice.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 26, 2024 at Los Angeles, California.

_/s/ Austin Norris_

Austin Norris

2
**DECLARATION OF AUSTIN NORRIS**