# EXHIBIT 4

## TORRID'S STOCK PRICE HISTORY
## (JULY 1, 2021 – SEPTEMBER 30, 2021)

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 7/1/2021 | 23.25 | 26.35 | 22.21 | 24.15 | 24.15 | 5,959,000 |
| 7/2/2021 | 24.51 | 27.66 | 24.50 | 26.58 | 26.58 | 1,145,100 |
| 7/6/2021 | 27.00 | 28.12 | 24.75 | 27.00 | 27.00 | 688,500 |
| 7/7/2021 | 27.50 | 28.98 | 26.15 | 27.00 | 27.00 | 457,800 |
| 7/8/2021 | 26.17 | 26.75 | 24.76 | 24.80 | 24.80 | 425,500 |
| 7/9/2021 | 25.15 | 25.33 | 23.95 | 24.40 | 24.40 | 433,800 |
| 7/12/2021 | 24.40 | 25.15 | 23.14 | 23.50 | 23.50 | 481,600 |
| 7/13/2021 | 23.50 | 23.81 | 22.87 | 23.50 | 23.50 | 269,700 |
| 7/14/2021 | 23.50 | 23.96 | 23.00 | 23.23 | 23.23 | 495,300 |
| 7/15/2021 | 22.99 | 22.99 | 21.63 | 22.54 | 22.54 | 808,000 |
| 7/16/2021 | 22.53 | 23.45 | 22.01 | 22.90 | 22.90 | 450,000 |
| 7/19/2021 | 22.60 | 23.26 | 22.00 | 22.71 | 22.71 | 339,800 |
| 7/20/2021 | 22.62 | 23.85 | 22.30 | 23.85 | 23.85 | 223,800 |
| 7/21/2021 | 23.69 | 24.18 | 23.21 | 23.50 | 23.50 | 268,500 |
| 7/22/2021 | 23.03 | 23.53 | 22.46 | 22.73 | 22.73 | 531,900 |
| 7/23/2021 | 22.54 | 23.25 | 22.09 | 22.48 | 22.48 | 519,400 |
| 7/26/2021 | 23.00 | 23.80 | 23.00 | 23.47 | 23.47 | 239,400 |
| 7/27/2021 | 23.28 | 23.58 | 22.72 | 23.38 | 23.38 | 144,100 |
| 7/28/2021 | 23.28 | 23.53 | 22.59 | 22.97 | 22.97 | 121,400 |
| 7/29/2021 | 23.22 | 23.59 | 22.87 | 23.11 | 23.11 | 199,300 |
| 7/30/2021 | 23.03 | 23.47 | 22.75 | 23.35 | 23.35 | 107,400 |
| 8/2/2021 | 23.14 | 25.00 | 23.05 | 24.59 | 24.59 | 478,700 |
| 8/3/2021 | 24.78 | 25.21 | 24.14 | 24.78 | 24.78 | 139,800 |
| 8/4/2021 | 24.65 | 24.95 | 24.29 | 24.58 | 24.58 | 132,900 |
| 8/5/2021 | 24.64 | 26.81 | 24.45 | 26.65 | 26.65 | 186,400 |
| 8/6/2021 | 26.50 | 28.50 | 26.50 | 27.73 | 27.73 | 293,100 |
| 8/9/2021 | 27.53 | 28.25 | 26.63 | 27.81 | 27.81 | 399,100 |
| 8/10/2021 | 28.30 | 30.01 | 28.15 | 29.72 | 29.72 | 514,800 |
| 8/11/2021 | 29.67 | 30.17 | 28.91 | 30.06 | 30.06 | 185,100 |
| 8/12/2021 | 29.88 | 30.43 | 29.51 | 30.03 | 30.03 | 126,800 |
| 8/13/2021 | 30.16 | 30.50 | 29.06 | 29.65 | 29.65 | 251,300 |
| 8/16/2021 | 29.40 | 30.69 | 29.22 | 30.64 | 30.64 | 143,000 |
| 8/17/2021 | 30.49 | 30.57 | 27.57 | 27.92 | 27.92 | 301,100 |
| 8/18/2021 | 28.00 | 29.86 | 28.00 | 29.18 | 29.18 | 232,300 |

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 8/19/2021 | 29.04 | 30.03 | 29.04 | 29.92 | 29.92 | 178,200 |
| 8/20/2021 | 29.80 | 29.91 | 28.71 | 29.65 | 29.65 | 134,700 |
| 8/23/2021 | 29.62 | 30.76 | 28.57 | 28.69 | 28.69 | 270,100 |
| 8/24/2021 | 28.72 | 33.19 | 28.72 | 31.16 | 31.16 | 717,100 |
| 8/25/2021 | 31.43 | 31.43 | 27.13 | 28.00 | 28.00 | 361,900 |
| 8/26/2021 | 28.01 | 28.01 | 26.07 | 26.41 | 26.41 | 248,400 |
| 8/27/2021 | 26.29 | 26.96 | 24.14 | 24.45 | 24.45 | 473,100 |
| 8/30/2021 | 24.99 | 24.99 | 23.11 | 23.84 | 23.84 | 285,400 |
| 8/31/2021 | 23.80 | 23.95 | 22.69 | 23.11 | 23.11 | 335,600 |
| 9/1/2021 | 23.21 | 23.55 | 22.86 | 22.96 | 22.96 | 281,900 |
| 9/2/2021 | 22.96 | 23.07 | 21.73 | 22.07 | 22.07 | 719,300 |
| 9/3/2021 | 22.10 | 23.03 | 20.70 | 21.00 | 21.00 | 1,188,600 |
| 9/7/2021 | 21.12 | 21.15 | 19.96 | 20.20 | 20.20 | 600,800 |
| 9/8/2021 | 20.21 | 20.21 | 18.26 | 18.46 | 18.46 | 1,094,200 |
| 9/9/2021 | 21.93 | 25.02 | 21.00 | 24.44 | 24.44 | 6,531,600 |
| 9/10/2021 | 24.48 | 24.82 | 23.02 | 23.17 | 23.17 | 1,095,400 |
| 9/13/2021 | 23.17 | 23.17 | 19.93 | 19.96 | 19.96 | 1,356,000 |
| 9/14/2021 | 19.93 | 20.67 | 19.03 | 20.34 | 20.34 | 1,234,900 |
| 9/15/2021 | 20.17 | 20.34 | 18.82 | 19.45 | 19.45 | 473,100 |
| 9/16/2021 | 19.15 | 19.43 | 18.30 | 18.68 | 18.68 | 629,500 |
| 9/17/2021 | 18.94 | 19.29 | 17.24 | 17.34 | 17.34 | 2,649,900 |
| 9/20/2021 | 16.90 | 18.55 | 16.63 | 18.55 | 18.55 | 964,300 |
| 9/21/2021 | 18.50 | 18.99 | 17.30 | 18.01 | 18.01 | 1,056,500 |
| 9/22/2021 | 18.05 | 18.56 | 18.00 | 18.40 | 18.40 | 763,500 |
| 9/23/2021 | 18.30 | 19.00 | 18.03 | 18.17 | 18.17 | 426,400 |
| 9/24/2021 | 18.00 | 18.04 | 16.90 | 17.00 | 17.00 | 461,300 |
| 9/27/2021 | 17.00 | 17.60 | 16.56 | 17.04 | 17.04 | 465,000 |
| 9/28/2021 | 17.03 | 17.53 | 16.75 | 17.29 | 17.29 | 326,600 |
| 9/29/2021 | 17.53 | 17.79 | 17.00 | 17.50 | 17.50 | 422,000 |
| 9/30/2021 | 16.84 | 17.40 | 15.23 | 15.43 | 15.43 | 936,000 |