# EXHIBIT 5



## U.S. Securities and Exchange Commission

### Filing Detail

Search the Next-Generation EDGAR System

SEC Home  »  Search the Next-Generation EDGAR System  »  Company Search  »  *Current Page*

| Form 10-Q - *Quarterly report [Sections 13 or 15(d)]:* | SEC Accession No. 0001628280-21-018230 |
|---|---|

**Filing Date**
2021-09-08

**Period of Report**
2021-07-31

**Accepted**
2021-09-08 16:17:49

**Documents**
90

Interactive Data

#### Document Format Files

| Seq | Description | Document | Type | Size |
|---|---|---|---|---|
| 1 | 10-Q | thi-20210731.htm   iXBRL | 10-Q | 1657436 |
| 2 | EX-31.1 | exhibit311certificationoft.htm | EX-31.1 | 10172 |
| 3 | EX-31.2 | exhibit312certificationoft.htm | EX-31.2 | 9675 |
| 4 | EX-32.1 | exhibit321certificationoft.htm | EX-32.1 | 4080 |
| 5 | EX-32.2 | exhibit322certificationoft.htm | EX-32.2 | 4078 |
|  | Complete submission text file | 0001628280-21-018230.txt |  | 7843748 |

#### Data Files

| Seq | Description | Document | Type | Size |
|---|---|---|---|---|
| 6 | XBRL TAXONOMY EXTENSION SCHEMA DOCUMENT | thi-20210731.xsd | EX-101.SCH | 62602 |
| 7 | XBRL TAXONOMY EXTENSION CALCULATION LINKBASE DOCUMENT | thi-20210731_cal.xml | EX-101.CAL | 74678 |
| 8 | XBRL TAXONOMY EXTENSION DEFINITION LINKBASE DOCUMENT | thi-20210731_def.xml | EX-101.DEF | 301126 |
| 9 | XBRL TAXONOMY EXTENSION LABEL LINKBASE DOCUMENT | thi-20210731_lab.xml | EX-101.LAB | 680905 |
| 10 | XBRL TAXONOMY EXTENSION PRESENTATION LINKBASE DOCUMENT | thi-20210731_pre.xml | EX-101.PRE | 498055 |
| 11 | **EXTRACTED** XBRL INSTANCE DOCUMENT | thi-20210731_htm.xml | XML | 1152522 |

**Torrid Holdings Inc. (Filer)** CIK: **0001792781 (see all company filings)**

IRS No.: **000000000** | State of Incorp.: **DE** | Fiscal Year End: **0131**
Type: **10-Q** | Act: **34** | File No.: **001-40571** | Film No.: **211242321**
SIC: **5600** Retail-Apparel & Accessory Stores
Office of Trade & Services

**Business Address**
*18501 E. SAN JOSE AVENUE*
*CITY OF INDUSTRY CA 91748*
626-667-1002

**Mailing Address**
*18501 E. SAN JOSE AVENUE*
*CITY OF INDUSTRY CA 91748*