# **EXHIBIT 6**

NYSE: CURV    $5.12    +0.06 (1.19%)    Vol: 49,418    Pricing delayed by 20 minutes. Last Updated 01/25/2024 1:02 PM

# TORRID
## SIZES 10 TO 30

Overview    News    Events & Presentations ⌄    Stock Info ⌄    Financials ⌄    Governance ⌄

Sustainability Report    Resources ⌄

🔍

**EVENT DETAILS**

## Torrid Second Quarter Fiscal 2021 Earnings Conference Call

September 8, 2021 04:30 PM ET

🎤  Webcast



# TORRID
## SIZES 10 TO 30

**Quick Links**

SEC Filings                                          Investor FAQs

Skip to main content

NYSE: CURV     $5.12     +0.06 ( 1.19% )     Vol: 49,418     Pricing delayed by 20 minutes. Last Updated 01/25/2024 1:02 PM

# TORRID
SIZES 10 TO 30

Overview     News

Sustainability Report

Enter your Email Add          Submit

Investor Alert Options *

○  News                    ○  Events & Presentations
○  Quarterly Reports       ○  Annual Reports
○  SEC Filings             ○  End of Day Stock Quote

Privacy Policy  |  Cookies Policy  |  Terms of Use          © Torrid Holdings, Inc – All rights reserved          Powered By Q4 Inc. 5.114.3.7