# EXHIBIT 7

## APPENDIX A –ALLEGED MISSTATEMENTS IN REGISTRATION STATEMENT[1]

| No. | Alleged Misstatement (SAC ¶) | Bases for Dismissal |
|---|---|---|
| 1 | "We employ a data-driven approach to design, merchandising and inventory planning and allocation to deliver high quality products that combine the fit, style and attitude our customer wants. . . . We leverage our robust customer data to inform purchasing decisions and **have the flexibility to respond quickly to the latest sales trends** and incorporate customer feedback to deliver the products our customer wants." (Ex. 1 at 85; SAC ¶ 64) | • Not False or Misleading<br><br>• Nonactionable (Puffery; Corporate Optimism)<br><br>• Immaterial |
| 2 | "**Data-Driven, Low Risk Merchandising Model**. We employ a data-driven approach to design, merchandising and inventory planning and allocation to deliver high quality products that combine the fit, style and attitude that our customer wants. . . . Through our vertical sourcing model, **we have the flexibility to respond quickly to the latest sales trends and make adjustments to our current offering** based on customer feedback to deliver product our customer wants." (Ex. 1 at 10, 92; SAC ¶ 64) | • Not False or Misleading<br><br>• Nonactionable (Puffery; Corporate Optimism)<br><br>• Immaterial |

---

[1] The bolded language in this Appendix indicates the language that Plaintiffs claim is false or misleading.

| No. | Alleged Misstatement (SAC ¶) | Bases for Dismissal |
|---|---|---|
| 3 | "**Merchandising Planning**. We regularly use the depth and breadth of our data to assess sales, market trends and new product development to inform purchasing decisions. As a result, *we have the flexibility to react quickly to product performance, make-in-season inventory purchasing adjustments where possible and to respond to the latest sales trends by ordering or re-ordering as appropriate*." (Ex. 1 at 96; SAC ¶ 64) | • Not False or Misleading<br><br>• Nonactionable (Puffery; Corporate Optimism)<br><br>• Immaterial |
| 4 | "**Response to the COVID-19 Pandemic**. . . . . In response to the COVID-19 pandemic, Torrid proactively implemented various initiatives with a focus on ensuring the health and safety of employees and customers, minimizing the financial impact of COVID-19 and continuing to build the foundation for future growth and profitability. The initiatives implemented include, but are not limited to: . . . targeted investments and changes to our process *to improve the speed and flexibility of our supply chain including shortening our development cycle by two weeks*." (Ex. 1 at 3, 85–86; SAC ¶ 65) | • Not False or Misleading<br><br>• Nonactionable (Puffery; Corporate Optimism)<br><br>• Immaterial |

| No. | Alleged Misstatement (SAC ¶) | Bases for Dismissal |
|---|---|---|
| 5 | "*Enhance Supply Chain Flexibility.* We have developed internal processes that we refer to as our 'speed model,' including pre-positioning fabrics with our third-party factory partners to *accelerate product replenishment cycles, improve inventory turnover and drive higher margins sales*." (Ex. 1 at 12, 94; SAC ¶ 66) | • Not False or Misleading<br>• Nonactionable (Puffery; Corporate Optimism)<br>• Immaterial |
| 6 | "Torrid *may* be negatively impacted by "*inventory shortages*" "*if our manufacturers fail to supply quality products in a timely manner*." (Ex. 1 at 23; SAC ¶ 70) | • Not False or Misleading<br>• Nonactionable (Inherent, Fluctuating Risk)<br>• Immaterial |
| 7 | "We do not own or operate any manufacturing facilities. As a result, we are dependent upon our timely receipt of quality merchandise from third-party manufacturers. *If our manufacturers do not ship orders to us in a timely manner or meet our quality standards, it could cause delays in responding to consumer demands or inventory shortages and negatively affect consumer confidence in the quality and value of our brand or negatively impact our competitive position*. Any of these factors could have a material adverse effect on our financial condition or results of operations." (Ex. 1 at 29; SAC ¶ 71) | • Not False or Misleading<br>• Nonactionable (Inherent, Fluctuating Risk)<br>• Immaterial |

3

| No. | Alleged Misstatement (SAC ¶) | Bases for Dismissal |
|---|---|---|
| 8 | "The COVID-19 outbreak **has the potential** to cause a disruption in our supply chain and **may** adversely impact economic conditions in North America, Europe, China and elsewhere. These and other disruptions, as well as poor economic conditions generally, may lead to a decline in the sales and operating results of our omni-channel sales. In addition, the continuation of the global outbreak of coronavirus may adversely affect the economies and financial markets of many countries and could result in a sustained reduction in the demand for our products. A decline in the sales and operating results of our products could in turn materially and adversely affect our ability to pursue our growth strategy. Each of these results would reduce our future sales and profit margins, which in turn could materially and adversely affect our business and results of operations." (Ex. 1 at 21; SAC ¶ 72) | • Not False or Misleading<br><br>• Nonactionable (Inherent, Fluctuating Risk)<br><br>• Immaterial |

4