# EXHIBIT 8

## APPENDIX B – RELEVANT CAUTIONARY LANGUAGE IN REGISTRATION STATEMENT[1]

| Section | Cautionary Language |
|---|---|
| **Response to the COVID-19 Pandemic (p. 3)** | "The global crisis resulting from *the spread of COVID-19 has disrupted and continues to significantly disrupt, local, regional and global economics and businesses in the United States and internationally*." (p. 3) |
| **Summary of Risk Factors (p. 13)** | "[O]ur operations and financial performance *have been affected by, and may continue to be affected by, the COVID-19 pandemic*…." (p. 13)<br><br>"[O]ur business is sensitive to consumer spending and general economic conditions, and an economic slowdown could adversely affect our financial performance…." (p. 13)<br><br>"[O]ur business is dependent upon our ability to identify and respond to changes in customer preferences and other related factors…." (p. 13)<br><br>"[I]f we are unable to successfully adapt to consumer shopping preferences and develop and maintain a relevant and reliable omni-channel experience for our customers, our financial performance and brand image could be adversely affected…." (p. 13)<br><br>"[R]isks related to our dependence on third parties for manufacturing and other services…." (p. 13)<br><br>"[T]he potential of the interruption of the flow of merchandise from international manufacturers *to disrupt our supply chain*…." (p. 13) |

---

[1] The bolded language in this Appendix indicates language directly rebutting Plaintiffs' claims.

1

| Section | Cautionary Language |
|---|---|
| | "[W]e could ***fail to effectively utilize information systems*** and implement new technologies…." (p. 13) |
| **Risk Factors (pp. 21–46)** | "Our operations and financial performance ***has been affected by, and may continue to be affected by, the COVID-19 pandemic***." (p. 21)<br><br>"The COVID-19 outbreak has the ***potential to cause a disruption in our supply chain and may adversely impact economic conditions*** in North America, Europe, China and elsewhere. These and other disruptions, as well as poor economic conditions generally, may lead to a decline in the sales and operating results of our omni-channel sales. In addition, the continuation of the [pandemic] may adversely affect the economies and financial markets of many countries and could result in a sustained reduction in the demand for our products. A decline in the sales and operating results of our products could in turn materially and adversely affect our ability to pursues our growth strategy. Each of these results would reduce our future sales and profit margins, which in turn could materially and adversely affect our business and results of operations." (p. 21)<br><br>"The extent to which the COVID-19 pandemic impacts us will depend on future developments, including ***the duration, spread and severity of the pandemic, the extent of additional outbreaks***, the effectiveness or duration of measures, including vaccination efforts, intended to contain or mitigate the spread of COVID-19 or prevent future outbreaks, and the effect of these developments on overall demand in the retail sector, ***all of which are highly uncertain and difficult to accurately predict***." (pp. 21–22)<br><br>"To the extent the COVID-19 pandemic adversely affects our business, financial condition, results of operations, cash flows and prospects, it may also have the effect of heightening |

2

| Section | Cautionary Language |
|---|---|
| | many of the other risks described in this 'Risk Factors' section…." (p. 22)<br><br>"Our business is dependent upon our ability to identify and respond to changes in customer preferences and other related factors. Our inability to identify or respond to these new trends may lead to inventory markdowns and write-offs, which could adversely affect our business and our brand image. . . . ***Our failure to identify and react appropriately to new and changing product trends or tastes, to accurately forecast demand for certain product offerings or an overall decrease in the demand for plus-size products could lead to, among other things, excess or insufficient amounts of inventory, markdowns and write-offs, which could materially adversely affect our business and our brand image***." (p. 22)<br><br>"While we believe we have a flexible supply chain, ***we often enter into agreements for the manufacture and purchase of merchandise well ahead of the season in which that merchandise will be sold***. Therefore, we are vulnerable to changes in consumer preference and demand between the time we design and order our merchandise and the season in which the merchandise will be sold. Therefore, ***we are vulnerable to changes in consumer preference and demand*** between the time we design and order our merchandise and the season in which this merchandise will be sold. (pp. 22–23)<br><br>"***Inventory levels for certain merchandise styles may exceed planned levels, leading to higher markdowns*** to sell through excess inventory and, therefore, lower than planned margins. Conversely, if we underestimate consumer demand for our merchandise, or if our manufacturers fails to supply quality products in a timely manner, ***we may experience inventory shortages***, which may negatively impact customer relationships, diminish brand loyalty and result in lost sales." (pp. 23)<br><br>"We do not own or operate any manufacturing facilities and therefore depend upon third |

3

| Section | Cautionary Language |
|---|---|
| | parties for the manufacture of all of our merchandise. The ***inability of a manufacturer to ship goods on time and to our specifications***, or to operate in compliance with our guidelines or any other applicable laws, ***could negatively impact our business***." (p. 29)<br>"The ***interruption of the flow of merchandise from international manufacturers could disrupt our supply chain***…." (p. 30) |
| **Forward-Looking Statements (pp. 47–48)** | "All forward-looking statements are subject to risks and uncertainties that may cause actual results to differ materially from those that we expected, including… successfully manage risks relating to the spread of COVID-19, including any adverse impacts on our supply chain, workforce, facilities, customer services and operations," [and] "interruptions of the flow of our merchandise from international manufacturers causing disruptions in our supply chain," "our sourcing a significant amount of our products from China," [and] "shortages of inventory, delayed shipments to our e-Commerce customers and harm to our reputation due to difficulties or shut-down of our distribution facilities (including as a result of COVID-19)." (p. 47) |
| **Impact of COVID-19 (p. 62)** | "***The COVID-19 pandemic has caused general business disruption worldwide.*** The full extent to which the COVID-19 pandemic will directly or indirectly impact our business, results of operations, cash flows, and financial condition will depend on future developments that are uncertain. As a result of the COVID-19 pandemic, we temporarily closed our headquarters, distribution center and retail stores, required our employees and contractors to work remotely, and implemented travel restrictions. ***The operations of our suppliers and manufacturers and behaviors of customers have likewise been altered.*** While the duration and extent of the COVID-19 pandemic depends on future developments that cannot be accurately predicted at this time, such as the extent and effectiveness of containment actions, it has already had an adverse effect on the global economy and the ultimate societal and economic impact of the COVID-19 pandemic remains unknown." (p. 62) |

| Section | Cautionary Language |
|---|---|
| **Notes to Consolidated Financial Statements (p. F-14 – F-76)** | "*Our business operations, including net sales, were substantially affected by COVID-19* and there is continued uncertainty regarding the manner and timing in which we can return some or all of our business to more normal business operations." (p. F-15)<br><br>"*Our business operations, including net sales*, *were substantially affected by COVID-19 in the prior year* and the extent of future impacts of COVID-19 on our business, including the duration and impact on overall customer demand, is uncertain as current circumstances are dynamic and depend on future developments, including, but not limited to, the duration and spread of COVID-19, *the emergence of new variants of the coronavirus* and the availability and acceptance or effective vaccines or medical treatments." (p. F-58) |