Mark Holscher (SBN 139582)
Austin Norris (SBN 284603)
KIRKLAND & ELLIS LLP
2049 Century Park East
Los Angeles, CA 90067
Telephone:   (310) 552-4200
Facsimile:    (310) 552-5900
Email: mark.holscher@kirkland.com
Email: austin.norris@kirkland.com

Matthew Solum (*Pro Hac Vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4688
Facsimile: (212) 446-4900
Email: matthew.solum@kirkland.com

*Attorneys for the Torrid, Sycamore, and Individual Defendants*

James N. Kramer (SBN 154709)
Alexander K. Talarides (SBN 268068)
ORRICK, HERRINGTON &
SUTCLIFFE LLP
405 Howard Street
San Francisco, California 94105
Telephone:   (415) 773-5700
Facsimile:    (415) 773-5759
Email: jkramer@orrick.com
Email: atalarides@orrick.com

Darrell S. Cafasso (*Pro Hac Vice*)
Jennifer Keighley (*Pro Hac Vice*)
ORRICK, HERRINGTON &
SUTCLIFFE LLP
51 West 52nd Street
New York, New York 10019
Telephone:   (212) 506-5000
Facsimile:    (212) 506-5151
Email: dcafasso@orrick.com
Email: jkeighley@orrick.com

*Attorneys for Underwriter Defendants*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| SANDRA WASWICK, On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> TORRID HOLDINGS, INC., et al., <br><br> Defendants. | Case No. 2:22-cv-08375-JLS(ASx) <br><br> **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT WITH PREJUDICE** <br><br> FAC Filed:     May 12, 2023 <br> SAC: Filed:    December 22, 2023 <br><br> Judge:      Hon. Josephine L. Staton <br> Hearing:    May 10, 2024 <br> Time:       10:30 a.m. <br> Courtroom:  8A |

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**

## I.    INTRODUCTION

Pursuant to Federal Rule of Evidence 201 and the incorporation by reference doctrine, Defendants request that the Court consider and take judicial notice of the following documents submitted in support of their Motion to Dismiss the Second Amended Complaint with Prejudice. ECF 91 ("SAC").

Many of these documents are incorporated by reference into the SAC, and they are all the proper subject of judicial notice pursuant to Federal Rule of Evidence 201. The Court took judicial notice of three of these exhibits (Exhibits 1 to 3) in its December 1, 2023 Motion to Dismiss Order, and should do so again here. *See* ECF 90 ("MTD Order") at 5. Exhibit 4 is a chart of Torrid's historical stock prices and, as discussed below, courts commonly take judicial notice of such information in securities cases. The remaining exhibits are matters of public record and contain facts "not subject to reasonable dispute" as they are "readily determined from sources whose accuracy cannot reasonably be questioned." *See* F.R.E. 201(b)(2).

Where applicable, for the Court's convenience, Defendants identify next to the Exhibit the paragraphs of the SAC that reference or quote from the materials. True and correct copies of the documents described herein are attached as Exhibits 1–6 to the concurrently filed Declaration of Austin Norris in Support of Defendants' Motion to Dismiss the SAC ("Norris Declaration") and consist of the following:

1.    Torrid's S-1 amended registration statement, publicly filed on June 30, 2021 (**Exhibit 1**). *E.g.*, SAC ¶¶ 37, 39, 50.

2.    Torrid's Q2 2021 Form 10-Q, publicly filed with the SEC on September 8, 2021 (**Exhibit 2**). *E.g.*, SAC ¶ 88.

3.    A transcript of Torrid's Q2 2021 earnings call on September 8, 2021 (**Exhibit 3**). *E.g.*, SAC ¶¶ 52, 88.

4.    Torrid's stock price history between July 1, 2021 and September 30, 2021, as reported by Yahoo Finance (**Exhibit 4**).

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**

5.      The Securities and Exchange Commission's Filing Detail page for Torrid's September 8, 2021 Form 10-Q, bearing a filing time stamp of 4:17 PM ET (**Exhibit 5**).

6.      The access page for Torrid's Second Quarter Fiscal 2021 Earnings Conference Call dated September 8, 2021, bearing a time stamp of 4:30 PM ET (**Exhibit 6**).

## II.   LEGAL STANDARD

When considering a motion to dismiss a claim under the federal securities laws, courts "must consider . . . documents incorporated into the complaint by reference, and matters of which a court may take judicial notice." *Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 322 (2007). Such documents include (1) matters subject to judicial notice under Federal Rule of Evidence 201; (2) documents attached to the complaint, (3) documents incorporated by reference into the complaint, even if not quoted, and (4) documents that are integral to the plaintiff's claims and whose authenticity is not in dispute. *United States v. Ritchie*, 342 F.3d 903, 907-09 (9th Cir. 2003).

## III.   ARGUMENT

The above documents are judicially noticeable because they are incorporated by reference into the complaint and/or are matters of public record.

First, under the incorporation by reference doctrine, where "the plaintiff refers extensively to [a] document or the document forms the basis of the plaintiff's claim," the Court may examine the same. *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 1002 (9th Cir. 2018). In so doing, it treats the incorporated documents "as though they are part of the complaint itself." *Id*. The doctrine serves to "prevent[] plaintiffs from selecting only portions of documents that support their claims, while omitting portions of those very documents that weaken—or doom—their claims." *Id*. Exhibits 1–3 and 5 are publicly filed SEC documents and/or otherwise public statements that are excerpted, referenced, and quoted in the SAC. *See, e.g.*, ¶¶ 37, 39, 50, 52, 88. The Court previously judicially noticed Exhibits 1–3 in its MTD Order. *See* MTD Order at 5 (granting

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**

Torrid's Request for Judicial Notice of these documents, formerly Exs. 3, 5, and 7 (ECF 72)).[1] Similarly, Exhibit 6 is the access page for the September 8, 2021 "conference [call] with investors," which call is referenced and quoted in the SAC. SAC ¶¶52–53, 88.

Second, all of the above documents are judicially noticeable because they are matters of public record. *See Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006) ("We may take judicial notice of court filings and other matters of public record."). Federal courts regularly take judicial notice of press releases, news articles, SEC filings, and other matters of public record in securities complaints. *See, e.g., id.*; *see also Wietschner v. Monterey Pasta Co.*, 294 F. Supp. 2d 1102, 1108–9 (N.D. Cal. 2003) (judicially noticing SEC filings and press releases); *Metzler Inv. GMBH v. Corinthian Colleges, Inc.*, 540 F.3d 1049, 1064 n.7 (9th Cir. 2008) (SEC filings are subject to judicial notice that the statements in them were made); *Dreiling v. American Exp.Co.*, 458 F.3d 942, 946 n.2 (9th Cir. 2006) (in evaluating a motion to dismiss under Rule 12(b)(6), a court may "consider documents referred to in the complaint or any matter subject to judicial notice, such as SEC filings."); *In re Twitter, Inc. Sec. Litig.*, 506 F. Supp. 3d 867, 874 n.1 (N.D. Cal. 2020) (taking judicial notice of public webpages in securities case because they were "documents reflecting publicly available information about the company"). Exhibits 1–3 and 5–6 are publicly available filings, webpages, and transcripts, three of which the Court already recognized are judicially noticeable. MTD Order at 5.

---

[1]    Further, in this securities case, Exhibits 1–3 "constitute the subject matter of the claim: [Torrid's] public statements." *Wochos v. Tesla, Inc.*, 2018 WL 4076437, at *2 (N.D. Cal. Aug. 27, 2018). Therefore, "the Court may consider these documents when evaluating motions to dismiss to determine what representations [Torrid] made to the market." *Crews v. Rivian Auto, Inc.*, 2023 WL 3050081, at *8 (C.D. Cal. Feb. 16, 2023); *Wyatt v. Mattel, Inc.*, 2020 WL 364324, at *3 (C.D. Cal. Jan. 21, 2020) ("incorporat[ing] by reference" earnings call transcripts and SEC filings referred to in the complaint).

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**

Moreover, "a court may take judicial notice of a company's published stock prices." *In re Homestore.com, Inc. Sec. Litig.*, 347 F. Supp. 2d 814, 816 (C.D. Cal. 2004) (citations omitted); *see also Metzler Inv. GMBH v. Corinthian Colleges, Inc.*, 540 F.3d 1049, 1064 n.7 (9th Cir. 2008) (stating that the district court properly took judicial notice of stock price history and other publicly available financial documents); *Lloyd v. CVB Fin. Corp.*, 2012 WL 12883522, at * 13 (C.D. Cal. Jan. 12, 2012) (taking judicial notice of a company's historical stock prices and citing cases). Exhibit 4 is therefore judicially noticeable because it is a "tabular representation of" Torrid's stock prices between July 1, 2021 and September 30, 2021, as reported by Yahoo Finance, a source "whose accuracy cannot be reasonably questioned." *Plevy v. Haggerty*, 38 F. Supp. 2d 816, 821 (C.D. Cal. 1998); *see also Garcia v. J2 Global, Inc.*, 2021 WL 1558331, at *9 (C.D. Cal. Mar. 5, 2021) (taking judicial notice of Yahoo Finance stock chart).

## IV.   CONCLUSION

For the reasons set forth above, Defendants respectfully request that the Court take judicial notice of Exhibits 1–6 to the concurrently filed Norris Declaration.

4

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**

DATED: January 26, 2024                    Respectfully submitted,

                                           KIRKLAND & ELLIS LLP


                                           By: /s/ Austin Norris

                                           Mark Holscher (SBN 139582)
                                           Austin Norris (SBN 284603)
                                           KIRKLAND AND ELLIS LLP
                                           2049 Century Park East
                                           Los Angeles, CA 90067
                                           Telephone:  (310) 552-4200
                                           Facsimile:   (310) 552-5900
                                           Email: mark.holscher@kirkland.com
                                           Email: austin.norris@kirkland.com

                                           Matthew Solum (*Pro Hac Vice*)
                                           KIRKLAND & ELLIS LLP
                                           601 Lexington Avenue
                                           New York, New York 10022-4611
                                           Telephone: (212) 446-4688
                                           Facsimile: (212) 446-4900
                                           Email: matthew.solum@kirkland.com


                                           *Attorneys for the Torrid, Sycamore, and Individual Defendants*


DATED: January 26, 2024                    Respectfully submitted,

                                           ORRICK, HERRINGTON & SUTCLIFFE LLP


                                           By: /s/ Alexander K. Talarides
                                           James N. Kramer (SBN 154709)
                                           Alexander K. Talarides (SBN 268068)
                                           ORRICK, HERRINGTON & SUTCLIFFE LLP
                                           405 Howard Street
                                           San Francisco, California 94105
                                           Telephone:  (415) 773-5700
                                           Facsimile:   (415) 773-5759
                                           Email: jkramer@orrick.com
                                           Email: atalarides@orrick.com

5

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**

Darrell S. Cafasso (*Pro Hac Vice*)
Jennifer Keighley (*Pro Hac Vice*)
ORRICK, HERRINGTON &
SUTCLIFFE LLP
51 West 52nd Street
New York, New York 10019
Telephone:   (212) 506-5000
Facsimile:    (212) 506-5151
Email: dcafasso@orrick.com
Email: jkeighley@orrick.com

*Attorneys for the Underwriter Defendants*

6
**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**

## <u>ATTESTATION OF COMPLIANCE</u>

Pursuant to L.R. 5-4.3.4, the filer, Austin Norris, attests that all other signatories listed, and on whose behalf the filing is being submitted, concur in the filing's content and have authorized the filing.

DATED:  January 26, 2024                    By: */s/ Austin Norris*
                                            Austin Norris

                                            *Attorney for the Torrid, Sycamore, and Individual Defendants*

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**