ROBBINS GELLER RUDMAN
   & DOWD LLP
LAURIE L. LARGENT (153493)
STEPHEN JOHNSON (347822)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
llargent@rgrdlaw.com
sjohnson@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA WASWICK, on Behalf of All Others Similarly Situated,<br><br>                         Plaintiff,<br><br>    vs.<br><br>TORRID HOLDINGS INC., et al.,<br><br>                         Defendants. | Case No. 2:22-cv-08375-JLS(ASx)<br><br>DECLARATION OF LAURIE L. LARGENT IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS<br><br>DATE:    May 10, 2024<br>TIME:    10:30 a.m.<br>CTRM:   8A<br>JUDGE:  Hon. Josephine L. Stanton |

4880-8420-2409.v1

I, LAURIE L. LARGENT, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and this Court. I am a member of Robbins Geller Rudman & Dowd LLP, lead counsel for Lead Plaintiff City of Warren Police and Fire Retirement System. I make this declaration in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit A:   True and correct excerpts from Torrid's Form 10-Q for Q3 2021, filed with the SEC on December 8, 2021.

Exhibit B:   A true and correct history of Torrid's stock price between July 1, 2021 and June 7, 2022.

Exhibit C:   A true and correct copy of Jefferies Equity Research Report dated September 9, 2021.

Exhibit D:   Reporter's Transcript of Proceedings, Motions Hearing, November 3, 2023.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of March, 2024.

s/ LAURIE L. LARGENT
LAURIE L. LARGENT

- 1 -

4880-8420-2409.v1