# EXHIBIT B

**TORRID'S STOCK PRICE**
**(JULY 1, 2021 – JUNE 7, 2022)**

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 7/1/2021 | 23.25 | 26.35 | 22.21 | 24.15 | 24.15 | 5,959,000 |
| 7/2/2021 | 24.51 | 27.66 | 24.50 | 26.58 | 26.58 | 1,145,100 |
| 7/6/2021 | 27.00 | 28.12 | 24.75 | 27.00 | 27.00 | 688,500 |
| 7/7/2021 | 27.50 | 28.98 | 26.15 | 27.00 | 27.00 | 457,800 |
| 7/8/2021 | 26.17 | 26.75 | 24.76 | 24.80 | 24.80 | 425,500 |
| 7/9/2021 | 25.15 | 25.33 | 23.95 | 24.40 | 24.40 | 433,800 |
| 7/12/2021 | 24.40 | 25.15 | 23.14 | 23.50 | 23.50 | 481,600 |
| 7/13/2021 | 23.50 | 23.81 | 22.87 | 23.50 | 23.50 | 269,700 |
| 7/14/2021 | 23.50 | 23.96 | 23.00 | 23.23 | 23.23 | 495,300 |
| 7/15/2021 | 22.99 | 22.99 | 21.63 | 22.54 | 22.54 | 808,000 |
| 7/16/2021 | 22.53 | 23.45 | 22.01 | 22.90 | 22.90 | 450,000 |
| 7/19/2021 | 22.60 | 23.26 | 22.00 | 22.71 | 22.71 | 339,800 |
| 7/20/2021 | 22.62 | 23.85 | 22.30 | 23.85 | 23.85 | 223,800 |
| 7/21/2021 | 23.69 | 24.18 | 23.21 | 23.50 | 23.50 | 268,500 |
| 7/22/2021 | 23.03 | 23.53 | 22.46 | 22.73 | 22.73 | 531,900 |
| 7/23/2021 | 22.54 | 23.25 | 22.09 | 22.48 | 22.48 | 519,400 |
| 7/26/2021 | 23.00 | 23.80 | 23.00 | 23.47 | 23.47 | 239,400 |
| 7/27/2021 | 23.28 | 23.58 | 22.72 | 23.38 | 23.38 | 144,100 |
| 7/28/2021 | 23.28 | 23.53 | 22.59 | 22.97 | 22.97 | 121,400 |
| 7/29/2021 | 23.22 | 23.59 | 22.87 | 23.11 | 23.11 | 199,300 |
| 7/30/2021 | 23.03 | 23.47 | 22.75 | 23.35 | 23.35 | 107,400 |
| 8/2/2021 | 23.14 | 25.00 | 23.05 | 24.59 | 24.59 | 478,700 |
| 8/3/2021 | 24.78 | 25.21 | 24.14 | 24.78 | 24.78 | 139,800 |
| 8/4/2021 | 24.65 | 24.95 | 24.29 | 24.58 | 24.58 | 132,900 |
| 8/5/2021 | 24.64 | 26.81 | 24.45 | 26.65 | 26.65 | 186,400 |
| 8/6/2021 | 26.50 | 28.50 | 26.50 | 27.73 | 27.73 | 293,100 |
| 8/9/2021 | 27.53 | 28.25 | 26.63 | 27.81 | 27.81 | 399,100 |
| 8/10/2021 | 28.30 | 30.01 | 28.15 | 29.72 | 29.72 | 514,800 |
| 8/11/2021 | 29.67 | 30.17 | 28.91 | 30.06 | 30.06 | 185,100 |
| 8/12/2021 | 29.88 | 30.43 | 29.51 | 30.03 | 30.03 | 126,800 |
| 8/13/2021 | 30.16 | 30.50 | 29.06 | 29.65 | 29.65 | 251,300 |
| 8/16/2021 | 29.40 | 30.69 | 29.22 | 30.64 | 30.64 | 143,000 |
| 8/17/2021 | 30.49 | 30.57 | 27.57 | 27.92 | 27.92 | 301,100 |
| 8/18/2021 | 28.00 | 29.86 | 28.00 | 29.18 | 29.18 | 232,300 |
| 8/19/2021 | 29.04 | 30.03 | 29.04 | 29.92 | 29.92 | 178,200 |
| 8/20/2021 | 29.80 | 29.91 | 28.71 | 29.65 | 29.65 | 134,700 |
| 8/23/2021 | 29.62 | 30.76 | 28.57 | 28.69 | 28.69 | 270,100 |
| 8/24/2021 | 28.72 | 33.19 | 28.72 | 31.16 | 31.16 | 717,100 |

| | | | | | |
|---|---|---|---|---|---|
| 8/25/2021 | 31.43 | 31.43 | 27.13 | 28.00 | 28.00 | 361,900 |
| 8/26/2021 | 28.01 | 28.01 | 26.07 | 26.41 | 26.41 | 248,400 |
| 8/27/2021 | 26.29 | 26.96 | 24.14 | 24.45 | 24.45 | 473,100 |
| 8/30/2021 | 24.99 | 24.99 | 23.11 | 23.84 | 23.84 | 285,400 |
| 8/31/2021 | 23.80 | 23.95 | 22.69 | 23.11 | 23.11 | 335,600 |
| 9/1/2021 | 23.21 | 23.55 | 22.86 | 22.96 | 22.96 | 281,900 |
| 9/2/2021 | 22.96 | 23.07 | 21.73 | 22.07 | 22.07 | 719,300 |
| 9/3/2021 | 22.10 | 23.03 | 20.70 | 21.00 | 21.00 | 1,188,600 |
| 9/7/2021 | 21.12 | 21.15 | 19.96 | 20.20 | 20.20 | 600,800 |
| 9/8/2021 | 20.21 | 20.21 | 18.26 | 18.46 | 18.46 | 1,094,200 |
| 9/9/2021 | 21.93 | 25.02 | 21.00 | 24.44 | 24.44 | 6,531,600 |
| 9/10/2021 | 24.48 | 24.82 | 23.02 | 23.17 | 23.17 | 1,095,400 |
| 9/13/2021 | 23.17 | 23.17 | 19.93 | 19.96 | 19.96 | 1,356,000 |
| 9/14/2021 | 19.93 | 20.67 | 19.03 | 20.34 | 20.34 | 1,234,900 |
| 9/15/2021 | 20.17 | 20.34 | 18.82 | 19.45 | 19.45 | 473,100 |
| 9/16/2021 | 19.15 | 19.43 | 18.30 | 18.68 | 18.68 | 629,500 |
| 9/17/2021 | 18.94 | 19.29 | 17.24 | 17.34 | 17.34 | 2,649,900 |
| 9/20/2021 | 16.90 | 18.55 | 16.63 | 18.55 | 18.55 | 964,300 |
| 9/21/2021 | 18.50 | 18.99 | 17.30 | 18.01 | 18.01 | 1,056,500 |
| 9/22/2021 | 18.05 | 18.56 | 18.00 | 18.40 | 18.40 | 763,500 |
| 9/23/2021 | 18.30 | 19.00 | 18.03 | 18.17 | 18.17 | 426,400 |
| 9/24/2021 | 18.00 | 18.04 | 16.90 | 17.00 | 17.00 | 461,300 |
| 9/27/2021 | 17.00 | 17.60 | 16.56 | 17.04 | 17.04 | 465,000 |
| 9/28/2021 | 17.03 | 17.53 | 16.75 | 17.29 | 17.29 | 326,600 |
| 9/29/2021 | 17.53 | 17.79 | 17.00 | 17.50 | 17.50 | 422,000 |
| 9/30/2021 | 16.84 | 17.40 | 15.23 | 15.43 | 15.43 | 936,000 |
| 10/1/2021 | 15.59 | 15.67 | 13.82 | 15.26 | 15.26 | 918,700 |
| 10/4/2021 | 15.04 | 15.60 | 14.77 | 15.21 | 15.21 | 239,200 |
| 10/5/2021 | 15.18 | 15.77 | 15.08 | 15.21 | 15.21 | 235,900 |
| 10/6/2021 | 15.12 | 15.20 | 14.26 | 14.43 | 14.43 | 335,100 |
| 10/7/2021 | 14.48 | 15.11 | 14.48 | 14.62 | 14.62 | 350,100 |
| 10/8/2021 | 14.52 | 14.77 | 14.19 | 14.75 | 14.75 | 430,000 |
| 10/11/2021 | 14.75 | 14.97 | 13.97 | 13.99 | 13.99 | 242,800 |
| 10/12/2021 | 14.01 | 14.10 | 13.35 | 13.59 | 13.59 | 412,100 |
| 10/13/2021 | 13.74 | 14.32 | 13.61 | 14.03 | 14.03 | 296,500 |
| 10/14/2021 | 14.23 | 14.49 | 13.66 | 13.97 | 13.97 | 264,500 |
| 10/15/2021 | 14.14 | 14.19 | 13.36 | 13.70 | 13.70 | 384,400 |
| 10/18/2021 | 13.60 | 14.14 | 13.26 | 13.91 | 13.91 | 346,800 |
| 10/19/2021 | 13.78 | 14.76 | 13.42 | 14.44 | 14.44 | 1,205,300 |
| 10/20/2021 | 14.31 | 15.40 | 14.17 | 15.06 | 15.06 | 434,300 |

| 10/21/2021 | 15.04 | 15.95 | 15.04 | 15.64 | 15.64 | 837,200 |
| 10/22/2021 | 15.52 | 15.77 | 14.60 | 15.12 | 15.12 | 327,800 |
| 10/25/2021 | 15.33 | 15.53 | 14.95 | 15.28 | 15.28 | 351,900 |
| 10/26/2021 | 15.44 | 15.68 | 14.99 | 15.21 | 15.21 | 153,100 |
| 10/27/2021 | 15.32 | 15.32 | 13.78 | 13.81 | 13.81 | 547,500 |
| 10/28/2021 | 13.85 | 14.86 | 13.83 | 14.54 | 14.54 | 282,400 |
| 10/29/2021 | 14.14 | 15.12 | 14.14 | 15.04 | 15.04 | 405,200 |
| 11/1/2021 | 15.28 | 16.23 | 15.12 | 16.09 | 16.09 | 485,800 |
| 11/2/2021 | 16.08 | 16.17 | 15.33 | 16.12 | 16.12 | 424,600 |
| 11/3/2021 | 16.24 | 18.05 | 16.17 | 17.33 | 17.33 | 1,001,800 |
| 11/4/2021 | 17.49 | 18.54 | 16.92 | 18.40 | 18.40 | 645,600 |
| 11/5/2021 | 18.48 | 19.92 | 18.44 | 19.25 | 19.25 | 1,243,400 |
| 11/8/2021 | 19.61 | 20.12 | 18.86 | 19.60 | 19.60 | 922,500 |
| 11/9/2021 | 19.39 | 20.95 | 18.74 | 19.84 | 19.84 | 502,200 |
| 11/10/2021 | 19.53 | 19.88 | 18.82 | 19.22 | 19.22 | 400,000 |
| 11/11/2021 | 19.23 | 20.44 | 19.19 | 19.63 | 19.63 | 433,000 |
| 11/12/2021 | 19.45 | 19.48 | 18.04 | 18.67 | 18.67 | 320,700 |
| 11/15/2021 | 18.84 | 19.42 | 18.43 | 18.82 | 18.82 | 359,400 |
| 11/16/2021 | 18.68 | 18.83 | 17.86 | 18.05 | 18.05 | 294,200 |
| 11/17/2021 | 17.90 | 18.39 | 17.47 | 17.76 | 17.76 | 226,500 |
| 11/18/2021 | 17.78 | 19.77 | 17.53 | 19.61 | 19.61 | 607,300 |
| 11/19/2021 | 19.61 | 20.35 | 18.45 | 18.90 | 18.90 | 451,000 |
| 11/22/2021 | 18.86 | 19.60 | 18.02 | 19.57 | 19.57 | 355,600 |
| 11/23/2021 | 19.35 | 19.96 | 18.01 | 18.09 | 18.09 | 377,200 |
| 11/24/2021 | 17.81 | 18.07 | 16.71 | 17.39 | 17.39 | 786,300 |
| 11/26/2021 | 16.53 | 17.35 | 16.24 | 17.00 | 17.00 | 334,500 |
| 11/29/2021 | 17.13 | 17.38 | 16.38 | 17.24 | 17.24 | 224,100 |
| 11/30/2021 | 17.25 | 17.25 | 15.88 | 16.27 | 16.27 | 583,300 |
| 12/1/2021 | 16.58 | 16.87 | 14.79 | 14.94 | 14.94 | 496,600 |
| 12/2/2021 | 14.85 | 15.48 | 14.66 | 15.27 | 15.27 | 370,400 |
| 12/3/2021 | 15.37 | 16.15 | 15.27 | 15.93 | 15.93 | 437,000 |
| 12/6/2021 | 16.03 | 16.12 | 14.99 | 15.52 | 15.52 | 322,700 |
| 12/7/2021 | 15.72 | 16.62 | 15.57 | 16.59 | 16.59 | 415,600 |
| 12/8/2021 | 16.68 | 16.69 | 15.37 | 15.65 | 15.65 | 1,473,200 |
| 12/9/2021 | 12.51 | 13.75 | 11.10 | 11.28 | 11.28 | 6,387,200 |
| 12/10/2021 | 11.12 | 11.60 | 10.77 | 11.31 | 11.31 | 1,955,400 |
| 12/13/2021 | 11.18 | 12.09 | 10.93 | 11.42 | 11.42 | 1,458,100 |
| 12/14/2021 | 11.26 | 12.10 | 11.14 | 11.20 | 11.20 | 1,371,800 |
| 12/15/2021 | 11.08 | 11.44 | 10.65 | 11.29 | 11.29 | 969,200 |
| 12/16/2021 | 11.47 | 11.83 | 10.41 | 10.44 | 10.44 | 878,000 |

| | | | | | |
|---|---|---|---|---|---|
| 12/17/2021 | 10.33 | 10.62 | 9.52 | 10.01 | 10.01 | 1,240,100 |
| 12/20/2021 | 9.91 | 10.15 | 9.48 | 9.81 | 9.81 | 767,900 |
| 12/21/2021 | 10.07 | 10.55 | 10.00 | 10.13 | 10.13 | 442,400 |
| 12/22/2021 | 10.11 | 10.45 | 10.01 | 10.02 | 10.02 | 389,800 |
| 12/23/2021 | 10.03 | 10.47 | 9.80 | 10.14 | 10.14 | 653,800 |
| 12/27/2021 | 10.09 | 10.61 | 9.96 | 10.07 | 10.07 | 833,100 |
| 12/28/2021 | 10.10 | 10.27 | 9.68 | 9.79 | 9.79 | 797,800 |
| 12/29/2021 | 9.80 | 10.21 | 9.70 | 9.89 | 9.89 | 460,900 |
| 12/30/2021 | 9.84 | 10.10 | 9.77 | 9.90 | 9.90 | 395,600 |
| 12/31/2021 | 9.84 | 10.05 | 9.62 | 9.88 | 9.88 | 468,800 |
| 1/3/2022 | 9.93 | 10.42 | 9.88 | 10.22 | 10.22 | 462,600 |
| 1/4/2022 | 10.35 | 10.41 | 9.68 | 10.27 | 10.27 | 966,100 |
| 1/5/2022 | 10.32 | 11.29 | 10.32 | 10.49 | 10.49 | 756,400 |
| 1/6/2022 | 10.23 | 10.83 | 10.07 | 10.29 | 10.29 | 377,600 |
| 1/7/2022 | 10.21 | 10.84 | 10.18 | 10.70 | 10.70 | 427,300 |
| 1/10/2022 | 8.54 | 9.51 | 8.06 | 8.20 | 8.20 | 3,033,400 |
| 1/11/2022 | 8.26 | 9.34 | 8.15 | 9.23 | 9.23 | 1,926,800 |
| 1/12/2022 | 9.23 | 10.22 | 9.15 | 9.96 | 9.96 | 1,085,400 |
| 1/13/2022 | 9.95 | 10.28 | 9.64 | 9.76 | 9.76 | 905,000 |
| 1/14/2022 | 9.67 | 9.69 | 8.96 | 9.51 | 9.51 | 363,500 |
| 1/18/2022 | 9.30 | 9.43 | 8.55 | 8.70 | 8.70 | 666,100 |
| 1/19/2022 | 8.69 | 9.12 | 8.52 | 8.98 | 8.98 | 588,200 |
| 1/20/2022 | 9.07 | 9.48 | 8.48 | 8.52 | 8.52 | 792,300 |
| 1/21/2022 | 8.40 | 8.87 | 8.14 | 8.14 | 8.14 | 535,900 |
| 1/24/2022 | 8.01 | 8.82 | 7.90 | 8.71 | 8.71 | 1,216,700 |
| 1/25/2022 | 8.59 | 8.94 | 8.45 | 8.69 | 8.69 | 478,000 |
| 1/26/2022 | 8.90 | 9.01 | 8.08 | 8.31 | 8.31 | 558,200 |
| 1/27/2022 | 9.01 | 9.64 | 8.41 | 8.50 | 8.50 | 1,409,700 |
| 1/28/2022 | 8.68 | 9.00 | 8.37 | 8.82 | 8.82 | 654,800 |
| 1/31/2022 | 8.76 | 9.40 | 8.76 | 9.20 | 9.20 | 617,100 |
| 2/1/2022 | 9.27 | 9.43 | 8.79 | 9.30 | 9.30 | 871,400 |
| 2/2/2022 | 9.37 | 9.37 | 8.84 | 9.01 | 9.01 | 348,600 |
| 2/3/2022 | 8.80 | 8.98 | 8.48 | 8.61 | 8.61 | 420,900 |
| 2/4/2022 | 8.61 | 8.80 | 8.36 | 8.68 | 8.68 | 376,900 |
| 2/7/2022 | 8.71 | 9.05 | 8.70 | 8.89 | 8.89 | 278,500 |
| 2/8/2022 | 8.84 | 9.38 | 8.79 | 9.36 | 9.36 | 265,600 |
| 2/9/2022 | 9.47 | 9.62 | 9.09 | 9.16 | 9.16 | 530,800 |
| 2/10/2022 | 8.96 | 9.47 | 8.78 | 9.13 | 9.13 | 660,700 |
| 2/11/2022 | 9.11 | 9.42 | 8.80 | 8.96 | 8.96 | 374,500 |
| 2/14/2022 | 8.95 | 9.29 | 8.82 | 8.89 | 8.89 | 274,400 |

| | | | | | |
|---|---|---|---|---|---|
| 2/15/2022 | 8.98 | 9.33 | 8.96 | 9.30 | 9.30 | 283,800 |
| 2/16/2022 | 9.35 | 9.50 | 9.05 | 9.07 | 9.07 | 456,200 |
| 2/17/2022 | 8.94 | 9.24 | 8.89 | 9.03 | 9.03 | 441,500 |
| 2/18/2022 | 8.92 | 9.33 | 8.87 | 8.93 | 8.93 | 338,900 |
| 2/22/2022 | 8.92 | 9.16 | 8.56 | 8.68 | 8.68 | 446,100 |
| 2/23/2022 | 8.78 | 8.79 | 8.16 | 8.37 | 8.37 | 440,500 |
| 2/24/2022 | 7.78 | 8.54 | 7.73 | 8.44 | 8.44 | 807,300 |
| 2/25/2022 | 8.43 | 8.58 | 8.06 | 8.49 | 8.49 | 470,500 |
| 2/28/2022 | 8.45 | 8.87 | 8.39 | 8.75 | 8.75 | 503,000 |
| 3/1/2022 | 8.79 | 8.95 | 8.33 | 8.50 | 8.50 | 392,300 |
| 3/2/2022 | 8.45 | 8.80 | 8.40 | 8.63 | 8.63 | 429,000 |
| 3/3/2022 | 8.72 | 8.78 | 8.13 | 8.33 | 8.33 | 443,800 |
| 3/4/2022 | 8.27 | 8.43 | 7.91 | 7.95 | 7.95 | 585,400 |
| 3/7/2022 | 7.96 | 8.03 | 7.29 | 7.40 | 7.40 | 641,100 |
| 3/8/2022 | 7.40 | 7.91 | 7.24 | 7.54 | 7.54 | 592,100 |
| 3/9/2022 | 7.71 | 8.15 | 7.71 | 7.79 | 7.79 | 747,900 |
| 3/10/2022 | 7.65 | 8.00 | 7.60 | 8.00 | 8.00 | 573,200 |
| 3/11/2022 | 8.06 | 8.16 | 7.47 | 7.52 | 7.52 | 353,600 |
| 3/14/2022 | 7.52 | 7.57 | 7.25 | 7.26 | 7.26 | 359,100 |
| 3/15/2022 | 7.31 | 7.73 | 7.31 | 7.56 | 7.56 | 478,400 |
| 3/16/2022 | 7.67 | 8.29 | 7.67 | 8.06 | 8.06 | 1,123,000 |
| 3/17/2022 | 8.00 | 8.24 | 7.87 | 8.00 | 8.00 | 804,200 |
| 3/18/2022 | 8.22 | 8.54 | 7.88 | 8.00 | 8.00 | 2,393,700 |
| 3/21/2022 | 7.93 | 8.27 | 7.86 | 8.25 | 8.25 | 618,500 |
| 3/22/2022 | 8.25 | 8.42 | 7.81 | 7.82 | 7.82 | 489,600 |
| 3/23/2022 | 7.79 | 7.81 | 7.34 | 7.35 | 7.35 | 392,000 |
| 3/24/2022 | 7.35 | 7.50 | 7.13 | 7.19 | 7.19 | 458,700 |
| 3/25/2022 | 7.25 | 7.31 | 6.87 | 6.88 | 6.88 | 444,800 |
| 3/28/2022 | 6.80 | 6.94 | 6.67 | 6.74 | 6.74 | 532,700 |
| 3/29/2022 | 6.84 | 7.06 | 6.76 | 6.80 | 6.80 | 568,900 |
| 3/30/2022 | 6.80 | 6.85 | 6.25 | 6.26 | 6.26 | 563,200 |
| 3/31/2022 | 6.25 | 6.34 | 6.03 | 6.06 | 6.06 | 464,800 |
| 4/1/2022 | 6.09 | 6.24 | 5.77 | 5.88 | 5.88 | 415,700 |
| 4/4/2022 | 5.91 | 6.14 | 5.78 | 6.04 | 6.04 | 324,900 |
| 4/5/2022 | 6.06 | 6.26 | 5.87 | 6.24 | 6.24 | 370,200 |
| 4/6/2022 | 6.08 | 6.20 | 5.80 | 5.89 | 5.89 | 366,900 |
| 4/7/2022 | 5.82 | 5.96 | 5.62 | 5.85 | 5.85 | 398,600 |
| 4/8/2022 | 5.81 | 6.00 | 5.68 | 5.85 | 5.85 | 215,900 |
| 4/11/2022 | 5.80 | 6.08 | 5.74 | 5.85 | 5.85 | 430,100 |
| 4/12/2022 | 5.89 | 6.19 | 5.88 | 5.96 | 5.96 | 420,400 |

| 4/13/2022 | 5.98 | 6.28 | 5.98 | 6.19 | 6.19 | 302,100 |
| 4/14/2022 | 6.20 | 6.30 | 6.04 | 6.08 | 6.08 | 170,100 |
| 4/18/2022 | 6.07 | 6.19 | 6.00 | 6.05 | 6.05 | 306,300 |
| 4/19/2022 | 6.02 | 6.62 | 6.02 | 6.30 | 6.30 | 587,700 |
| 4/20/2022 | 6.25 | 6.46 | 6.03 | 6.07 | 6.07 | 382,200 |
| 4/21/2022 | 6.14 | 6.21 | 5.95 | 6.10 | 6.10 | 399,300 |
| 4/22/2022 | 5.97 | 6.21 | 5.88 | 6.03 | 6.03 | 272,700 |
| 4/25/2022 | 5.93 | 6.62 | 5.91 | 6.22 | 6.22 | 677,900 |
| 4/26/2022 | 6.07 | 6.10 | 5.82 | 5.91 | 5.91 | 538,000 |
| 4/27/2022 | 5.80 | 5.94 | 5.68 | 5.76 | 5.76 | 338,900 |
| 4/28/2022 | 5.77 | 6.08 | 5.62 | 6.00 | 6.00 | 288,400 |
| 4/29/2022 | 5.87 | 6.17 | 5.82 | 5.86 | 5.86 | 277,500 |
| 5/2/2022 | 5.92 | 6.32 | 5.81 | 6.24 | 6.24 | 794,300 |
| 5/3/2022 | 6.13 | 6.83 | 6.05 | 6.63 | 6.63 | 640,600 |
| 5/4/2022 | 6.66 | 7.03 | 6.46 | 6.73 | 6.73 | 502,200 |
| 5/5/2022 | 6.58 | 6.77 | 6.39 | 6.75 | 6.75 | 439,000 |
| 5/6/2022 | 6.70 | 6.86 | 6.24 | 6.34 | 6.34 | 362,200 |
| 5/9/2022 | 6.17 | 6.32 | 6.00 | 6.06 | 6.06 | 454,000 |
| 5/10/2022 | 6.20 | 6.20 | 5.56 | 5.71 | 5.71 | 463,100 |
| 5/11/2022 | 5.65 | 5.75 | 5.33 | 5.36 | 5.36 | 454,500 |
| 5/12/2022 | 5.28 | 5.52 | 5.18 | 5.29 | 5.29 | 582,300 |
| 5/13/2022 | 5.37 | 5.59 | 5.25 | 5.37 | 5.37 | 495,300 |
| 5/16/2022 | 5.34 | 5.48 | 5.14 | 5.33 | 5.33 | 263,100 |
| 5/17/2022 | 5.47 | 5.79 | 5.43 | 5.71 | 5.71 | 234,300 |
| 5/18/2022 | 5.38 | 5.42 | 5.13 | 5.19 | 5.19 | 317,200 |
| 5/19/2022 | 5.10 | 5.54 | 5.02 | 5.51 | 5.51 | 465,500 |
| 5/20/2022 | 5.61 | 5.66 | 5.37 | 5.53 | 5.53 | 355,500 |
| 5/23/2022 | 5.60 | 5.60 | 5.17 | 5.19 | 5.19 | 340,800 |
| 5/24/2022 | 5.09 | 5.11 | 4.86 | 4.90 | 4.90 | 393,400 |
| 5/25/2022 | 4.86 | 5.55 | 4.86 | 5.35 | 5.35 | 407,800 |
| 5/26/2022 | 5.43 | 6.11 | 5.42 | 5.45 | 5.45 | 972,700 |
| 5/27/2022 | 5.42 | 6.02 | 5.32 | 6.01 | 6.01 | 716,600 |
| 5/31/2022 | 5.82 | 6.00 | 5.69 | 5.83 | 5.83 | 368,800 |
| 6/1/2022 | 5.88 | 5.99 | 5.66 | 5.68 | 5.68 | 250,600 |
| 6/2/2022 | 5.71 | 6.01 | 5.70 | 5.82 | 5.82 | 357,200 |
| 6/3/2022 | 5.70 | 5.83 | 5.57 | 5.59 | 5.59 | 515,800 |
| 6/6/2022 | 5.68 | 5.77 | 5.44 | 5.54 | 5.54 | 505,800 |
| 6/7/2022 | 5.40 | 5.82 | 5.35 | 5.81 | 5.81 | 1,025,800 |