# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

SANDRA WASWICK, On Behalf of All Others Similarly Situated,

Plaintiff,

v.

TORRID HOLDINGS, INC., et al.,

Defendants.

Case No. 2:22-cv-08375-JLS(ASx)

**ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING DATE RE DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT (Doc. 102)**

Before the Court is the Parties' Joint Stipulation to Continue Hearing Date re Defendants' Motion to Dismiss Second Amended Complaint ("Joint Stipulation"). Having reviewed the stipulation and finding good cause, the Court GRANTS the Joint Stipulation.

1.    The hearing date of Defendants' Motion to Dismiss Second Amended Complaint (Doc. 95) is continued to May 17, 2024, at 10:30 a.m. in Courtroom 8A.

**IT IS SO ORDERED.**

DATED:  April 12, 2024

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

2