_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:22-cv-08375-JLS-AS                     Date: May 07, 2024

Title:  Sandra Waswick v. Torrid Holdings, Inc. et al

Present:  **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

   Charles Rojas                            N/A
    Deputy Clerk                           Court Reporter

  Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:

      Not Present                        Not Present

**PROCEEDINGS:    (IN CHAMBERS) ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS (Doc. 95) FROM MAY 17, 2024, TO JUNE 21, 2024, AT 10:30 A.M.**

    On the Court's own motion, the hearing on Defendants' motion to dismiss (Doc. 95) is CONTINUED from May 17, 2024, to **June 21, 2024, at 10:30 a.m.**

                                    Initials of Deputy Clerk: <u>cr</u>