UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA22CV08375-JLS (ASx) | Date | June 21, 2024 |
|---|---|---|---|
| Title | Sandra Waswick v. Torrid Holdings, Inc., et al. | | |

PRESENT: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

Charles A. Rojas                                    Lisa Gonzalez
Deputy Clerk                                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANT:

Laurie Largent, David Jaynes             Austin Norris, Edward Hillenbrand, Mark
                                         Holscher, Alexandar Talarides

PROCEEDINGS:        **MOTION to Dismiss Case (Second Amended Complaint with Prejudice) filed by Underwriter Defendants [95]**

The case is called and counsel state their appearance.   The motion hearing is held.

For the reasons stated on the record, the Court takes the motion under submission and a written order will issue.

__: .33__

Initials of Clerk: cr