| | |
|---|---|
| Mark Holscher (SBN 139582)<br>Austin Norris (SBN 284603)<br>KIRKLAND AND ELLIS LLP<br>2049 Century Park East<br>Los Angeles, CA 90067<br>Telephone:  (310) 552-4200<br>Facsimile:   (310) 552-5900<br>Email: mark.holscher@kirkland.com<br>Email: austin.norris@kirkland.com<br><br>Matthew Solum (*Pro Hac Vice*)<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022-4611<br>Telephone: (212) 446-4688<br>Facsimile: (212) 446-4900<br>Email: matthew.solum@kirkland.com<br><br>*Attorneys for the Torrid, Sycamore, and Individual Defendants* | James N. Kramer (SBN 154709)<br>Alexander K. Talarides (SBN 268068)<br>ORRICK, HERRINGTON &<br>SUTCLIFFE LLP<br>405 Howard Street<br>San Francisco, California 94105<br>Telephone:  (415) 773-5700<br>Facsimile:   (415) 773-5759<br>Email: jkramer@orrick.com<br>Email: atalarides@orrick.com<br><br>Darrell S. Cafasso (*Pro Hac Vice*)<br>Jennifer Keighley (*Pro Hac Vice*)<br>ORRICK, HERRINGTON &<br>SUTCLIFFE LLP<br>51 West 52nd Street<br>New York, New York 10019<br>Telephone:  (212) 506-5000<br>Facsimile:   (212) 506-5151<br>Email: dcafasso@orrick.com<br>Email: jkeighley@orrick.com<br><br>*Attorneys for Underwriter Defendants* |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA WASWICK, On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TORRID HOLDINGS, INC., et al.,<br><br>Defendants. | Case No. 2:22-cv-08375-JLS(ASx)<br><br>**NOTICE OF LODGING OF DEFENDANTS' [PROPOSED] FINAL JUDGMENT**<br><br>FAC Filed:    May 12, 2023<br>SAC Filed:    December 22, 2023 |

**NOTICE OF LODGING OF DEFENDANTS' [PROPOSED] FINAL JUDGMENT**

**PLEASE TAKE NOTICE THAT**, pursuant to this Court's Order (ECF No. 111) and L.R. 5-4.4.1, Defendants in this action submit the attached [Proposed] Final Judgment.

DATED: July 29, 2024                     Respectfully submitted,

KIRKLAND & ELLIS LLP

By: /s/ Austin Norris
Mark Holscher (SBN 139582)
Austin Norris (SBN 284603)
KIRKLAND AND ELLIS LLP
2049 Century Park East
Los Angeles, CA 90067
Telephone:  (310) 552-4200
Facsimile:   (310) 552-5900
Email: mark.holscher@kirkland.com
Email: austin.norris@kirkland.com

Matthew Solum (*Pro Hac Vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4688
Facsimile: (212) 446-4900
Email: matthew.solum@kirkland.com

*Attorneys for the Torrid, Sycamore, and Individual Defendants*

DATED: July 29, 2024                     Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP
By: /s/ Alexander K. Talarides
James N. Kramer (SBN 154709)
Alexander K. Talarides (SBN 268068)
ORRICK, HERRINGTON & SUTCLIFFE LLP

|   |   |
|---|---|
| 1 | 405 Howard Street |
| 2 | San Francisco, California 94105 |
|   | Telephone: (415) 773-5700 |
| 3 | Facsimile: (415) 773-5759 |
| 4 | Email: jkramer@orrick.com |
|   | Email: atalarides@orrick.com |
| 5 |   |
| 6 | Darrell S. Cafasso (*Pro Hac Vice*) |
|   | Jennifer Keighley (*Pro Hac Vice*) |
| 7 | ORRICK, HERRINGTON & |
| 8 | SUTCLIFFE LLP |
|   | 51 West 52nd Street |
| 9 | New York, New York 10019 |
| 10 | Telephone: (212) 506-5000 |
|   | Facsimile: (212) 506-5151 |
| 11 | Email: dcafasso@orrick.com |
| 12 | Email: jkeighley@orrick.com |
| 13 | *Attorneys for the Underwriter Defendants* |

3

**NOTICE OF LODGING OF DEFENDANTS' [PROPOSED] FINAL JUDGMENT**

# ATTESTATION OF COMPLIANCE

Pursuant to L.R. 5-4.3.4, the filer, Austin Norris, attests that all other signatories listed, and on whose behalf the filing is being submitted, concur in the filing's content and have authorized the filing.

DATED: July 29, 2024

By: */s/ Austin Norris*
Austin Norris

*Attorney for the Torrid, Sycamore, and Individual Defendants*