**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANDRA WASWICK, On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TORRID HOLDINGS, INC., et al.,<br><br>Defendants. | Case No. 2:22-cv-08375-JLS(ASx)<br><br>**DEFENDANTS' [PROPOSED] FINAL JUDGMENT**<br><br>FAC Filed:    May 12, 2023<br>SAC Filed:    December 22, 2023 |

**DEFENDANTS' [PROPOSED] FINAL JUDGMENT**

## [PROPOSED] FINAL JUDGMENT

On January 26, 2024, all Defendants in this action, through their counsel, moved to dismiss with prejudice the First Amended Consolidated Class Action Complaint for the Violation of Federal Securities Laws ("SAC") (ECF No. 91) filed on December 22, 2023. Plaintiffs opposed the motion to dismiss (ECF No. 98) and Defendants replied in support of their motion (ECF No. 100). On July 23, 2024 the Court issued an Order **GRANTING** Defendants' Motion to Dismiss With Prejudice with respect to each of Plaintiffs' claims. (ECF No. 111). By reason of said ruling, Defendants are entitled to a final judgment.

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:**

1. This case is **DISMISSED** with **PREJUDICE** in its entirety.

2. Judgment is granted in favor of Defendants as to all claims.

3. Defendants are the prevailing parties as to all claims.

IT IS SO ADJUDGED.


DATED: _____              _____
                                          HON. JOSEPHINE L. STATON
                                          UNITED STATES DISTRICT JUDGE

**DEFENDANTS' [PROPOSED] FINAL JUDGMENT**