1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA WASWICK, On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TORRID HOLDINGS, INC., et al.,<br><br>Defendants. | Case No. 2:22-cv-08375-JLS-AS<br><br>**JUDGMENT** |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# JUDGMENT

On January 26, 2024, all Defendants in this action, through their counsel, moved to dismiss with prejudice (Doc. 95) the First Amended Consolidated Class Action Complaint for the Violation of Federal Securities Laws (Doc. 91). Plaintiffs opposed the motion to dismiss (Doc. 98), and Defendants replied in support of their motion (Doc. 100). On July 23, 2024, the Court granted Defendants' Motion to Dismiss with Prejudice with respect to each of Plaintiffs' claims. (Doc. 111). Now, therefore, it is ORDERED, ADJUDGED AND DECREED that:

1. This action is DISMISSED with PREJUDICE in its entirety;
2. Judgment is granted in favor of Defendants as to all claims; and
3. Defendants are the prevailing parties as to all claims.

DATED: August 7, 2024

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE